FILED
DECEMBER 26, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 7237**

| | |
|---|---|
| FELLOWES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AURORA CORPORATION OF AMERICA, <br><br> and, <br><br> AURORA OFFICE EQUIPMENT, LTD. <br><br> Defendants. | Case No.: <br><br> District Judge: <br><br> Magistrate Judge: <br><br> **JUDGE KOCORAS** <br> **MAGISTRATE JUDGE KEYS** <br><br> **JURY TRIAL REQUESTED** |

## LIST OF EXHIBITS

| LETTER | DESCRIPTION |
|---|---|
| A | U.S. Patent No. 7,311,276 |
| B | U.S. Patent No. 7,040,559 |
| C | Instruction manual for the AS1019CS Shredder |
| D | Letter from Fellowes' counsel to Aurora America |
| E | Letter from Fellowes' counsel to Aurora America's counsel, Donn Harms, Esq. |
| F | U.S. Patent Publication No. 2006-0054724 A1 |