DAJ

**FILED**
**DECEMBER 26, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 7237**

| | |
|---|---|
| FELLOWES, INC., an Illinois corporation, | ) ) ) |
| Plaintiff, | ) Case No. ) |
| v. | ) District Judge: ) |
| AURORA CORPORATION OF AMERICA, and, AURORA OFFICE EQUIPMENT, LTD. | ) ) ) ) ) ) ) |
| Defendants. | ) Jury Trial Requested ) |

**JUDGE KOCORAS**
**MAGISTRATE JUDGE KEYS**

## STATEMENT REGARDING OWNERSHIP PERSUANT TO LOCAL RULE 3.2

Fellowes, Inc. a corporate party has no parent corporations, and no publicly held company holds 5% or more of the party's stock.

Dated: 26 Dec 2007

Respectfully submitted,

_____
Peter J. Shakula
Wood, Phillips, Katz, Clark, and Mortimer
500 W. Madison St., Suite 3800
Chicago, IL 60661-2562
T (312)876-1800
F (312)876-2020
*Attorney for Plaintiff*
Fellowes, Inc.