

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FELLOWES, INC., | Case No.: 07-cv-7237 |
| Plaintiff, | |
| vs. | District Judge: Kocoras |
| AURORA CORPORATION OF AMERICA, and AURORA OFFICE EQUIPMENT, LTD. | Magistrate Judge: Keys |
| Defendants. | **JURY TRIAL REQUESTED** |

## NOTIFICATION OF CLAIMS INVOLVING PATENTS

Identification of Parties:

    Plaintiff: Fellowes, Inc.
        1789 Norwood Avenue, Itasca, IL 60413

    Defendants: Aurora Corporation of America
        3500 Challenger Street, Torrance, CA 90503

        Aurora Office Equipment, LTD.
        388 Jianxin Road, Jiading District, 200000 Shanghai, China

Name of Inventor: Taihoon K. Matlin and Eric Gach

Patent Number: 7,311,276

Name of Inventor: Taihoon K. Matlin and David G. Hartnett

Patent Number: 7,040,559

Date: 27 Dec 2007

Peter J. Shakula (ID No. 06204370)
WOOD PHILLIPS KATZ
    CLARK & MORTIMER
500 West Madison Street
Suite 3800
Chicago, Illinois 60661
(312) 876-1800
*Attorney for Plaintiff,*
FELLOWES, INC.