

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

FELLOWES, INC. v. AURORA CORPORATION OF AMERICA and AURORA OFFICE EQUIPMENT, LTD.

Case Number: *07- CV 7237*

*Judge Kocoras*

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FELLOWES, INC.

**FILED**

*Dec 26, 2007*

DEC 2 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Peter J. Shakula | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/  Peter J. Shakula | |
| FIRM<br>Wood Phillips Katz Clark & Mortimer | |
| STREET ADDRESS<br>500 West Madison Street - Suite 3800 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60661 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06204370 | TELEPHONE NUMBER<br>(312) 876-1800 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐