AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FELLOWES, INC.,

          Plaintiff,

V.

AURORA CORPORATION OF AMERICA
and
AURORA OFFICE EQUIPMENT, LTD.

          Defendants.

CASE NUMBER: **07 C 7237**

ASSIGNED JUDGE: **JUDGE KOCORAS**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

AURORA CORPORATION OF AMERICA
3500 Challenger Street
Torrance, California 90503

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter J. Shakula
Wood Phillips Katz Clark & Mortimer
500 West Madison Street - Suite 3800
Chicago, Illinois 60661

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

December 27, 2007
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| AMENDED RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE JANUARY 10, 2008 1:30PM |
| NAME OF SERVER (PRINT) LOUISE DOVER | TITLE REGISTERED PROCESS SERVER, LOS ANGELES 4933 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: AURORA CORPORATION OF AMERICA
BY SERVING, KEVIN CHEN, PRESIDENT, AUTHORIZED TO ACCEPT, 3500 CHALLENGER ST. TORRANCE CA 90503

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   I ALSO SERVED COPIES OF THE CIVIL CASE COVER SHEET

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   JANUARY 16, 2008
                  Date

Signature of Server
LOS ANGELES ATTORNEY SERVICE
65 PINE AVE, #804
LONG BEACH, CA 90802        310.480.3336
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.