CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2008, a copy of the foregoing APPEARANCE FOR NICHOLAS T. PETERS was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Parties receiving service electronically are as follows:*

Peter J. Shakula – pshakula@woodphillips.com
WOOD, PHILLIPS, KATZ, CLARK & MORTIMER
**(COUNSEL FOR PLAINTIFF, FELLOWES, INC.)**

*Parties receiving service by facsimile and first class mail are as follows:*
William Atkins, Esq.
Benjamin L. Kiersz, Esq.
Christopher Dorsey, Esq.
PILLSBURY WINTHROP SHAW PITTMAN, LLP
1650 Tysons Boulevard
14th Floor
McLean, VA 22102-4859
Fax: +1.703.770.7901
**(COUNSEL FOR PLAINTIFF, FELLOWES, INC.)**


Date:   January 30, 2008                    s/Nicholas T. Peters_____
                                            *One of the Attorneys for Defendant,*
                                            AURORA CORP. OF AMERICA