IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FELLOWES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AURORA CORP. OF AMERICA, <br><br> and, <br><br> AURORA OFFICE EQUIPMENT, LTD. <br><br> Defendants. | Civil Action No.: 07 C 7237 <br><br><br> Judge: Charles P. Kocoras <br> Magistrate Judge: Arlander Keys |

**DEFENDANT AURORA CORP. OF AMERICA'S
MOTION TO DISMISS, TRANSFER, OR STAY THIS LAWSUIT**

Defendant AURORA CORP. OF AMERICA ("Aurora"), a Delaware Corporation, by and through counsel, hereby moves this Court to dismiss plaintiff FELLOWES, INC.'s ("Fellowes") Complaint, pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure, or in the alternative, to stay or to transfer the case to the Central District of California, pursuant to 28 U.S.C. 1404(a). A supporting memorandum outlining the relief requested accompanies this motion.

                                  Respectfully Submitted,

Date:  <u>January 30, 2008</u>       <u>  s/Nicholas T. Peters                      </u>
                                  Richard F. Cauley (SBN: 109194)
                                  rcauley@whglawfirm.com
                                  Franklin E. Gibbs (SBN: 189015)
                                  fgibbs@whglawfirm.com
                                  Regis A. Guerin (SBN 215170)
                                  rguerin@whglawfirm.com
                                  Erick P. Wolf (SBN: 224906)
                                  ewolf@whglawfirm.com
                                  **WANG, HARTMANN & GIBBS, P.C.**
                                  A Professional Law Corporation
                                  1301 Dove Street, Suite 1050
                                  Newport Beach, CA  92660
                                  Telephone:  (949) 833-8483
                                  Facsimile:   (949) 833-2281

                                  Karl R. Fink
                                  krfink@fitcheven.com
                                  Nicholas T. Peters
                                  ntpete@fitcheven.com
                                  **FITCH, EVEN, TABIN & FLANNERY**
                                  120 South LaSalle Street, Suite 1600
                                  Chicago, Illinois 60603
                                  Telephone: (312) 577-7000
                                  Facsimile: (312) 577-7007

                                  *Attorneys for Defendant,*
                                  AURORA CORP. OF AMERICA

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on January 30, 2008, a copy of the foregoing DEFENDANT AURORA CORP. OF AMERICA'S MOTION TO DISMISS, TRANSFER, OR STAY THIS LAWSUIT was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

***Parties receiving service electronically are as follows:***

Peter J. Shakula – pshakula@woodphillips.com
WOOD, PHILLIPS, KATZ, CLARK & MORTIMER
**(COUNSEL FOR PLAINTIFF, FELLOWES, INC.)**

***Parties receiving service by facsimile and first class mail are as follows:***
William Atkins, Esq.
Benjamin L. Kiersz, Esq.
Christopher Dorsey, Esq.
PILLSBURY WINTHROP SHAW PITTMAN, LLP
1650 Tysons Boulevard
14th Floor
McLean, VA 22102-4859
Fax: +1.703.770.7901
**(COUNSEL FOR PLAINTIFF, FELLOWES, INC.)**

Date: January 30, 2008       s/Nicholas T. Peters_____
                   *One of the Attorneys for Defendant,*
                   AURORA CORP. OF AMERICA