IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FELLOWES, INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AURORA CORP. OF AMERICA,<br><br>　　　　　and,<br><br>AURORA OFFICE EQUIPMENT, LTD.<br><br>　　　　　Defendants. | Civil Action No.: 07 C 7237<br><br>Judge: Charles P. Kocoras<br>Magistrate Judge: Arlander Keys |

**NOTICE OF DEFENDANT AURORA CORP. OF AMERICA'S
MOTION TO DISMISS, TRANSFER, OR STAY THIS LAWSUIT**

TO:   See attached Certificate of Service

　　**PLEASE TAKE NOTICE THAT** on Tuesday, February 5, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Charles P. Kocoras or any judge sitting in her stead, in the courtroom usually occupied by her at the United States District Courthouse for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached DEFENDANT AURORA CORP. OF AMERICA'S MOTION TO DISMISS, TRANSFER, OR STAY THIS LAWSUIT, a copy of which is served upon you herewith.

Respectfully Submitted,

Date: January 30, 2008

  s/Nicholas T. Peters
Richard F. Cauley (SBN: 109194)
rcauley@whglawfirm.com
Franklin E. Gibbs (SBN: 189015)
fgibbs@whglawfirm.com
Regis A. Guerin (SBN 215170)
rguerin@whglawfirm.com
Erick P. Wolf (SBN: 224906)
ewolf@whglawfirm.com
**WANG, HARTMANN & GIBBS, P.C.**
A Professional Law Corporation
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Telephone: (949) 833-8483
Facsimile: (949) 833-2281
AURORA CORP. OF AMERICA

Karl R. Fink
krfink@fitcheven.com
Nicholas T. Peters
ntpete@fitcheven.com
**FITCH, EVEN, TABIN & FLANNERY**
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 577-7000
Facsimile: (312) 577-7007

*Counsel for Defendant,*
AURORA CORP. OF AMERICA

CERTIFICATE OF SERVICE

      I hereby certify that on January 30, 2008, a copy of the foregoing NOTICE OF DEFENDANT AURORA CORP. OF AMERICA'S NOTICE OF MOTION TO DISMISS, TRANSFER, OR STAY THIS LAWSUIT was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Parties receiving service electronically are as follows:*

Peter J. Shakula – pshakula@woodphillips.com
Attorney of WOOD, PHILLIPS, KATZ, CLARK & MORTIMER
**(COUNSEL FOR PLAINTIFF, FELLOWES, INC.)**

*Parties receiving service facsimile and first class mail are as follows:*
William Atkins, Esq.
Benjamin L. Kiersz, Esq.
Christopher Dorsey, Esq.
Attorney of PILLSBURY WINTHROP SHAW PITTMAN, LLP
1650 Tysons Boulevard
14th Floor
McLean, VA 22102-4859
Fax: +1.703.770.7901
**(COUNSEL FOR PLAINTIFF, FELLOWES, INC.)**


Date:   January 30, 2008                s/Nicholas T. Peters
                                            *One of the Attorneys for Defendant,*
                                            AURORA CORP. OF AMERICA