IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FELLOWES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AURORA CORP. OF AMERICA, <br><br> and, <br><br> AURORA OFFICE EQUIPMENT, LTD. <br><br> Defendants. | Civil Action No.: 07 C 7237 <br><br><br> Judge: Charles P. Kocoras <br> Magistrate Judge: Arlander Keys |

## INDEX OF EXHIBITS

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | Buztronics, Inc. v. Theory3, Inc., <br> 2005 U.S. Dist. Lexis 8661 (S.D. Ind. May 9, 2005) (Hamilton, J.) |
| 2 | Greene Mfg. Co. v. Marquette Tool & Die Co., <br> 1998 U.S. Dist. LEXIS 10656 (D. Ill. 1998) (Korcoras, J.) |
| 3 | Declaration of Linda Chen |
| 4 | Declaration of Nicholas Peters <br> including Exhibit A: Complaint for Aurora Corp. of America v. Fellowes, Inc., United States District Court, Central District of California (CD CA") 07-CV-08306; and <br><br> Exhibit B: Fellowes, Inc.'s Memorandum in Support of its Motion to Dismiss, Transfer, or Stay this Lawsuit or, Alternatively for a More Definitive Statement filed in CD CA 07-CV-08306 |
| 5 | RJF Holdings III, Inc. v. Refractec, Inc., <br> 2003 U.S. Dist. Lexis 22144 (E.D. Pa. Nov. 24, 2003) |