US 20060054724A1

(19) **United States**
(12) **Patent Application Publication** (10) Pub. No.: US 2006/0054724 A1
Matlin et al. (43) Pub. Date: **Mar. 16, 2006**

(54) SHREDDER WITH PROXIMITY SENSING SYSTEM

(75) Inventors: **Taihoon K. Matlin**, Round Lake Beach, IL (US); **Eric Gach**, Mount Prospect, IL (US)

Correspondence Address:
PILLSBURY WINTHROP SHAW PITTMAN, LLP
P.O. BOX 10500
MCLEAN, VA 22102 (US)

(73) Assignee: **FELLOWES INC.**, Itasca, IL

(21) Appl. No.: 10/937,304

(22) Filed: Sep. 10, 2004

**Publication Classification**

(51) Int. Cl.
*B02C 25/00* (2006.01)
(52) U.S. Cl. ............................................. 241/37.5; 241/100

(57) **ABSTRACT**

The present invention relates to a shredder that includes a proximity sensing system to sense the presence of a person, animal, or object near cutting elements of the shredder.



Ex. B
p. 130

Patent Application Publication   Mar. 16, 2006   Sheet 1 of 9        US 2006/0054724 A1



FIG. 1

Ex. B
p. 131



FIG. 2

Ex. B
p. 132



FIG. 3

Ex. B
p. 133



FIG. 4

Ex. B
p. 134



FIG. 5

Ex. B
p. 135

Case 1:07-cv-07237   Document 1-4   Filed 12/26/2007   Page 34 of 42



FIG. 6



FIG. 7

Ex. B
P. 137



FIG. 8

Ex. B
p. 138

Patent Application Publication   Mar. 16, 2006   Sheet 9 of 9       US 2006/0054724 A1



FIG. 9

Ex. B
p. 139

US 2006/0054724 A1
Mar. 16, 2006

1

# SHREDDER WITH PROXIMITY SENSING SYSTEM

## FIELD OF THE INVENTION

[0001] The present invention relates to shredders for destroying articles, such as documents, CDs, etc.

## BACKGROUND OF THE INVENTION

[0002] Shredders are well known devices for destroying articles, such as documents, CDs, floppy disks, etc. Typically, users purchase shredders to destroy sensitive articles, such as credit card statements with account information, documents containing company trade secrets, etc.

[0003] A common type of shredder has a shredder mechanism contained within a housing that is removably mounted atop a container. The shredder mechanism typically has a series of cutter elements that shred articles fed therein and discharge the shredded articles downwardly into the container. It is generally desirable to prevent a person's or animal's body part from contacting these cutter elements during the shredding operation.

[0004] The present invention endeavors to provide various improvements over known shredders.

## SUMMARY OF THE INVENTION

[0005] One aspect of the present invention provides a shredder comprising a housing, a shredder mechanism including a motor and cutter elements, a proximity sensor, and a controller. The shredder mechanism enables articles to be shredded to be fed into the cutter elements, and the motor is operable to drive the cutter elements so that the cutter elements shred the articles fed therein.

[0006] The housing has an opening enabling articles to be fed therethrough into the cutter elements of the shredder mechanism for shredding. The proximity sensor is located adjacent the opening and configured to indicate the presence of a person or animal in proximity to the opening. The controller is operable to perform a predetermined operation (e.g., to disable the shredder mechanism) responsive to the indicated presence of the person or animal.

[0007] Another aspect of the invention provides a shredder with a proximity sensor that includes an electroconductive element and circuitry to sense a state of the electroconductive element. The proximity sensor is configured to indicate a change in the state of the electroconductive element corresponding to a change in capacitance caused by a person or animal approaching in proximity to the electroconductive element. A controller of the shredder is operable to perform a predetermined operation responsive to the indicated change in the state of the electroconductive element.

[0008] Other objects, features, and advantages of the present invention will become apparent from the following detailed description, the accompanying drawings, and the appended claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0009] FIG. 1 is a perspective view of a shredder constructed in accordance with an embodiment of the present invention;

[0010] FIG. 2 is an exploded perspective view of the shredder of FIG. 1;

[0011] FIG. 3 is a perspective view of a shredder constructed in accordance with an embodiment of the present invention;

[0012] FIGS. 4-7 are cross-sectional views each showing a shredder housing, opening, cutting elements, and conductor configuration for a sensor in accordance with various embodiments of the present invention; and

[0013] FIGS. 8 and 9 illustrate example capacitive sensor circuits according to respective embodiments of the present invention.

## DETAILED DESCRIPTION OF THE ILLUSTRATED EMBODIMENTS

[0014] FIGS. 1 and 2 illustrate a shredder constructed in accordance with an embodiment of the present invention. The shredder is generally indicated at 10. The shredder 10 sits atop a waste container, generally indicated at 12, which is formed of molded plastic or any other material. The shredder 10 illustrated is designed specifically for use with the container 12, as the shredder housing 14 sits on the upper periphery of the waste container 12 in a nested relation. However, the shredder 10 may also be designed so as to sit atop a wide variety of standard waste containers, and the shredder 10 would not be sold with the container. Likewise, the shredder 10 could be part of a large freestanding housing, and a waste container would be enclosed in the housing. An access door would provide for access to and removal of the container. Generally speaking, the shredder 10 may have any suitable construction or configuration and the illustrated embodiment is not intended to be limiting in any way.

[0015] The shredder 10 includes a shredder mechanism 16 including an electrically powered motor 18 and a plurality of cutter elements (not shown). "Shredder mechanism" is a generic structural term to denote a device that shreds articles using cutter elements. Such shredding may be done in any particular way. The cutter elements are mounted on a pair of parallel rotating shafts (not shown). The motor 18 operates using electrical power to rotatably drive the shafts and the cutter elements through a conventional transmission 23 so that the cutter elements shred articles fed therein. The shredder mechanism 16 may also include a sub-frame 21 for mounting the shafts, the motor 18, and the transmission 23. The operation and construction of such a shredder mechanism 16 are well known and need not be described herein in detail. Generally, any suitable shredder mechanism 16 known in the art or developed hereafter may be used.

[0016] The shredder 10 also includes the shredder housing 14, mentioned above. The shredder housing 14 includes top wall 24 that sits atop the container 12. The top wall 14 is molded from plastic and an opening 26 is located at a front portion thereof. The opening 26 is formed in part by a downwardly depending generally U-shaped member 28. The U-shaped member 28 has a pair of spaced apart connector portions 27 on opposing sides thereof and a hand grip portion 28 extending between the connector portions 27 in spaced apart relation from the housing 14. The opening 26 allows waste to be discarded into the container 12 without being passed through the shredder mechanism 16, and the member 28 may act as a handle for carrying the shredder 10

Ex. B
p. 140

2

separate from the container 12. As an optional feature, this opening 26 may be provided with a lid, such as a pivoting lid, that opens and closes the opening 26. However, this opening in general is optional and may be omitted entirely. Moreover, the shredder housing 14 and its top wall 24 may have any suitable construction or configuration.

[0017]  The shredder housing 14 also includes a bottom receptacle 30 having a bottom wall, four side walls and an open top. The shredder mechanism 16 is received therein, and the receptacle 30 is affixed to the underside of the top wall 24 by fasteners. The receptacle 30 has an opening 32 in its bottom wall through which the shredder mechanism 16 discharges shredded articles into the container 12.

[0018]  The top wall 24 has a generally laterally extending opening 36 extending generally parallel and above the cutter elements. The opening 36, often referred to as a throat, enables the articles being shredded to be fed into the cutter elements. As can be appreciated, the opening 36 is relatively narrow, which is desirable for preventing overly thick items, such as large stacks of documents, from being fed into cutter elements, which could lead to jamming. The opening 36 may have any configuration.

[0019]  The top wall 24 also has a switch recess 38 with an opening therethrough. An on/off switch 42 includes a switch module (not shown) mounted to the top wall 24 underneath the recess 38 by fasteners, and a manually engageable portion 46 that moves laterally within the recess 38. The switch module has a movable element (not shown) that connects to the manually engageable portion 46 through the opening 40. This enables movement of the manually engageable portion 46 to move the switch module between its states.

[0020]  In the illustrated embodiment, the switch module connects the motor 18 to the power supply (not shown). Typically, the power supply will be a standard power cord 44 with a plug 48 on its end that plugs into a standard AC outlet. The switch 42 is movable between an on position and an off position by moving the portion 46 laterally within the recess 38. In the on position, contacts in the switch module are closed by movement of the manually engageable portion 46 and the movable element to enable a delivery of electrical power to the motor 18. In the off position, contacts in the switch module are opened to disable the delivery of electric power to the motor 18.

[0021]  As an option, the switch 42 may also have a reverse position wherein contacts are closed to enable delivery of electrical power to operate the motor 18 in a reverse manner. This would be done by using a reversible motor and applying a current that is of a reverse polarity relative to the on position. The capability to operate the motor 18 in a reversing manner is desirable to move the cutter elements in a reversing direction for clearing jams. In the illustrated embodiment, in the off position the manually engageable portion 46 and the movable element would be located generally in the center of the recess 38, and the on and reverse positions would be on opposing lateral sides of the off position.

[0022]  Generally, the construction and operation of the switch 42 for controlling the motor 42 are well known and any construction for such a switch 42 may be used.

[0023]  The top cover 24 also includes another recess 50 associated with a switch lock 52. The switch lock 52

includes a manually engageable portion 54 that is movable by a user's hand and a locking portion (not shown). The manually engageable portion 54 is seated in the recess 50 and the locking portion is located beneath the top wall 24. The locking portion is integrally formed as a plastic piece with the manually engageable portion 54 and extends beneath the top wall 24 via an opening formed in the recess 50.

[0024]  The switch lock 52 causes the switch 42 to move from either its on position or reverse position to its off position by a camming action as the switch lock 52 is moved from a releasing position to a locking position. In the releasing position, the locking portion is disengaged from the movable element of the switch 42, thus enabling the switch 42 to be moved between its on, off, and reverse positions. In the locking position, the movable element of the switch 42 is restrained in its off position against movement to either its on or reverse position by the locking portion of the switch lock 52.

[0025]  Preferably, but not necessarily, the manually engageable portion 54 of the switch lock 52 has an upwardly extending projection 56 for facilitating movement of the switch lock 52 between the locking and releasing positions.

[0026]  One advantage of the switch lock 52 is that, by holding the switch 42 in the off position, to activate the shredder mechanism 16 the switch lock 52 must first be moved to its releasing position, and then the switch 42 is moved to its on or reverse position. This reduces the likelihood of the shredder mechanism 16 being activated unintentionally.

[0027]  In the illustrated embodiment, the shredder housing 14 is designed specifically for use with the container 12 and it is intended to sell them together. The upper peripheral edge 60 of the container 12 defines an upwardly facing opening 62, and provides a seat 61 on which the shredder 10 is removably mounted. The seat 61 includes a pair of pivot guides 64 provided on opposing lateral sides thereof. The pivot guides 64 include upwardly facing recesses 66 that are defined by walls extending laterally outwardly from the upper edge 60 of the container 12. The walls defining the recesses 66 are molded integrally from plastic with the container 12, but may be provided as separate structures and formed from any other material. At the bottom of each recess 66 is provided a step down or ledge providing a generally vertical engagement surface 68. This step down or ledge is created by two sections of the recesses 66 being provided with different radii.

[0028]  The shredder 10 has a proximity sensor to detect the presence of a person or thing (e.g., animal or inanimate object) in proximity to the opening 36. A person or thing is "in proximity" to the opening 36 when a part thereof is outside and adjacent to the opening 36 or at least partially within the opening 36. The proximity sensor may be implemented in various ways, such as is described in further detail below. For further examples of shredders on which a proximity sensor may be used, reference may be made to U.S. patent application Ser. No. 10/828,254 (filed Apr. 21, 2004), Ser. No. 10/815,761 (filed Apr. 2, 2004), and Ser. No. 10/347,700 (filed Jan. 22, 2003), each of which is hereby incorporated into the present application by reference. Generally, the proximity sensor may be used with any type of shredder, and the examples identified herein are not intended to be limiting.

3

[0029] FIG. 3 is a perspective view of a shredder 100 constructed in accordance with an embodiment of the present invention. The shredder 100 incorporates a capacitive sensor. The illustrated capacitive sensor is a switch that detects the presence of a person or thing without requiring physical contact. The capacitive sensor includes a conductor/contact plate 112 connected to a circuit, such as those shown in FIGS. 8 and 9. The conductor 112 serves as the first plate of a capacitor, while the person or thing to be detected serves as the second plate thereof. As the distance between the conductor 112 and the person or thing decreases, the mutual capacitance therebetween increases. This increase in capacitance results in increased signal levels in the sensor, which levels can be used to detect the proximity of the person or thing.

[0030] It is to be appreciated that capacitance depends in part on the dielectric constant of the second plate of a capacitor. A higher dielectric constant translates into a larger capacitance. Therefore, the capacitive sensor of the shredder 100 can detect the proximity of a nearby animate or inanimate entity provided that its respective dielectric constant is sufficiently high. Because human beings and various animals have relatively high dielectric constants, they are detectable by the capacitive sensor. Inanimate objects with relatively high dielectric constants also are detectable. Conversely, objects with low or moderate dielectric constants, such as paper, are not detectable.

[0031] The shredder 100 includes a shredder housing 104, an opening 108, and a control switch 128 with on, off, and reverse positions. A shredder mechanism, such as the one described above, is located beneath the opening 108 so that documents can be fed into the shredder mechanism through the opening 108.

[0032] The conductor 112 can be, for example, a strip of metal, foil tape (e.g., copper tape), conductive paint, a silk-screened conductive ink pattern, or another suitable conductive material. As shown in FIG. 3, the conductor 112 is a 9-inch by 1-inch capacitive sensing strip that is affixed to the housing 104 near the opening 108. As such, when a person or thing nears the opening 108 and thus the cutter elements of the shredding mechanism of the shredder 100, the capacitance between the conductor 112 and the person or thing increases, resulting in an increase in the signal level used for detection, as will be described below. To ensure that the switch is sensitive enough to detect the person or thing through multiple sheets of paper, the conductor 112 extends into the opening 108 to increase the overall surface area of the conductor 112 and thus the amount of capacitance between the conductor 112 and the nearby person or thing. The conductor 112 optionally can be covered by non-conductive plastic, for example, thus concealing the switch from a user of the shredder 100. In addition, to increase sensitivity of the switch, such non-conductive plastic can be covered with a conductive material, such as metal foil.

[0033] Though not illustrated in FIG. 3, the shredder 100 can include a sensor light, an error light, and/or a light indicative of normal operation. The sensor light, which can be an LED, is illuminated when a person or thing is detected. The error light, which also can be an LED, is illuminated when a person or thing is detected, and optionally under other conditions (e.g., the shredder container is not properly engaged with the shredder 100, or the shredder mechanism

has become jammed). These lights, however, are not necessary, and are only optional features.

[0034] FIGS. 4-7 are cross-sectional views each showing a shredder housing 104, opening 108, cutting elements 132, and a conductor configuration for a sensor in accordance with various embodiments of the present invention. The conductor configurations can include conductor(s) of different areas to tailor the amount of capacitance and thus the signal level produced when a person or thing nears the shredder. Where multiple conductors are employed, the distance therebetween may be designed also to tailor the amount of capacitive coupling and thus the capacitance produced.

[0035] In FIG. 4, the conductor 136 comprises a conductive material embedded within the upper wall of the housing 104 beneath the upper surface partially into the opening 108. The conductor 136 also is optionally embedded in the wall defining the opening 108 and extends along it for a portion.

[0036] In FIG. 5, the conductive material of the conductor 140 covers an upper surface portion of the housing 104, extends substantially into the opening 108, and curves around a flange of the housing 104 so as to cover an inside surface portion of the housing 104. For a conductor 140 that has a noticeable amount of thickness, the top portion of the upper surface where the conductor 140 is mounted may be recessed.

[0037] The conductor 144 of FIG. 6 includes two conductive portions respectively affixed to outside and inside surface portions of the housing 104. Such use of multiple portions increases the surface area of the capacitor, as well as the capacitive coupling, capacitance, and signal level produced when a person or thing nears the conductive portions.

[0038] The conductor 148 of FIG. 7 comprises a conductive material on an inside surface portion of the housing 104. This is desirable for concealing the conductor 148 without adding the manufacturing step of embedding the conductor in a housing wall, such as is shown in FIG. 4. It is to be appreciated that the conductors of FIGS. 4-7 may be of any suitable configuration, and the examples illustrated are in no way intended to be limiting.

[0039] A conductor or conductive material such as described above in connection with FIGS. 3-7 is typically connected to circuitry on a circuit board. FIGS. 8 and 9 illustrate example capacitive sensor circuits according to respective embodiments of the present invention. The example circuits may be incorporated into the overall circuit design of a shredder, and are in no way intended to be limiting.

[0040] In FIG. 8, the capacitive sensor circuit 260 includes a conductor 300 that can have a configuration such as shown above or another suitable configuration. The conductor 300 is connected to a pad P8, which is in turn connected to circuit loops including capacitors C8 and C9, resistors R31, R32, and R36, and a high-speed double diode D8. The loops are connected to a voltage supply Vcc, circuit ground, and a resistor R33. The voltage supply Vcc is connected to the AC line voltage of the shredder, and a negative regulator can generate −5 volts for the circuit ground. The capacitive sensor output 320 may be in turn coupled as an input to a controller 330, such as a micropro-

Ex. B
p. 142

4

cessor or discrete circuit components (e.g., comparators, transistors), which takes appropriate action in response to signal levels at the output 320. Such a controller 330 may also be a relay switch that opens to disable the delivery of power to an element (e.g., the motor of the shredder mechanism) and closes to enable the delivery of power. It is to be appreciated that "controller" is a generic structural term that denotes structure(s) that control one or more modules, devices, and/or circuit components.

[0041]  The principles of operation of the circuit 260 will be readily understood by those conversant with the art. When a person or thing moves close to the conductor 300, the increased capacitance therebetween causes the amplitude of the sinusoidal waveform at the output 320 to increase by a voltage sufficient to indicate the presence of the person or thing. Based on the increased signal level, the controller 330 can, for example, disable the cutting elements of the shredder, illuminate a sensor or error light, and/or activate an audible alert.

[0042]  FIG. 9 illustrates a capacitive sensor circuit 360, as well as control and illumination circuitry 365. The capacitive sensor circuit 360 includes a conductor 400 that can have a configuration such as shown above or another suitable configuration. The conductor 400 is connected to a pad PI, which is in turn connected to series resistors R19 and R20. The resistor R19 is connected to circuit loops including a capacitor C4, a resistor R16, and a high-speed double diode D1. The loops are connected to a voltage supply Vcc, circuit ground, and a resistor R17. The voltage supply Vcc is connected to the AC line voltage of the shredder, and a negative regulator can generate −5 volts for the circuit ground. The capacitive sensor output 420 is coupled as an input to a controller 430, which can be, for example, a simple analog circuit or an ATtiny11 8-bit microcontroller offered by Atmel Corporation (San Jose, Calif.).

[0043]  The principles of operation of the circuitry of FIG. 9 will be readily understood by those conversant with the art. When a person or thing moves close to the conductor 400, the increased capacitance therebetween causes the amplitude of the sinusoidal waveform at the output 420 to increase by a voltage sufficient to indicate the presence of the person or thing. Based on the increased signal level, the controller 430 sends appropriate control signals. For example, the controller 430 sends a control signal 490 to cut off power (such as supplied by a triac) to the motor that drives the cutting elements of the shredder, and a control signal 435 to illuminate a sensor LED 450 or error LED 440 coupled to comparators 460.

[0044]  Embodiments of the present invention may be incorporated, for instance, in a shredder such as the PS80C-2 shredder of Fellowes, Inc. (Itasca, Ill.). If desired, existing shredder designs may be adapted, without major modification of existing modules, to incorporate proximity sensing circuitry.

[0045]  In another embodiment of the invention, a shredder can provide two or more sensitivity settings for proximity sensing. The settings can be selectably enabled by a user and tailored to detect, e.g., infants or pets. In an example embodiment employing a capacitive sensor, objects are distinguished based on load times. A smaller capacitive load results in a shorter load time than a large capacitance. Thus, by measuring (e.g., with a microprocessor) differences in

load times resulting from capacitive loads near a sensor, various objects can be distinguished.

[0046]  Although various illustrated embodiments herein employ capacitive sensors, it is to be noted that other approaches may be employed to detect the presence of a person or thing near a shredder, such as, for example, approaches utilizing eddy current, inductive, photoelectric, ultrasonic, Hall effect, or infrared proximity sensor technologies.

[0047]  The foregoing illustrated embodiments have been provided to illustrate the structural and functional principles of the present invention and are not intended to be limiting. To the contrary, the present invention is intended to encompass all modifications, alterations and substitutions within the spirit and scope of the appended claims.

What is claimed is:

1. A shredder comprising:

a housing;

a shredder mechanism received in the housing and including an electrically powered motor and cutter elements, the shredder mechanism enabling articles to be shredded to be fed into the cutter elements and the motor being operable to drive the cutter elements so that the cutter elements shred the articles fed therein;

the housing having an opening enabling articles to be fed therethrough into the cutter elements of the shredder mechanism for shredding;

a proximity sensor at least in part located adjacent the opening and configured to indicate the presence of a person or animal in proximity to the opening; and

a controller operable to perform a predetermined operation responsive to the indicated presence of the person or animal.

2. A shredder according to claim 1, wherein the predetermined operation is disabling the shredder mechanism responsive to the indicated presence of the person or animal.

3. A shredder according to claim 1, wherein the predetermined operation is illuminating an indicator responsive to the indicated presence of the person or animal.

4. A shredder according to claim 1, wherein the controller comprises a microcontroller.

5. A shredder according to claim 1, wherein the proximity sensor is a capacitive sensor.

6. A shredder according to claim 5, wherein:

the proximity sensor includes an electroconductive element located adjacent the opening and circuitry to sense a state of the electroconductive element, the proximity sensor being configured to indicate a change in the state of the electroconductive element corresponding to a change in capacitance caused by a person or animal approaching in proximity to the electroconductive element, and

the controller is operable to perform the predetermined operation responsive to the indicated change in the state of the electroconductive element.

7. A shredder according to claim 6, wherein the electroconductive element is a thin metal member extending along a portion of the housing adjacent the opening.

Ex. B
P. 143

US 2006/0054724 A1

5

Mar. 16, 2006

8. A shredder according to claim 7, wherein the metal member is provided on an interior surface of the housing.

9. A shredder according to claim 8, wherein the metal member is provided only on an interior surface of the housing, and not on an exterior surface.

10. A shredder according to claim 8, wherein the metal member is also provided on an exterior surface of the housing.

11. A shredder according to claim 10, wherein the portion of the housing on which the metal member is provided has an edge that defines part of the opening, and wherein the metal member extends from the interior surface of the housing to the exterior surface over the edge.

12. A shredder according to claim 7, wherein the shredder mechanism is embedded within the housing.

13. A shredder according to claim 7, wherein the metal member is at least in part adhered to the portion of the housing adjacent the opening.

14. A shredder according to claim 13, wherein the metal member comprises metal tape.

15. A shredder according to claim 7, wherein the metal member is at least in part covered by a non-conductive member.

16. A shredder according to claim 15, wherein the non-conductive member is at least in part covered by a conductive member.

17. A shredder according to claim 6, wherein the electro-conductive element at least in part comprises metal paint applied to a portion of the housing or to a member associated with the housing.

18. A shredder according to claim 6, wherein the electro-conductive element includes at least two metal members each extending along a portion of the housing adjacent the opening.

19. A shredder according to claim 1, wherein the controller at least in part comprises a microprocessor.

20. A shredder according to claim 1, wherein the controller at least in part comprises discrete circuit components.

21. A shredder according to claim 1, wherein the controller at least in part comprises an analog circuit.

*   *   *   *   *

# EXHIBIT C

Ex. C
p. 145

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CORP. OF AMERICA, a Delaware corporation,<br><br>               Plaintiff,<br><br>   vs.<br><br>FELLOWES, INC., an Illinois corporation,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CV 07-8306-GHK (AJWx)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DECLARATION OF WILLIAM P. ATKINS**

I, William P. Atkins, counsel for Defendant Fellowes, Inc., in the above-captioned matter, declare the following to be true, to the best of my knowledge, information, and belief.

1.     U.S. Patent No. 7,040,559 was previously asserted against another paper shredder company in the Eastern District of Virginia. The opponent conceded infringement days before the jury trial. The jury found the patent not invalid in May of 2007.

2.     Attached as Ex. C-1 is a true and accurate copy of a printout from the Underwriters Laboratory website. I underlined the currently accused model number. The URL is shown on the printout. I printed this document and it is a fair

Ex. C
p. 146

and accurate representation of what I saw on the screen when I visited the website on the day of the printout."

3.    Attached as Ex. C-2 is a true and accurate copy of a letter dated June 15, 2007 from Aurora Corp. of America.

4.    Attached as Ex. C-3 is a true and accurate copy of a printout from the United States Patent and Trademark Office.  It shows that a trademark application was filed on Nov. 16, 1979 for the mark Aurora.  I underlined the shredder designation in goods and services section.

5.    Attached as Ex. C-4 is an email from counsel for Aurora America named Donn Harms to my partner my partner Bryan Collins.  The document is dated June 20, 2007 and is a fair and accurate representation/printout of the email.

6.    Attached as Ex. C-5 is a true and accurate copy of a printout from the Underwriters Laboratory website.  The URL is shown on the printout.  I printed this document and it is a fair and accurate representation of what I saw on the screen when I visited the website on the day of the printout.

7.    Attached as Ex. C-6 is a true and accurate copy of the cover page of the 10-K form for United Stationers, Inc.

8.    Attached as Ex. C-7 is a true and accurate copy of the of a printout from the website of United Stationers, Inc.  The URL is shown on the printout.  I printed this document and it is a fair and accurate representation of what I saw on

2

Ex. C
p. 147

the screen when I visited the website on the day of the printout.  The portion of this webpage that states "click here for more product information" leads the user to www.biggestbook.com.

9.     Attached as Ex. C-8 is a true and accurate copy of a printout from the website www.biggestbook.com.  The URL is shown on the printout.  I printed this document and it is a fair and accurate representation of what I saw on the screen when I visited the website on the day of the printout.

10.     Attached as Ex. C-9 is a Dun & Bradstreet Report that I caused to be printed out on January 2, 2008.  My understanding is that this is a fair and accurate representation of the report.

11.     Attached as Ex. C-10 is a Dun & Bradstreet Report that I caused to be printed recently.  On page 2, I have underlined an Aurora Company located in the British Virgin Islands.  My understanding is that this is a fair and accurate representation of the report.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 18th day of January, 2008.


_____
William P. Atkins

400704051v1

Ex. C
p. 148

# EXHIBIT C-1



## ONLINE CERTIFICATIONS DIRECTORY

# NWGQ.E237840
# Information Technology Equipment Including Electrical Business Equipment

Page Bottom

# Information Technology Equipment Including Electrical Business Equipment

See General Information for Information Technology Equipment Including Electrical Business Equipment

**AURORA OFFICE EQUIPMENT CO LTD SHANGHAI**                                    E237840
388 JIANXIN RD
JIADING DISTRICT

200000 SHANGHAI, CHINA

**Electronic printing calculators,** Model(s) MFP5100, MFP5200, MFP6100, MFP720, MFP730, MFP820, PR1000M, PR190M, PR2000M, PR5200, 98580, OM98580, MFP5300, PR5300, 98579 and OM98579, PR670M.

**Laminators,** Model(s) AS1500SB, AS660 CM, AS760C, AS760CM, LM901HC*, SCS-1500, WM901HC, WMC850HC , WM850HC, LM850HC, WMC901HC.

**Paper shredders,** Model(s) AS1010CD, AS1015CD, AS1015CM, AS1215CD, AS1215CM, WM10X, WMC10X, AS1017CD, AS1017CM,AS1016CD ,AS1016CM, AS1018CD, WM10X, WMC10X, OD1018CD AS1225CD and AS1228CD, OD1225CD, AS1019CD, AS1019CG, AS1019CS, AS1020CD, AS1022CD, AS1040C, AS1060SB, AS1060SBM, AS1205CD, AS1210CD, AS1210SB, AS1210SM, AS1212SB, AS1212SM, AS1218CD, AS1219CD, AS1219CE, AS1230CE, AS1219CE, AS1220CD, AS1230CE, AS1260SB, AS1260SBM, AS1410SB, AS1410SM, AS1410SR, AS1500C, AS1500CD, AS1500CE, AS1510CD, AS1522CD, AS1540CD, AS158CD, AS1610SB, AS1710CD, AS1710SB, AS3000SB, AS2000CD, AS370C, AS420C, AS422C, AS501X-MS, AS505S, AS505SB, AS510X, AS562C, AS600SB, AS600SBC, AS600SBF, AS610C, AS610CE, AS610CM, AS610CT, AS618SB, AS619MD, AS620C, AS620CF, AS620CM, AS620MD, AS621C, AS621CF, AS621CM, AS629MD, AS650C, AS650CM, AS650MX, AS660C, AS660CF, AS660CG, AS662C, AS662CF, AS662CG, AS662CM, AS680S, AS680SB, AS710C, AS710CE, AS710CM, WM710C, WM710CE, WMC710CE, WMC710C, AS751C, AS751CM, WM7X and WMC7X, AS750C, AS750CE, AS800CD, AS810SD, AS860C, AS860CF, AS860CM, AS861C, AS861CF, AS861CM, AS870C, AS870CM, AS870CR, AS871C, AS871CM, AS872CM, AS880C, AS880CM, AS882C, AS883CD, WM8XD, WMC8XD, OD883CD, AS890C, AS890CM, AS892C, AS892CM, AS893C, AS893CM, AS894C, AS980C, AS980CM, AS994CM, ASR100CD, ASR104CD, ASR105CD, ASR106CD, ASR120CD, ASR120DG, ASR122CD, ASR124CD, ASR126CD, ASR60C, ASR62C, ASR80C, AU610XA, AU610XB, AU610XC, AU610XD, AU610XE, AU611XA, AU611XB, AU611XC, AU611XD, AU611XE, AU612XA, AU612XB, AU612XC, AU612XD, AU612XE, AU614XA, AU614XB, AU614XC, AU614XD, AU614XE, AU615XA, AU615XB, AU615XC, AU615XD, AU615XE, AU616XA, AU616XB, AU616XC, AU616XD, AU616XE, AU810XA, AU810XB, AU810XC, AU810XD, AU810XE, AU811XA, AU811XB, AU811XC, AU811XD, AU811XE, AU812XA, AU812XB, AU812XC, AU812XD, AU812XE, AU814XA, AU814XB, AU814XC, AU814XD, AU814XE, AU815XA, AU815XB, AU815XC, AU815XE, AU816XA, AU816XB, AU816XC, AU816XD, AU816XE, BJ619MD, BJ620MD, BJ800CD, BJR120DG, BJR60C, BJR80C, C1210, C619MD, C620MD, C800CD, CCS-1500, CCS-610 (Homeland), CCS-870C (Homeland), CR120DG, CR60C, CR62C, CR80C, DX-PS05CC, JCP8000, NT-PS10CC, NT-PS11CC, NT-PS12CC, NUR120DG, NUR60C, NUR80C, OD1019CD, OD1019CG, OD1019CS, OD619MD, OD800CD, ODR60C, ODR62C, ODR80C, OM1218CD, PM-1050CD, PM-1550CD, PM-600C, PM-60SB, PM-800C, PM1019CG, PM1218CD, PM60S, RF-OP10CC, S619MD, S800CD, SCS-680 (Homeland), SR120DG, SR60C, SR80C, UN619MD, UN800CD, UNR60C, UNR62C, WM1018CD, WM1019CD, WM1019CG, WM1019CS, WM10X, WM102CD, WM1218CD, WM4X, WM60C, WM610MD, WM619MD, WM62C, WM6S, WM6SB, WM6X, WM800CD, WM890C, WM8X, WMC1018CD, WMC1019CD, WMC1019CG, WMC1019CS, WMC10X, WMC120CD, WMC120DG, WMC1210SB, WMC1218CD, WMC4X, WMC60C, WMC610MD, WMC619MD, WMC62C, WMC6S, WMC6SB, WMC6X, WMC800CD, WMC80C, WMC880C, WMC883CD, WMC890C, WMC890X, WMC8X, WMR120DG, WMR60C, WMR62C, WMR80C.

* - May be followed by a suffix denoting color.

Last Updated on 2008-01-14

Questions?                    Notice of Disclaimer                    Page Top

Ex. C-1
p. 150

Copyright © 2008 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2008 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



Ex. C-1
p. 151

# EXHIBIT C-2

Ex. C-2
p. 152



**AURORA CORP. OF AMERICA**
3500 CHALLENGER STREET
TORRANCE, CA 90503-1640
TEL: 310-793-5650
FAX: 310-793-5658

Bryan P. Collins
Pillsbury, Winthrop, Shaw, Pittman, LLP

Date: June 15, 2007

Dear Mr. Collins:

I did not receive your letter of May 30, 2007 until Wednesday, the 13th. In speaking with my attorney, Donn Harms, he indicated that he will not be back in the office until next week. While I will let Mr. Harms address your letter directly, I would like to request that you allow Mr. Harms until Jun 22nd to make a substantive response.

In the meantime, I would like to inform you that Aurora has ceased production of the shredder with the switch you refer to in your letter. Accordingly, it does not appear that a licensing agreement will be necessary. I will have Mr. Harms contact you directly next week to work out the details. Please accept my apologies for this late response.

Sincerely,

Linda Chen

Ex. C-2
p. 153

# EXHIBIT C-3



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jan 19 04:06:55 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ]  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# AURORA

| **Word Mark** | AURORA |
|---|---|
| **Goods and Services** | IC 007. US 013 019 021 023 031 034 035. G & S: BOOKBINDING MACHINES; PRICE MARKING MACHINES; LAMINATORS |
| | IC 016. US 002 005 022 023 029 037 038 050. G & S: OFFICE PERFORATING MACHINES; PAPER STAPLERS, DATERS, NAMELY DATE STAMPING MACHINES USED FOR EMBOSSING DATES ON PAPER; OFFICE LABELING MACHINES; AUTOMATIC ADHESIVE TAPE DISPENSERS FOR HOUSEHOLD OR STATIONERY USE; LABEL PRINTING MACHINES, NAMELY MACHINES USED TO PRINT INFORMATION ON LABELS; STATIONERY SETS CONSISTING OF STAPLERS, PAPER HOLD PUNCHES, ADHESIVE TAPES AND LETTER OPENERS; STATIONERY FOLDERS; PAPER SHREDDERS FOR OFFICE USE; PRINTED TEACHING MATERIALS IN THE FIELD OF MATHEMATICS AND GEOGRAPHY, ENCYCLOPEDIAS; HISTOLOGICAL SECTIONS FOR TEACHING PURPOSES; TERRESTRIAL GLOBES; GIFT WRAPPING PAPER |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 75856019 |
| **Filing Date** | November 16, 1999 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 31, 2007 |
| **Owner** | (APPLICANT) Aurora Corporation CORPORATION CHINA 15th Floor, 2, Hsin I Rd., Sec. 5, Taipei, |

*Ex. C-3*
*P. 155*

|                        | Taiwan CHINA       |
|------------------------|--------------------|
| **Attorney of Record** | C. BRUCE HAMBURG   |
| **Type of Mark**       | TRADEMARK          |
| **Register**           | PRINCIPAL          |
| **Live/Dead Indicator**| LIVE               |

`TESS HOME`  `NEW USER`  `STRUCTURED`  `FREE FORM`  `BROWSE DICT`  `SEARCH OG`  `TOP`  `HELP`

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Ex. C-3
p. 156

# EXHIBIT C-4

Ex. C-4
p. 157

## Collins, Bryan P.

| | |
|---|---|
| **From:** | D Harms [dharms@patentpending.com] |
| **Sent:** | Wednesday, June 20, 2007 6:44 PM |
| **To:** | Collins, Bryan P. |
| **Subject:** | Re: Your letter dated March 30, 2007 |

Dear Bryan,

Aurora has ceased selling ANY product with the safety switch in question. As such, production and/or sale of all models of shredder, which would include the alleged offending switch, have been terminated.

This has been done voluntarily in deference to your client's position of an alleged infringement.

Donn

Collins, Bryan P. wrote:

> Donn,
>
> Is there a good time for the next day or two to discuss this, bearing in mind that I am on the east coast? I am out after 3:45 tomorrow, but otherwise am generally available.
>
> A key question for Fellowes is whether Aurora has ceased sales of the accused shredder only, or all shredders with the essentially the same safety switch. We are aware that Walmart carries Aurora shredders with the same switch, and Ms. Chen's letter was not clear as to whether she was referring to all models or just one model.
>
> Thanks.
>
> Bryan
>
> ---
>
> **From:** D Harms [mailto:dharms@patentpending.com]
> **Sent:** Monday, June 18, 2007 10:36 PM
> **To:** Collins, Bryan P.
> **Subject:** Re: Your letter dated March 30, 2007
>
> Bryan,
>
> How do you suggest we wrap this up. The client, while not conceding that the product actually infringes, has ceased any sale or shipment of it here in the US and elsewhere. Is that sufficient?
>
> Donn
>
> Collins, Bryan P. wrote:

Ex. C-4
P. 158

1/16/2008

Ms. Chen,

Thank you for your letter.  I will wait to hear from Mr. Harms on the 22nd.

Donn, let me know when you can discuss this so we can wrap this up.

Regards,

Bryan Collins

---

**From:** Linda Chen [mailto:Linda.Chen@auroracorp.com]
**Sent:** Friday, June 15, 2007 3:34 PM
**To:** Collins, Bryan P.
**Subject:** Your letter dated March 30, 2007

Mr. Collins,
Please kindly review the attached letter.
Thank you.
Best Regards,
Linda Chen
**Aurora Corp. of America**
3500 Challenger St
Torrance, CA 90503
**Tel:** +1 (310) 793-5650 x 120
**Fax:** +1 (310) 371-3988
**E-mail:** Linda.Chen@AuroraCorp.com

==========================================================

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Help Desk at Tel: 800-477-0770 x4860 immediately by telephone or by return E-mail and delete this message, along with any attachments, from your computer. Thank you.

==========================================================

```
--
----------------------------------------------------------------
Donn K. Harms
Registered Patent Attorney

American Patent & Trademark Law Center
12702 Via Cortina, Suite 100
Del Mar, CA  92014
```

1/16/2008

Ex. C-4
p. 159

Tel: 858-509-1400
Fax: 858-509-1677

webpage:  http://www.patentpending.com

Approved by the Better Business Bureau :  http://www.bbbonline.org/r.cfm?ID=118

WARNING:  The information contained in this email
is CONFIDENTIAL information (and may be attorney privileged)
intended ONLY for the addressee as identified.
Dissemination or distribution of this communication to anyone
other than the addressee is STRICTLY PROHIBITED.
If you have received this communication in error,
please notify the sender immediately.
Your cooperation is greatly appreciated.

--
-------------------------------------------------------------------------------
Donn K. Harms
Registered Patent Attorney

American Patent & Trademark Law Center
12702 Via Cortina, Suite 100
Del Mar, CA  92014

Tel: 858-509-1400
Fax: 858-509-1677

webpage:  http://www.patentpending.com

Approved by the Better Business Bureau :  http://www.bbbonline.org/r.cfm?ID=11860008

WARNING:  The information contained in this email
is CONFIDENTIAL information (and may be attorney privileged)
intended ONLY for the addressee as identified.
Dissemination or distribution of this communication to anyone
other than the addressee is STRICTLY PROHIBITED.
If you have received this communication in error,
please notify the sender immediately.
Your cooperation is greatly appreciated.

Ex. C-4
p. 160

# EXHIBIT C-5

Case 1:07-cv-08060-LTK-DCF Document 7-5 Filed 01/30/2008 Page 33 of 40 Case 1:07-cv-08060-LTK Document 16 Filed 06/30/2008 Page 34 of 48



**Underwriters Laboratories**

Go directly to a UL Service:    Global Locations    Search    [ Search ]

# Northbrook Division - Corporate Headquarters

The center of UL activity is its corporate home, which is located in suburban Northbrook, 25 miles north of downtown Chicago. Consisting of 715,000 square feet of office and laboratory space, UL's Northbrook facility is specially designed and equipped for conducting safety investigations on thousands of electrical, chemical and mechanical products and systems. More than 1,600 engineers, technicians and administrative staff work in Northbrook to serve clients and fulfill UL's safety mission throughout the world.

A trained and experienced staff, large and diverse laboratory facilities, and a unique dedication to public safety are the elements that give UL's Northbrook home the versatility necessary to handle a wide variety of investigations. UL evaluates innovative products such as ozone-protecting, chlorofluorocarbon recycling equipment and life-saving devices for the visually and hearing impaired, as well as established products such as electric toasters and irons. In addition to providing thorough safety evaluations, UL publishes vital information for use by consumers, manufacturers, code authorities and others who play a role in the U.S. safety system.

The Northbrook facility is home to all of UL's corporate departments, including Corporate Communications, Follow-up Services, Human Resources, Information Systems, Office Services, Publications and Standards, as well as a highly competent and diversified engineering operation.

UL also operates comprehensive testing laboratories in Melville, N.Y.; Santa Clara, Calif.; and Research Triangle Park, N.C. Follow-Up Services programs operate throughout the United States and in more than 70 countries worldwide. UL's two wholly owned affiliates, UL International Ltd. and UL International Services Ltd, operate testing laboratories in Hong Kong and Taiwan, respectively.

Ex. C-5
p. 162

# EXHIBIT C-6

Ex. C-6
p. 163

# United States Securities and Exchange Commission
### Washington, DC 20549

# FORM 10-K

**(Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2006**

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from          to**

Commission file number: 0-10653



**UNITED STATIONERS INC.**
*(Exact Name of Registrant as Specified in its Charter)*

| **Delaware** | **36-3141189** |
|---|---|
| *(State or Other Jurisdiction of Incorporation or Organization)* | *(I.R.S. Employer Identification No.)* |

**One Parkway North Boulevard
Suite 100
Deerfield, Illinois 60015-2559
(847) 627-7000**
*(Address, Including Zip Code and Telephone Number, Including Area Code, of Registrant's Principal Executive Offices)*

**Securities registered pursuant to Section 12(b) of the Act:
Common Stock, $0.10 par value per share**
*(Title of Class)*

**Securities registered pursuant to Section 12(g) of the Act:**

**None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

Yes ☒    No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.

Yes ☐    No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes ☒    No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (Section 229.405 of this chapter) is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.    ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act (Check one):

Large accelerated filer ☒          Accelerated filer ☐          Non-accelerated filer ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).

Yes ☐    No ☒

The aggregate market value of the common stock of United Stationers Inc. held by non-affiliates as of June 30, 2006 was approximately $1,482,581,887.

On February 8, 2007, United Stationers Inc. had 29,691,256 shares of common stock outstanding.

**Documents Incorporated by Reference:**

Certain portions of United Stationers Inc.'s definitive Proxy Statement relating to its 2007 Annual Meeting of Stockholders, to be filed within 120 days after the end of United Stationers Inc.'s fiscal year, are incorporated by reference into Part III.

Ex. C-6
P. 164

# EXHIBIT C-7

Ex. C-7
p. 165



**Company Overview**
History
Our Vision, Mission & Values
Management Team
A Message From Our
President

profile

**Company Overview**

January 21, 2008

UNITED STATIONERS INC. is North America's largest broad line wholesale distributor of business products, with 2006 consolidated net sales of $4.5 billion. The company offers approximately 46,000 items from approximately 550 manufacturers. This includes a broad and deep selection of technology products, office products, office furniture, janitorial and breakroom supplies. (Click here for more product information.)

The company has a network of 62 regional distribution centers. Through this computer-linked network, United Stationers provides a high level of customer service, and same- or next-day delivery to more than 90% of the U.S. and major cities in Mexico. Its focus on operational excellence has given the company an average line fill rate of better than 97%, a 99.5% order accuracy rate, and a 99% on-time delivery rate.

United Stationers primarily serves commercial and contract office products dealers. Its customers include more than 20,000 resellers – such as office products dealers, mega-dealers, contract stationers, office products superstores, computer products resellers, office furniture dealers, mass merchandisers, mail order companies, sanitary supply distributors, drug and grocery store chains, and e-commerce merchants. They in turn serve many geographic markets and have a diverse end-consumer base. United Stationer also offers its customers an unmatched suite of value-added training and marketing programs, which help to build their businesses.

Our stock is traded on The NASDAQ Global Select Market under the symbol USTR. (Click here for more investor information.)

Ex. C-7
p. 166

# EXHIBIT C-8

Ex. C-8
p. 167

BiggestBook.com Case 1:07-cv-08300-GHK-AJW Document 7-5 Filed 10/30/2008 Page 39 of 48



**Search for:** aurora shredder

Offers & Rebates | My List

**Biggest Book** > Search for: aurora shredder

Showing 1- 9 of 9 Results    Sort By:    Best Match



### AURORA CORPORATION
**Medium-duty as1018cd confetti-cut paper shredder, black**
- This versatile shredder is tough enough to handle any task.
- Features auto start/stop with paper jamming protection for smooth operation.

$149.99/EA AURAS1018CD



### AURORA CORPORATION
**Heavy-duty as1500cd confetti-cut paper shredder, black**
- This heavy-duty shredder is designed to handle the toughest tasks.
- Crosscut action ensures that private information is disposed properly, protecting against identity theft.

$359.99/EA AURAS1500CD



### AURORA CORPORATION
**Heavy-duty as2000cd confetti-cut paper shredder, black**
- This sturdy machine is designed for heavy-duty shredding in the home or home office.
- High-performance shredder features durable steel cutters that can handle up to 20 sheets per pass.

$449.99/EA AURAS2000CD



### AURORA CORPORATION
**Medium-duty as1225cd confetti-cut paper shredder, black**
- This medium-duty shredder is ideal for the home or home office.
- Easily shreds a variety of media, including staples and paper clips.

$229.99/EA AURAS1225CD



### AURORA CORPORATION
**Aurora Light-Duty AS600SB Strip-Cut Paper Shredder, Black**
- Designed to provide reliable document security.
- Ideal for occasional home office use.

$49.99/EA AURAS600SB



Ex. C-8
p. 168



**AURORA CORPORATION**
**Aurora Light-Duty AS890CM Confetti-Cut Paper Shredder, Black**
- Metal mesh wastebasket.
- Designed to provide reliable document security.

$99.99/EA AURAS890CM



**AURORA CORPORATION**
**Aurora Light-Duty AS662C Confetti-Cut Paper Shredder, Black**
- Designed to provide reliable document security.
- Ideal for occasional home office use.

$89.99/EA AURAS662C



**AURORA CORPORATION**
**Aurora Medium-Duty AS619MD Micro-Shred Paper Shredder, Black**
- Compact shredder delivers a high level of performance.
- Designed for medium shredding in the home or office.

$269.99/EA AURAS619MD



**AURORA CORPORATION**
**Model as1540cd continuous use micro-shred paper shredder, silver/gray**
- A heavy-duty shredder that delivers ideal performance with extra security for the home or office.
- Sturdy high-grade cutters churn documents into confetti-like particles.

$1,599.99/EA AURAS1540CD

**You've Selected:**

**Search Term**
☒ aurora shredder

**Refine Your Search:**

**By Keyword:**

**Category:**
» Confetti-/Cross-Cut Shredders (8)
» Strip-Cut Paper Shredders (1)

**List Price:**
» $25 - $50 (1)
» $50 - $100 (2)
» $100 - $200 (1)
» $200 - $500 (4)
» $1000 or more (1)

Showing 1- 9 of 9 Results     Sort By:   Best Match

Ex. C-8
p. 169