Help | FAQ | Find MSDS | Terms & Conditions | Privacy Policy

All Content ©2007 biggestbook. All

Ex. C-8
p. 170

# EXHIBIT C-9

Ex. C-9
p. 171



**Decide with Confidence**

# Business Information Report

To save report(s) to your PC, click here for instructions.                    📄 Print this Report

Copyright 2008 Dun & Bradstreet - Provided under contract for the exclusive use of subscriber 061007307L

ATTN: **082135-0000052 bcp**                    Report Printed: JAN 02 2008
**In Date**

## BUSINESS SUMMARY

**AURORA CORP. OF AMERICA**
   (FOREIGN PARENT IS AURORA CORPORATION, TAIPEI,
TAIWAN.)
**3500 Challenger St**
**Torrance, CA 90503**

| Now Included with this Report | NEW! |
| --- | --- |
| **D&B's Credit Limit Recommendation** D&B's industry and risk-based limit guidance ▸Learn More ▸View Now | |
| **Payment Trends Profile** Payment trends and industry benchmarks ▸Learn More ▸View Now | |

This is **a single (subsidiary)** location.

| | |
| --- | --- |
| **Web site:** | www.auroracorp.com |
| **Telephone:** | 310 793-5650 |
| **Fax:** | 310 793-5658 |

**Chief executive:** KEVIN CHEN, PRES

| | |
| --- | --- |
| **Year started:** | 1975 |
| **Management control:** | 1992 |
| **Employs:** | 30 |
| **Sales E:** | $25,000,000 |
| **History:** | CLEAR |
| **SIC:** | 5087 5044 |
| **Line of business:** | Whol service establishment equipment, whol office equipment |

**D-U-N-S Number:**          06-079-1753

**D&B Rating:**          **1R2**
**Number of employees:**          1R is **10 or more** employees.

**Composite credit appraisal:**          2 is **good.**

**D&B PAYDEX®:**

**12-Month D&B PAYDEX: 61**
When weighted by dollar amount, payments to suppliers average 22 days beyond terms.

```
        0              ▽              100
        ├──────────────┴──────────────┤
   120 days slow   30 days slow   Prompt  Anticipates
```

Based on trade collected over last 12 months.

NEW! Enhanced payment trends and industry benchmarks are available on this business

## SUMMARY ANALYSIS

**D&B Rating:**          **1R2**
   **Number of employees:**          1R indicates **10 or more** employees.
   **Composite credit appraisal:** 2 is **good.**

The Rating was changed on May 25, 2007 because of a change in payment information appearing in D&B's file and other changes in D&B's files. The 1R and 2R ratings categories reflect company size based on the total number of employees for the business. They are assigned to business files that do not contain a current financial statement. In 1R and 2R Ratings, the 2, 3, or 4 creditworthiness indicator is based on analysis by D&B of public filings, trade

Ex. C-9
P. 172

payments, business age and other important factors. 2 is the highest Composite Credit Appraisal a company not supplying D&B with current financial information can receive. For more information, see the D&B Rating Key.

Below is an overview of the company's rating history since 10/27/04:

| D&B Rating | Date Applied |
|------------|--------------|
| 1R2 | 05/25/07 |
| 1R3 | 01/17/06 |
| 1R4 | 06/15/05 |
| 1R3 | 02/01/05 |
| 4A3 | 10/27/04 |

The Summary Analysis section reflects information in D&B's file as of December 31, 2007.

| NEW!    Have AURORA CORP. OF AMERICA's payment habits changed over time? | ⓘ |
|---|---|
| A Payment Trends Profile will show you - View Now | |

## CUSTOMER SERVICE

If you have questions about this report, please call our Customer Resource Center at 1.800.234.3867 from anywhere within the U.S. If you are outside the U.S. contact your local D&B office.

*** Additional Decision Support Available ***

Additional D&B products, monitoring services and specialized investigations are available to help you evaluate this company or its industry. Call Dun & Bradstreet's Customer Resource Center at 1.800.234.3867 from anywhere within the U.S. or visit our website at www.dnb.com.

## HISTORY

The following information was reported **08/11/2007**:

**Officer(s):**    KEVIN CHEN, PRES
LINDA CHEN, V PRES

**DIRECTOR(S):**    THE OFFICER(S)

Incorporated in the state of CA on 1/3/1992.

Business started 1975 by Y T Chen. Present control succeeded 1992. 100% of capital stock is owned by parent company.

KEVIN CHEN born 1968. 1992-present active here.

LINDA CHEN born 1970. 1992-present active here.

## CORPORATE FAMILY

Click below to buy a Business Information Report on that family member.
For an expanded, more current corporate family view, use D&B's Global Family Linkage product.

[ Buy Selected Report(s) ]

**Parent:**

| | | | |
|---|---|---|---|
| ▦ | Aurora Corporation | Taipei City, Taiwan | DUNS # 65-608-2609 |

Ex. C-9
p. 173

**Affiliates (International):**(Affiliated companies share the same parent company as this business.)

| | | | |
|---|---|---|---|
| ▦ | AURORA INFORMATION SYSTEM CORPORATION | Taipei City, TAIWAN | DUNS # 65-877-0859 |
| | AURORA OFFICE AUTOMATION | | |

| ☒ | CORPORATION | Taipei City, TAIWAN | DUNS # 65-600-5337 |
| ☒ | AURORA TELECOM CORPORATION | Taipei City, TAIWAN | DUNS # 65-863-7777 |

**Buy Selected Report(s)**

## BUSINESS REGISTRATION

CORPORATE AND BUSINESS REGISTRATIONS PROVIDED BY MANAGEMENT OR OTHER SOURCE

The Corporate Details provided below may have been submitted by the management of the subject business and may not have been verified with the government agency which records such data.

**Registered Name:**   AURORA CORPORATION OF AMERICA

**Business type:**   CORPORATION
**Corporation type:**   PROFIT
**Date incorporated:**   JAN 03 1992
**State of incorporation:**   DELAWARE
**Filing date:**   JAN 03 1992

**Where filed:**   SECRETARY OF STATE/CORPORATIONS DIVISION, DOVER, DE

## OPERATIONS

08/11/2007

**Description:**   Subsidiary of Aurora Corporation, Taipei, .

Foreign parent is Aurora Corporation, Taipei, Taiwan. DUNS #65-608-2609, started 1963, which operates as a wholesaler and retailer of office machines, equipment, office furniture, communication and computer products. Reference is made to that report for background information on the parent & its management. The parent company owns 100% of capital stock of the business. The parent company has 2 other subsidiaries.

Wholesales service establishment equipment, specializing in shredders (60%). Wholesales office equipment, specializing in calculating machines (40%).

Has 400 account(s). Terms are net 30 days. Sells to retailers. Territory : United States.

Nonseasonal.

**Employees:**   30 which includes officer(s).

**Facilities:**   Owns 50,000 sq. ft. in a two story concrete block building.

**Location:**   Industrial section on well traveled street.

## SIC & NAICS

**SIC:**
Based on information in our file, D&B has assigned this company an extended 8-digit SIC. D&B's use of 8-digit SICs enables us to be more specific to a company's operations than if we use the standard 4-digit code.

The 4-digit SIC numbers link to the description on the Occupational Safety & Health Administration (OSHA) Web site. Links open in a new browser window.

| 50879909 | Shredders, industrial and commercial |
| 50440100 | Calculating machines |

**NAICS:**

| 423850 | Service Establishment Equipment and Supplies Merchant Wholesalers |
| 423420 | Office Equipment Merchant Wholesalers |

Ex. C9
P. 174

### D&B PAYDEX

**NEW!** Enhanced payment trends and industry benchmarks are available on this business

The D&B PAYDEX is a unique, dollar weighted indicator of payment performance based on up to 29 payment experiences as reported to D&B by trade references.



**3-Month D&B PAYDEX: 53**
When weighted by dollar amount, payments to suppliers average 28 days beyond terms.

120 days slow — 30 days slow — Prompt — Anticipates

Based on trade collected over last 3 months.



**12-Month D&B PAYDEX: 61**
When weighted by dollar amount, payments to suppliers average 22 days beyond terms.

120 days slow — 30 days slow — Prompt — Anticipates

Based on trade collected over last 12 months.

When dollar amounts are not considered, then approximately 83% of the company's payments are within terms.

### PAYMENT SUMMARY

The Payment Summary section reflects payment information in D&B's file as of the date of this report.

Below is an overview of the company's dollar-weighted payments, segmented by its suppliers' primary industries:

| | Total Rcv'd (#) | Total Dollar Amts ($) | Largest High Credit ($) | Within Terms (%) | Days Slow <31 | 31-60 | 61-90 | 90> |
|---|---|---|---|---|---|---|---|---|
| **Top industries:** | | | | | | | | |
| Trucking non-local | 6 | 53,100 | 30,000 | 31 | 29 | 7 | 33 | - |
| Nonclassified | 4 | 5,650 | 5,000 | 100 | - | - | - | - |
| Telephone communictns | 2 | 1,000 | 1,000 | 100 | - | - | - | - |
| Public finance | 1 | 10,000 | 10,000 | 100 | - | - | - | - |
| Ret computer/software | 1 | 1,000 | 1,000 | 100 | - | - | - | - |
| Data processing svcs | 1 | 1,000 | 1,000 | - | 50 | 50 | - | - |
| Misc equipment rental | 1 | 1,000 | 1,000 | 100 | - | - | - | - |
| Short-trm busn credit | 1 | 750 | 750 | 100 | - | - | - | - |
| Misc general gov't | 1 | 750 | 750 | 100 | - | - | - | - |
| Photocopying service | 1 | 750 | 750 | 100 | - | - | - | - |
| OTHER INDUSTRIES | 8 | 1,550 | 750 | 76 | 24 | - | - | - |
| **Other payment categories:** | | | | | | | | |
| Cash experiences | 0 | 0 | 0 | | | | | |
| Payment record unknown | 2 | 1,050 | 1,000 | | | | | |
| Unfavorable comments | 0 | 0 | 0 | | | | | |
| **Placed for collections:** | | | | | | | | |
| With D&B | 0 | 0 | | | | | | |
| Other | 0 | N/A | | | | | | |
| Total in D&B's file | 29 | 77,600 | 30,000 | | | | | |

The highest **Now Owes** on file is $30,000

The highest **Past Due** on file is $25,000

D&B receives over 600 million payment experiences each year. We enter these new and updated experiences into D&B Reports as this information is received.

Ex. C-9
p. 175

**NEW!**  How does AURORA CORP. OF AMERICA's payment record compare to its industry?    ⓘ

A Payment Trends Profile will show you - Vew Now

## PAYMENT DETAILS

### Detailed Payment History

| Date Reported (mm/yy) | Paying Record | High Credit ($) | Now Owes ($) | Past Due ($) | Selling Terms | Last Sale Within (months) |
|---|---|---|---|---|---|---|
| 11/07 | Ppt | 10,000 | 2,500 | 0 | | 1 mo |
| | Ppt | 1,000 | 1,000 | 0 | | 1 mo |
| | Ppt | 500 | 500 | 0 | | 1 mo |
| | Ppt | 50 | 0 | 0 | N60 | 6-12 mos |
| | Ppt | 0 | 0 | 0 | | 6-12 mos |
| | Ppt-Slow 30 | 500 | 500 | 500 | | 1 mo |
| | Ppt-Slow 90 | 5,000 | 1,000 | 250 | | 1 mo |
| | Slow 30-90 | 30,000 | 30,000 | 25,000 | N15 | 1 mo |
| 10/07 | Ppt | 100 | 100 | 0 | | 1 mo |
| 09/07 | Ppt | 1,000 | 250 | | Lease Agreemnt | |
| | Ppt | 750 | 750 | | | 1 mo |
| | Ppt-Slow 30 | 750 | 0 | 0 | | 2-3 mos |
| 05/07 | Ppt | 0 | 0 | 0 | | 1 mo |
| 04/07 | Ppt | 100 | 100 | 0 | | 1 mo |
| 02/07 | Slow 5 | 0 | 0 | | | 1 mo |
| | (016) | 1,000 | 750 | 0 | N30 | |
| 01/07 | Ppt | 100 | 0 | 0 | N15 | 6-12 mos |
| 10/06 | Ppt | 5,000 | 5,000 | 0 | | 1 mo |
| | Ppt | 1,000 | 0 | 0 | | 6-12 mos |
| 07/06 | (020) | 750 | | | | 1 mo |
| | Satisfactory. | | | | | |
| 06/06 | Ppt | 10,000 | | | | 1 mo |
| 05/06 | Ppt-Slow 60 | 7,500 | 0 | 0 | | 4-5 mos |
| 04/06 | Ppt | 50 | 0 | 0 | | 6-12 mos |
| 03/06 | Ppt | 750 | 0 | 0 | N30 | 6-12 mos |
| 12/05 | Ppt | 500 | 50 | 0 | | 1 mo |
| | Ppt | 100 | 0 | 0 | | 1 mo |
| | Ppt | 50 | 0 | 0 | | 2-3 mos |
| | (028) | 50 | 0 | 0 | | 2-3 mos |
| 11/05 | Slow 30-60 | 1,000 | 0 | 0 | | 6-12 mos |

Payment experiences reflect how bills are met in relation to the terms granted. In some instances payment beyond terms can be the result of disputes over merchandise, skipped invoices etc.

Each experience shown is from a separate supplier. Updated trade experiences replace those previously reported.

**NEW!**  Have AURORA CORP. OF AMERICA's payment habits changed over time?    ⓘ

A Payment Trends Profile will show you - Vew Now

## FINANCE

**07/02/2007**

Ex. C-9
P. 176

On JUL 02 2007 Charles Du, Fin Mgr, deferred financial statement.

Charles Du submitted the following partial estimates dated JUL 02 2007:

Sales for 2006 were $25,000,000.

**PUBLIC FILINGS**

---

The following Public Filing data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

**UCC FILINGS**

| | |
|---|---|
| **Collateral:** | Leased Business machinery/equipment |
| **Type:** | Original |
| **Sec. party:** | KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC., PARK RIDGE, NJ |
| **Debtor:** | AURORA CORP OF AMERICA |
| **Filing number:** | 3328265 7 |
| **Filed with:** | SECRETARY OF STATE/UCC DIVISION, DOVER, DE |

| | |
|---|---|
| **Date filed:** | 12/12/2003 |
| **Latest Info Received:** | 01/06/2004 |

The public record items contained in this report may have been paid, terminated, vacated or released prior to the date this report was printed.

**GOVERNMENT ACTIVITY**

**Activity summary**

| | |
|---|---|
| Borrower (Dir/Guar): | NO |
| Administrative debt: | NO |
| Contractor: | NO |
| Grantee: | NO |
| Party excluded from federal program(s): | NO |

**Possible candidate for socio-economic program consideration**

| | |
|---|---|
| Labor surplus area: | YES (2007) |
| Small Business: | YES (2006) |
| 8(A) firm: | N/A |

The details provided in the Government Activity section are as reported to Dun & Bradstreet by the federal government and other sources.

---

Copyright 2008 Dun & Bradstreet - Provided under contract for the exclusive use of subscriber 061007307L

Ex. C-9
p. 177

# EXHIBIT C-10

Ex. C-10
P. 178

```
5/5/1     (Item 1 from file: 500)
DIALOG(R)File 500:Extel Intl Financl Cards
(c) 2008 Extel Financial Inc. All rts. reserv.

0000022937
                 Date Record Changed Last: December 10, 2007


 Aurora Corp

15th Floor
No 2 Section 5 Shinyi Road
Taipei City
Telephone: 2 2345 8088  Fax: 2 2728 6198
URL      : http://www.aurora.com.tw
Country: TAIWAN, PROVINCE OF CHINA  (TWN)

EXTEL Company Number: 00022937
SEDOL Number: 6059998
ISIN Number: TW0002373008
Record Type: DIRECTORY
Document Type: COMPANY

Number of Employees: 2481

Date of Latest Annual Data: December 31, 2006
Fiscal Year End Date: December 31, 2006

Primary US SIC Codes:
  3579  Office machines, nec

Secondary US SIC Codes:
  5045  Computers, peripherals & software
  7699  Repair services, nec
  5021  Furniture
  3669  Communications equipment, nec

                         OTHER OFFICES
Aurora Corp : Business Addresses
Head Office
15th Floor
No 2 Section 5 Shinyi Road
Taipei City
Taiwan, Republic of China
Tel.   +886 2 2345 8088
Fax    +886 2 2728 6198
Web Address
Web    http://www.aurora.com.tw

                          OFFICERS
Aurora Corp : Management
  Directors
Position           Name                    Appointed/ Ceased
Chairman           Chen Yong Tai           15 Dec 1989 Appointed
Director           Aurora International Company  06 May 1998 Appointed
                   Ltd represented by Lin Rong
                   Xing
```

Ex. C-10
p.179

```
                    Chen Guan Ming            15 May 1995 Appointed
                    Chen Guan Bai            24 Apr 2001 Appointed
                    Aurora International Company  15 Dec 1989 Appointed
                    Ltd represented by Lai Hao Min
                    Huang Wen Zhi
                    Ye Ri Song
        Other
        Position    Name                     Appointed/ Ceased
        Other Executive  Aurora International Company  15 Dec 1989 Appointed
                    Ltd represented by Cai Wang Li
                    Zi
                    Jin Yi Company Ltd represented  28 May 2002 Appointed
                    by Chen Zhen Mei
Joint Vice President Zhao Shu Yan
                    Zhou Qi Zheng
                    Chen Xiong Min
Chief Financial&    Chen Liang De
Accounting Officer
Joint Chief         Ma Zhi Xian
Financial Officer
Other Executive     Wu Rong De
                    Lin Zheng Qing
                    Chen Hai Deng
```

## REGISTRATION

Aurora Corp : Financial Calendar
Date          Event
13 Jun 2007 Annual General Meeting

## ACTIVITIES

The Group's principal activities are trading, leasing and repairing office
equipment, office furniture, computer peripheral, communication systems and
automated parking equipment. Operations of the group are carried out in
Taiwan and other countries. The Group exports its products to Asia, the
United States of America and Europe.
Aurora Corp : Industry Sectors
Primary
SIC Code Description
3579      Office machines, nec
5045      Computers, peripherals & software
7699      Repair services, nec
5021      Furniture
3669      Communications equipment, nec

## GROUP ORGANIZATION

Aurora Corp : Group Companies & Subsidiaries
Subsidiaries

| Company | Country Of Incorporation | % Owned/ Controlled |
|---|---|---|
| Aurora World Investment Ltd | British Virgin Islands | 100.00% |
| Aurora International (Singapore) Pte Ltd | Singapore | 100.00% |
| Aurora Japan Co | Japan | 100.00% |
| Aurora Europe Co Notes: HOLLAND | | 100.00% |
| Aurora International Trading | China | 100.00% |

Ex. C-10
p. 180

| (Shanghai) Company Ltd | | |
|---|---|---|
| Aurora (China) Investment Company Ltd | China | 100.00% |
| Shanghai Aurora Office Equipment Ltd | China | 100.00% |
| Shanghai Aurora Furniture Ltd | China | 100.00% |
| Aurora Huaxia Information (Shanghai) Ltd | China | 100.00% |
| Shanghai Aurora Office Automation Selling Ltd | China | 100.00% |
| Aurora Management Advisory (Shanghai) Ltd | China | 100.00% |

Associated Companies

| Company | Country Of Incorporation | % Owned/ Controlled |
|---|---|---|
| Aurora System Corp | | 29.57% |
| Yilu Development Company Ltd | | 46.67% |
| Heng Rong Industrial Company | | 45.00% |
| Quan Ying Company Ltd | | 43.91% |

Related Companies

| Company | Country Of Incorporation | % Owned/ Controlled |
|---|---|---|
| Taiwan Fixed Network Company Ltd | | 0.87% |

Note: O = Owned; C = Controlled. If neither is indicated then the company has not reported the owned and controlled proportions being different.

Aurora Corp : Capital
31 Dec 2000

| Share | Authorised | Issued | Shares Issued |
|---|---|---|---|
| Common shares of TW$10 | TW$7bn | TW$6.2718bn | 627.1771m |

Aurora Corp : Capital History

| Year | Month | Issued | Description |
|---|---|---|---|
| 1994 | | 25,967,282 Common | Stock Dividend - 17:100 for 1993 |
| 1995 | | 32,743,200 Common | Stock Dividend - 1:5 for 1994 |
| 1996 | | 21,446,000 Common | Stock Dividend - 1:10 for 1995 |
| | | 50,000,000 Common | Issued |
| 1997 | | 28,590,518 Common | Stock Dividend - 1:10 for 1996 |
| 1998 | | 18,000,000 Common | Issued |
| | | 66,499,100 Common | Issued |
| 1999 | | 79,798,965 Common | Stock Dividend - 1:10 (xd 30-Jun-1999) |
| | | 39,414,800 Common | Conversion |
| 2000 | | 103,641,700 Common | Isuued |
| | | 5,326,800 Common | Conversion |
| | | (45,000,000) Common | Repurchased |

## SHARE CAPITAL DATA

Aurora Corp : Per Share Data

| | Dec 31 1996 | Dec 31 1997 | Dec 31 b1998 | Dec 31 1999 | Dec 31 2000 |
|---|---|---|---|---|---|
| EARNINGS based on Reported Profits (TW$) | | | | | |
| Basic | 0.338 | 1.769 | 0.902 | 1.372 | 0.500 |
| EARNINGS based on Adjusted Profits (TW$) | | | | | |
| Basic | 0.282 | 0.436 | 0.311 | 0.715 | 0.216 |
| Shares on which earnings calculated (m) | | | | | |
| Basic | a282.1 | a314.5 | a389.1 | a496.1 | a618.4 |
| DIVIDEND (TW$) | – | – | – | – | – |

Ex. C-10
P. 181

```
DIVIDEND COVER              -         -         -         -         -
NET ASSET VALUE (TW$)
At B/S Date              7.696     9.664     9.790    11.184    10.600
Capital Issue Factor     0.909     0.995     0.833     0.833     0.909
```

NOTE: Above figures are adjusted for a 10% Stock Dividends in (xc 21-Jun-2001). Earnings based on Reported Profits, Adjusted Profits and NAV, prior to capital changes, were TW$0.549, TW$0.238 and TW$11.659 per share, respectively. (a)Weighted average. (b)Restated. Earnings based on Adjusted Profits and NAV prior to restatement were TW$0.826 and TW$15.864 per share, respectively.

Period: 12M

| KEY FINANCIALS | December 31, 2006 | December 31, 2006 |
|---|---|---|
| | New Taiwanese $ | US Dollar |
| PBIT | 650,811,000 | 19,953,734 |
| Turnover | 10,755,571,000 | 329,763,643 |
| Pre-Tax Profit | 532,583,000 | 16,328,887 |
| Profit Attr To Mmbrs | 514,019,000 | 15,759,719 |
| Preference Dividends | 444,103,000 | 13,616,108 |
| Ordinary Dividends | 97,928,000 | 3,002,452 |
| Tot Prop Aftr Depr | 2,285,341,000 | 70,068,095 |
| Net Cap Emplyd | 7,626,943,000 | 233,840,538 |
| Net Cap Emplyd Prev Yr | 8,116,322,000 | 248,844,800 |
| Total Share Cap | 3,522,171,000 | 107,989,054 |
| Minorities | -141,639,000 | -4,342,623 |
| Intangibles | 234,834,000 | 7,199,963 |
| Current Assets | 4,556,929,000 | 139,714,526 |
| Creditor or Equivalent | 2,904,355,000 | 89,046,940 |
| Stock | 1,058,393,000 | 32,450,116 |
| Total Assets | 9,519,919,000 | 291,878,801 |
| Total Borrowing | 2,345,455,000 | 71,911,178 |
| Shareh'rs Fnds Beg Yr | 4,473,960,000 | 137,170,713 |
| Shareh'rs Fnds End Yr | 4,577,343,000 | 140,340,415 |
| Earnings Per Share | 1.76 | .053 |
| Dividends Per Share | 1.4 | .042 |
| Net Asset Value | 5,193,673,000 | 159,236,969 |
| Share Price B/S Date | 19.15 | .587 |
| Market Cap B/S Date | 5,544,154,000 | 169,982,646 |
| Profit Per Employee | 214664.651 | 6581.575 |

| KEY RATIOS | | |
|---|---|---|
| Profit Margin | % | 6.050 |
| Return on Cap Emplyd Beg Yr | % | 8.018 |
| Working Capital | | 1.568 |
| Stock To Turnover | % | 9.840 |
| Turnover To Total Assets | | 112.979 |
| Debt / Equity | % | 47.298 |
| Dividend Cover | | 1.512 |
| Payout Ratio | % | 86.398 |
| Price / Earnings | | 9.041 |
| Dividend Yield (Gross) | % | 7.310 |
| Earnings Yield (Gross) | % | 11.060 |
| Turnover Performance | % | -17.186 |
| Asset Performance | % | 7.297 |

Ex. C-10
P. 182

```
Market Capitalization To
  Shareholders Funds At Year End              1.279
Capital Employed Performance                 -6.029
Pre-Tax Performance              %          -23.896
```

## PROFIT AND LOSS A/Cs

Aurora Corp : Income Statement
Consolidated Profit and Loss Account

| | 31 Dec 2002 TW$m | 31 Dec 2003 TW$m | 31 Dec 2004 TW$m | 31 Dec 2005 TW$m | 31 Dec 2006 TW$m |
|---|---|---|---|---|---|
| Gross turnover | 14,625 | 15,142 | 14,381 | 13,381 | 11,006 |
| Sales taxes/comms etc | (625) | (464) | (351) | (394) | (250) |
| TURNOVER | 14,000 | 14,678 | 14,031 | 12,988 | 10,756 |
| Cost of sales | (9,748) | (10,215) | (10,103) | (9,019) | (7,143) |
| GROSS PROFIT | 4,252 | 4,463 | 3,928 | 3,968 | 3,613 |
| Other trading exps | (3,581) | (3,832) | (3,378) | (3,377) | (3,296) |
| Other trading inc net | - | - | (12) | (32) | (19) |
| TRADING PROFIT | 671 | 632 | 538 | 560 | 298 |
| Equity A/c profits | - | (27) | (281) | 67 | 54 |
| Interest/inv income | 41 | 31 | 18 | 65 | 64 |
| Interest payable | (297) | (194) | (147) | (148) | (118) |
| Other expenses net | 149 | 172 | 417 | 98 | 340 |
| Exceptional charges | 128 | 2 | (106) | 57 | (105) |
| PROFIT BEFORE TAX | 692 | 614 | 440 | 700 | 533 |
| Tax | 30 | 51 | (129) | (137) | (160) |
| PROFIT AFTER TAX | 722 | 665 | 311 | 562 | 372 |
| A/c policy decreases | - | - | - | - | * |
| Minority interests | (18) | (30) | 15 | (10) | 142 |
| Net credits | (18) | (30) | 15 | (10) | 142 |
| NET INCOME | 704 | 635 | 326 | 552 | 514 |
| Ordinary dividends | (352) | 0 | (273) | (492) | (444) |
| RETAINED PROFITS | 352 | 635 | 53 | 60 | 70 |

Notes To Consolidated Profit and Loss Account

| | 31 Dec 2002 TW$m | 31 Dec 2003 TW$m | 31 Dec 2004 TW$m | 31 Dec 2005 TW$m | 31 Dec 2006 TW$m |
|---|---|---|---|---|---|
| OTHER TRADING EXPS | | | | | |
| Misc other tdg exps | (3,581) | (3,832) | (3,378) | (3,377) | (3,296) |
| OTHER TRADING INC NET | | | | | |
| Misc other tdg inc | - | - | (12) | (32) | (19) |
| INTEREST/INV INCOME | | | | | |
| Investment income | 17 | 15 | 11 | 58 | 46 |

Ex. C-10
P. 183

| | | | | | |
|---|---|---|---|---|---|
| Interest income | 24 | 15 | 6 | 8 | 19 |
| | 41 | 31 | 18 | 65 | 64 |
| **OTHER EXPENSES NET** | | | | | |
| Misc expenses net | 149 | 172 | 417 | 98 | 340 |
| **EXCEPTIONAL CHARGES** | | | | | |
| FA disposal gain | 128 | 2 | (30) | (14) | (10) |
| Financial assets w/o | - | - | (76) | - | (95) |
| Misc exceptional exps | - | - | - | 71 | * |
| | 128 | 2 | (106) | 57 | (105) |
| **TAX BY COUNTRY** | | | | | |
| Misc tax by country | 30 | 51 | (129) | (137) | (160) |
| **TAX BY TYPE** | | | | | |
| Current taxation | (23) | 2 | (32) | (68) | (117) |
| Deferred taxation | 53 | 49 | (96) | (69) | (43) |
| | 30 | 51 | (129) | (137) | (160) |
| No of staff at y/e | 1,867 | 1,859 | 2,263 | 2,168 | 2,481 |
| PROFIT BEFORE TAX is after (charging) crediting | | | | | |
| **STAFF EXPENSES BY GRADE** | | | | | |
| Wages & salaries | (1,518) | (1,509) | (1,642) | (1,619) | (1,650) |
| Staff pensions | (171) | (160) | (58) | (87) | (102) |
| Misc staff expenses | (56) | (55) | (154) | (224) | (177) |
| | (1,745) | (1,724) | (1,855) | (1,929) | (1,929) |
| **PROVISIONS** | | | | | |
| Investment provisions | - | - | (16) | - | - |
| Provns written back | - | - | - | 26 | - |
| Misc provisions | - | - | (28) | - | (59) |
| | - | - | (44) | 26 | (59) |
| Depreciation | (203) | (202) | (220) | (271) | (274) |
| Misc intang amortn | (188) | (184) | (150) | (88) | (76) |
| Net exchange losses | (19) | 18 | 33 | 7 | 62 |
| **OTHER TRADING INC NET** | | | | | |
| Asset trading inc net | - | - | 216 | 36 | 257 |
| Rental income net | 50 | 17 | 19 | 26 | 41 |
| | 80 | 17 | - | - | - |

*) Details not shown due to rounding

Aurora Corp : Interims

PROFIT BEFORE TAX is after (charging) crediting-

| | | | | | |
|---|---|---|---|---|---|
| Staff Expenses | - | - | - | - | (947.6) |
| Misc Intang Amortn | - | - | - | (39.9) | - |
| Depreciation/Amortn | (86.0) | (127.6) | (154.6) | (146.8) | (137.2) |
| Other Trading Inc Net | 2.9 | - | - | - | 21.4 |

Consolidated Profit and Loss Account - Unaudited

|  | 30 Jun 2004 TW$m | 30 Sep 2004 TW$m | 30 Jun 2005 TW$m | 30 Jun 2006 TW$m | 30 Jun 2007 TW$m |
|---|---|---|---|---|---|
| Turnover | 4,611.8 | 6,905.0 | 6,798.0 | 6,036.4 | 5,007.9 |
| Cost Of Sales | (3,414.0) | (5,094.0) | (4,804.6) | (4,028.6) | (3,147.9) |
| Gross Profit | 1,197.8 | 1,811.0 | 1,993.5 | 2,007.7 | 1,860.0 |
| Rep Operating Profit | 226.7 | 334.9 | 353.9 | 295.8 | 148.5 |
| Other Trading Inc | – | 3.8 | 1,959.9 | (13.2) | – |
| NetExcpl Charges-Tdg | – | – | – | (3.2) | – |
| Trading Profit | – | – | – | – | 148.5 |
| Equity A/C Profits | (2.0) | 8.9 | 27.2 | 45.7 | 48.2 |
| Interest Payable | (26.0) | (35.7) | (68.4) | (61.5) | (45.9) |
| Fixed Assets W/O | – | – | – | – | (3.9) |
| Exceptional Charges | (1.4) | 4.5 | (58.0) | – | 37.9 |
| Profit Before Tax | 265.4 | 380.9 | 350.4 | 593.2 | 289.9 |
| Tax | (44.7) | (45.2) | (99.1) | (149.4) | (109.5) |
| Profit After Tax | 220.7 | 335.8 | 251.4 | 443.9 | 180.5 |
| A/C Policy Decreases | – | – | – | 0.2 | – |
| Minority Interests | – | – | (12.4) | 4.9 | 36.1 |
| Net Income | 220.7 | 335.8 | 238.9 | 448.9 | 216.5 |
| Equity Earnings | 220.7 | 335.8 | 238.9 | 448.9 | 216.5 |

Consolidated Balance Sheets - Unaudited

|  | 30 Jun 2004 TW$m | 30 Sep 2004 TW$m | 30 Jun 2005 TW$m | 30 Jun 2006 TW$m | 30 Jun 2007 TW$m |
|---|---|---|---|---|---|
| Investments | – | – | – | – | 50.0 |
| Trade Investments | – | – | – | – | 1,805.7 |
| Financial Assets | – | – | – | – | 1,855.7 |
| Cap W-I-P Gross C/F | – | – | – | – | 6.3 |
| Tangible Fixed | 840.4 | 453.3 | 1,871.3 | 1,869.7 | 1,935.4 |
| AssetsGoodwill, Net | – | – | – | – | 85.6 |
| Deferred Costs, Net | – | – | – | – | 28.1 |
| Intang Fixed Assets | 121.5 | 99.1 | 213.1 | 181.7 | 211.1 |
| Cash & Equivalents | 305.4 | 173.5 | 709.1 | 438.5 | 527.4 |
| Stocks | 835.3 | 817.2 | 1,211.0 | 1,137.9 | 894.7 |
| Debtors | 1,090.7 | 1,008.7 | 1,958.4 | 1,326.1 | 1,952.9 |
| Trading Investments | 138.2 | 490.4 | 301.1 | 819.9 | 621.8 |
| Current Assets | 2,438.1 | 2,640.9 | 4,597.9 | 4,167.9 | 4,191.3 |
| Total Assets | 8,486.0 | 8,101.0 | 10,722.5 | 10,299.0 | 9,186.4 |
| Share Capital | 3,272.7 | 3,172.2 | 3,522.2 | 3,172.2 | 3,372.2 |
| Share Premium | – | – | – | – | 1,274.8 |
| Own Share Premium | – | – | – | – | (861.9) |
| Retained Earnings | – | – | – | – | 175.0 |
| Currency Apprecn Res | – | – | – | – | 171.7 |
| Reserves | 985.7 | 1,021.2 | 579.8 | 1,254.4 | 1,041.1 |
| Eqty S/Holders Funds | – | – | – | – | 4,413.3 |
| Non Eqty S/Holder | – | – | – | – | (583.9) |
| FdsShareholders' Funds | 4,258.4 | 4,193.4 | 4,102.0 | 4,426.6 | 4,413.3 |
| Minority Interests | – | – | 353.0 | 744.7 | 583.9 |
| Pension Provisions | – | – | – | – | 223.8 |
| Provisions | – | – | – | – | 223.8 |
| Current Maturities | – | – | – | – | * |
| Debt | 2,710.6 | 2,371.6 | 3,669.6 | 2,775.7 | 1,746.0 |
| Short Term Debt | 2,179.2 | 1,450.6 | 1,761.3 | 1,752.7 | 717.4 |
| Long Term Debt | 531.4 | 921.0 | 1,908.4 | 1,023.0 | 1,028.6 |
| Trade Creditors | – | – | – | – | 837.8 |

Ex. C-10
P. 185

```
Accruals & Defd Inc        -          -          -          -        374.0
Revenue Tax                -          -          -          -         57.6
Current Liabilities    3,474.4    2,762.2    4,033.2    3,776.5    2,840.1
Total Liabilities      8,486.0    8,101.0   10,722.5   10,299.0    9,186.4
Net Current Assets    (1,036.3)    (121.3)     564.7      391.5    1,351.2
Assets Less Curr       5,011.5    5,338.8    6,689.2    6,522.5    6,346.3
LiabNet Assets         4,258.4    4,193.4    4,454.9    5,171.3    4,997.2
*) Details not shown due to rounding
```

BUSINESS ANALYSIS

Aurora Corp : Geographical Analysis

Geographical Analysis - Turnover by source

|  | 31 Dec 2002 TW$m | 31 Dec 2003 TW$m | 31 Dec 2004 TW$m | 31 Dec 2005 TW$m | 31 Dec 2006 TW$m |
|---|---|---|---|---|---|
| Misc turnover-source | - | 1.3 | - | - | - |
| Domestic | 9,472.0 | 9,620.3 | - | - | - |
| Foreign | 4,528.0 | 5,056.7 | - | - | - |
|  | 14,000.0 | 14,678.3 | - | - | - |

Geographical Analysis - Turnover by market

|  | 31 Dec 2002 TW$m | 31 Dec 2003 TW$m | 31 Dec 2004 TW$m | 31 Dec 2005 TW$m | 31 Dec 2006 TW$m |
|---|---|---|---|---|---|
| Misc turnover-market | - | - | - | (143.0) | (127.3) |
| Domestic | - | - | 11,489.2 | 9,137.1 | 7,351.1 |
| Foreign | - | - | 2,541.4 | 3,993.6 | 3,531.8 |
|  | - | - | 14,030.6 | 12,987.8 | 10,755.6 |

Geographical Analysis - Profit before tax by source

|  | 31 Dec 2002 TW$m | 31 Dec 2003 TW$m | 31 Dec 2004 TW$m | 31 Dec 2005 TW$m | 31 Dec 2006 TW$m |
|---|---|---|---|---|---|
| Misc PBT by source | 56.0 | (26.1) | - | - | - |
| Domestic | 672.0 | 700.0 | - | - | - |
| Foreign | 206.0 | 612.7 | - | - | - |
| Adjustment accounts | (43.0) | (468.2) | - | - | - |
| Exceptional chgs | 128.0 | 2.2 | - | - | - |
| Assoc co profit | - | (27.2) | - | - | - |
| Net interest exp | (327.0) | (179.1) | - | - | - |
|  | 692.0 | 614.3 | - | - | - |

Geographical Analysis - Profit before tax by market

|  | 31 Dec 2002 TW$m | 31 Dec 2003 TW$m | 31 Dec 2004 TW$m | 31 Dec 2005 TW$m | 31 Dec 2006 TW$m |
|---|---|---|---|---|---|
| Domestic | - | - | 652.9 | 675.9 | 1,281.0 |
| Foreign | - | - | 1.5 | 31.5 | 134.6 |
| Adjustment accounts | - | - | (1.7) | (12.7) | (907.4) |
| Exceptional chgs | - | - | 105.7 | (57.1) | 105.3 |
| Assoc co profit | - | - | 280.8 | (67.5) | (54.0) |
| Misc | - | - | (599.5) | 129.6 | (26.9) |
|  | - | - | 439.7 | 699.8 | 532.6 |

Ex. C-10
P.186

## Geographical Analysis - Total assets

|  | 31 Dec 2002 TW$m | 31 Dec 2003 TW$m | 31 Dec 2004 TW$m | 31 Dec 2005 TW$m | 31 Dec 2006 TW$m |
|---|---|---|---|---|---|
| Domestic | 6,148.0 | 5,219.7 | 2,551.8 | 2,386.4 | 2,602.5 |
| Foreign | 4,496.0 | 4,747.8 | 4,421.2 | 3,379.6 | 3,104.5 |
| Intra-group | 2,940.0 | 3,116.4 | – | 2,752.5 | 2,676.2 |
| Adjustment accounts | 89.0 | 52.3 | 33.8 | 6.5 | 2.8 |
| Total assets - geog | 13,593.0 | 13,136.3 | 11,670.5 | 10,161.5 | 9,519.9 |

## Aurora Corp : Business Analysis
## Business Analysis - Turnover

|  | 31 Dec 2002 TW$m | 31 Dec 2003 TW$m | 31 Dec 2004 TW$m | 31 Dec 2005 TW$m | 31 Dec 2006 TW$m |
|---|---|---|---|---|---|
| Office Equipment | 7,412.0 | 7,999.3 | 7,047.3 | 7,219.3 | 6,581.0 |
| Telecom Merchandise | 4,759.0 | 5,206.5 | 5,599.5 | 4,681.8 | 3,083.4 |
| System Furniture | 1,429.0 | 1,068.4 | 1,015.4 | 898.1 | 791.0 |
| Other | 400.0 | 404.1 | 368.4 | 188.5 | 245.3 |
| Misc turnover | – | – | – | – | 54.9 |
| TURNOVER | 14,000.0 | 14,678.3 | 14,030.6 | 12,987.8 | 10,755.6 |
|  | 14,000.0 | 14,678.3 | 14,030.6 | 12,987.8 | 10,755.6 |

## Business Analysis - Profit before tax

|  | 31 Dec 2002 TW$m | 31 Dec 2003 TW$m | 31 Dec 2004 TW$m | 31 Dec 2005 TW$m | 31 Dec 2006 TW$m |
|---|---|---|---|---|---|
| Office Equipment | 727.0 | 1,156.0 | 594.0 | 726.2 | 1,757.0 |
| Telecom Merchandise | 188.0 | 119.3 | 65.8 | 1.0 | (393.6) |
| System Furniture | 1.0 | 7.9 | 69.8 | 33.5 | 35.8 |
| Other | (38.0) | 29.6 | (75.2) | 7.8 | 16.4 |
| Adjustment accounts | (43.0) | (468.2) | – | (12.7) | (907.4) |
| Exceptional charges | 128.0 | 2.2 | (105.7) | 57.1 | (105.3) |
| Assoc cos profit | – | (27.2) | (280.8) | 67.5 | 54.0 |
| Net interest expense | (327.0) | (179.1) | (140.4) | (84.9) | (99.6) |
| Misc PBT | 56.0 | (26.1) | 312.2 | (95.6) | 175.2 |
| PROFIT BEFORE TAX | 692.0 | 614.3 | 439.7 | 699.8 | 532.6 |
|  | 692.0 | 614.3 | 439.7 | 699.8 | 532.6 |

## Business Analysis - Total Assets

|  | 31 Dec 2002 TW$m | 31 Dec 2003 TW$m | 31 Dec 2004 TW$m | 31 Dec 2005 TW$m | 31 Dec 2006 TW$m |
|---|---|---|---|---|---|
| Office Equipment | 5,847.0 | 5,504.3 | 5,294.6 | 4,269.4 | 4,362.1 |
| Telecom Merchandise | 996.0 | 983.2 | 994.9 | 964.4 | 942.6 |
| System Furniture | 594.0 | 541.1 | 480.2 | 349.3 | 237.4 |
| Other | 119.0 | 366.8 | 203.2 | 182.8 | 164.9 |
| LT Investment | 2,940.0 | 3,116.4 | 2,876.0 | 2,752.5 | 2,676.2 |
| Adjustment accounts | 89.0 | 52.3 | 33.8 | 6.6 | 2.8 |
| Misc total assets | 3,008.0 | 2,572.2 | 1,787.6 | 1,636.5 | 1,134.0 |
| TOTAL ASSETS | 13,593.0 | 13,136.3 | 11,670.5 | 10,161.5 | 9,519.9 |

Ex. C-10
p. 187

CASH FLOW

Aurora Corp : Cashflow
Consolidated Statement of Cash Flows

| | 31 Dec 2002 TW$m | 31 Dec 2003 TW$m | 31 Dec 2004 TW$m | 31 Dec 2005 TW$m | 31 Dec 2006 TW$m |
|---|---|---|---|---|---|
| OPERATIONS | 1,562.0 | 1,443.9 | 826.7 | 1,329.4 | 587.4 |
| | --------- | --------- | --------- | --------- | ------- |
| INVESTING ACTIVITIES | | | | | |
| Trade invs acquired | (536.0) | (398.6) | (58.2) | – | – |
| Tangibles acquired | (325.0) | (210.7) | – | – | – |
| Intangibles acquired | – | (103.7) | (36.2) | (62.2) | (121.0) |
| Trade invs sold | 1,152.0 | 214.3 | – | 541.3 | 239.4 |
| Tangibles sold | 73.0 | 69.0 | – | 17.0 | 9.9 |
| Intangibles sold | 15.0 | – | – | – | – |
| L/T deposits | – | – | (7.6) | (8.3) | 528.3 |
| S/T investments | 222.0 | (6.8) | (223.4) | – | – |
| Misc investing inflow | 70.0 | (587.7) | 454.3 | (390.9) | (719.2) |
| | --------- | --------- | --------- | --------- | ------- |
| | 671.0 | (1,024.2) | 129.0 | 96.9 | (62.6) |
| | --------- | --------- | --------- | --------- | ------- |
| FINANCING | | | | | |
| S/T debt raised | – | 1,081.8 | – | – | – |
| S/T loans repaid | (2,105.0) | – | (847.1) | (1,215.3) | (234.1) |
| Long term debt repaid | (281.0) | (1,838.7) | – | (383.7) | (522.7) |
| Share capital acqd | – | – | (699.3) | – | – |
| Dividends paid | (90.0) | (353.2) | – | – | – |
| Misc financing inflow | 12.0 | 86.5 | (58.2) | (268.8) | (107.9) |
| | --------- | --------- | --------- | --------- | ------- |
| | (2,464.0) | (1,023.5) | (1,418.4) | (1,867.8) | (864.6) |
| | --------- | --------- | --------- | --------- | ------- |
| OTHER INFLOWS | – | – | – | 5.0 | – |
| | --------- | --------- | --------- | --------- | ------- |
| CASH& EQVTS INCREASE | (231.0) | (603.8) | (462.6) | (436.5) | (339.8) |
| | --------- | --------- | --------- | --------- | ------- |
| Currency appreciation | 20.0 | (21.7) | 64.5 | 117.2 | 113.8 |
| | --------- | --------- | --------- | --------- | ------- |
| B/S CASH& EQVT INCR | (211.0) | (625.5) | (398.2) | (319.2) | (226.0) |
| | --------- | --------- | --------- | --------- | ------- |

Notes To Consolidated Statement of Cash Flows

| | 31 Dec 2002 TW$m | 31 Dec 2003 TW$m | 31 Dec 2004 TW$m | 31 Dec 2005 TW$m | 31 Dec 2006 TW$m |
|---|---|---|---|---|---|
| OPERATIONS | | | | | |
| Net income | 704.0 | 634.8 | 325.8 | 552.1 | 514.0 |
| Depn & amortn incr | 391.0 | 364.0 | 370.6 | 358.9 | 349.9 |
| Provision increases | – | – | 15.8 | – | – |
| Other tdg adj incr | 5.0 | 76.0 | (38.5) | 78.6 | (234.9) |
| Assoc cos divs recd | 15.0 | 6.0 | 22.8 | 49.1 | 64.1 |
| Dividends received | 2.0 | – | – | – | – |
| Asset disposal | (128.0) | (2.2) | 29.5 | 14.4 | 10.0 |
| Decrease in stocks | 163.0 | (32.1) | (365.5) | 259.2 | 277.8 |
| Decrease in debtors | 430.0 | 130.5 | (158.4) | (45.6) | 231.8 |

Ex. C-10
p. 188

```
Incr in accrued exp     107.0     13.7    (22.9)    130.3      1.1
Increase in creditors  (126.0)   (47.0)    347.8   (468.8)  (186.9)
Other wkg cap decr       13.0    300.2      18.9     468.5   (385.5)
                      --------- --------- --------- --------- -------
                       1,562.0   1,443.9    826.7   1,329.4    587.4
                      --------- --------- --------- --------- -------
```

Consolidated Statement of Cash Flows

|                  | 31 Dec<br>2002<br>TW$m | 31 Dec<br>2003<br>TW$m | 31 Dec<br>2004<br>TW$m | 31 Dec<br>2005<br>TW$m | 31 Dec<br>2006<br>TW$m |
|------------------|------|------|-------|-------|-------|
| Debt raised      | –    | –    | 186.2 | –     | –     |
| Assoc cos profit | (14.0) | –  | 280.8 | (67.5) | (54.0) |

## BALANCE SHEET

Aurora Corp : Balance Sheet
Consolidated Balance Sheets

|                          | 31 Dec<br>2002<br>TW$m | 31 Dec<br>2003<br>TW$m | 31 Dec<br>2004<br>TW$m | 31 Dec<br>2005<br>TW$m | 31 Dec<br>2006<br>TW$m |
|--------------------------|---------|---------|---------|---------|---------|
| FIXED ASSETS             |         |         |         |         |         |
| Intangible assets        | 204.0   | 384.1   | 238.1   | 146.4   | 234.8   |
| Tangible assets          | 2,996.0 | 2,618.5 | 2,271.0 | 2,312.4 | 2,285.3 |
| Financial assets         | 2,805.0 | 3,432.5 | 2,510.1 | 2,350.0 | 1,812.4 |
|                          | 6,005.0 | 6,435.1 | 5,019.2 | 4,808.8 | 4,332.6 |
| MISC ASSETS              | 1,086.0 | 1,285.6 | 1,291.2 | 1,342.1 | 630.4   |
| CURRENT ASSETS           |         |         |         |         |         |
| Stocks                   | 1,442.0 | 1,183.6 | 1,549.1 | 1,313.7 | 1,058.4 |
| Trade debtors            | 1,827.0 | 1,297.3 | 1,437.0 | 1,482.6 | 1,250.8 |
| Tax recoverable          | 277.0   | 174.1   | 106.4   | 85.9    | 161.1   |
| Misc debtors             | –       | –       | –       | 187.2   | 607.5   |
| Cash & near cash         | 2,046.0 | 1,420.0 | 1,021.8 | 702.5   | 456.5   |
| Trading investments      | 149.0   | 184.0   | 387.9   | 16.2    | 740.1   |
| Misc current assets      | 761.0   | 566.6   | 857.9   | 222.6   | 282.5   |
|                          | 6,502.0 | 4,825.6 | 5,360.1 | 4,010.7 | 4,556.9 |
| CREDS due within 1 yr    |         |         |         |         |         |
| Short term debt          | 4,776.0 | 3,891.5 | 2,688.1 | 1,481.6 | 1,246.2 |
| Pble-group cos           | 283.0   | 227.6   | 217.0   | 60.6    | 77.5    |
| Trade creditors          | 1,537.0 | 939.3   | 1,291.0 | 931.4   | 719.2   |
| Accruals & defd inc      | 349.0   | 362.5   | 339.6   | 469.9   | 471.0   |
| Revenue tax              | –       | –       | –       | 54.3    | 62.8    |
| Taxation                 | –       | 0.5     | 7.2     | –       | –       |
| Misc creditors           | 194.0   | 450.2   | 386.4   | 382.5   | 327.7   |
|                          | 7,139.0 | 5,871.6 | 4,929.3 | 3,380.4 | 2,904.4 |
| NET CURRENT ASSETS       | (637.0) | (1,046.0) | 430.7 | 630.3 | 1,652.6 |
| TOTAL                    | 6,454.0 | 6,674.7 | 6,741.2 | 6,781.1 | 6,615.6 |

Ex. C-10
p. 189

ASSETS LESS
CURRENT
LIABILITIES

| | | | | | |
|---|---|---|---|---|---|
| CREDS due after 1 yr | | | | | |
| Long term debt | 1,426.0 | 1,440.5 | 1,983.1 | 1,627.2 | 1,099.2 |
| L/T accrls & defd inc | - | - | 11.6 | 47.6 | 66.9 |
| Misc other L/T liabs | 629.0 | 54.3 | 62.4 | 42.6 | 31.0 |
| | 2,055.0 | 1,494.8 | 2,057.0 | 1,717.4 | 1,197.2 |
| PROVISIONS | 194.0 | 207.0 | 215.1 | 223.3 | 219.6 |
| NET ASSETS | 4,205.0 | 4,972.9 | 4,469.0 | 4,840.4 | 5,193.7 |
| SHARE CAPITAL | 3,522.0 | 3,243.8 | 2,900.3 | 3,522.2 | 3,522.2 |
| Share premium | 1,672.0 | 1,561.9 | 1,561.9 | 1,561.9 | 1,561.9 |
| Own share premium | (1,764.0) | (202.5) | (547.7) | (1,169.5) | (1,169.5) |
| Inv appreciation res | (997.0) | (892.4) | (909.0) | - | - |
| Revaluation reserves | - | - | - | (907.9) | (892.3) |
| Capital reserves | 1.0 | 26.4 | 1.0 | 1.0 | 1.0 |
| Legal reserves | 535.0 | 816.7 | 718.6 | 767.7 | 824.1 |
| Retained earnings | 736.0 | (98.1) | 323.1 | 548.9 | 514.9 |
| Own share reserve | - | - | 25.3 | 46.6 | 85.0 |
| Currency apprecn res | 183.0 | 110.6 | 46.4 | 103.0 | 130.2 |
| Misc reserves | - | - | - | - | (0.2) |
| SHAREHOLDERS' FUNDS | 3,888.0 | 4,566.4 | 4,120.0 | 4,474.0 | 4,577.3 |
| Minority interests | 317.0 | 406.4 | 349.0 | 366.5 | 616.3 |
| NET ASSETS | 4,205.0 | 4,972.9 | 4,469.0 | 4,840.4 | 5,193.7 |

Notes To Consolidated Balance Sheets

| | 31 Dec 2002 TW$m | 31 Dec 2003 TW$m | 31 Dec 2004 TW$m | 31 Dec 2005 TW$m | 31 Dec 2006 TW$m |
|---|---|---|---|---|---|
| INTANGIBLE ASSETS | | | | | |
| Goodwill, net | 69.0 | 127.1 | 99.1 | 72.3 | 84.8 |
| Brands, patents, net | 27.0 | 23.6 | 20.8 | 23.0 | 16.0 |
| Deferred costs, net | 108.0 | 233.4 | 118.2 | 51.1 | 133.9 |
| | 204.0 | 384.1 | 238.1 | 146.4 | 234.8 |
| TANGIBLE ASSETS | | | | | |
| Investment properties | 153.0 | 406.7 | 404.6 | 402.5 | 400.3 |
| L/H property-cost | 154.0 | 5.2 | 12.6 | 333.2 | 391.9 |
| L/H prop depn | - | (1.2) | (7.9) | (106.8) | (167.4) |
| Leasehold prop NBV | 154.0 | 4.0 | 4.8 | 226.4 | 224.5 |

Ex. C-10
P.190

| | | | | | |
|---|---|---|---|---|---|
| Property - cost | 2,467.0 | 2,165.5 | 1,507.6 | 1,572.8 | 1,601.5 |
| Property depreciation | (351.0) | (371.4) | (319.1) | (371.7) | (416.7) |
| Property NBV | 2,116.0 | 1,794.1 | 1,188.5 | 1,201.1 | 1,184.8 |
| Property NBV | 2,116.0 | 1,794.1 | 1,188.5 | 1,201.1 | 1,184.8 |
| Oth tangible FA-cost | 1,306.0 | 1,188.1 | 1,447.3 | 1,344.6 | 1,387.3 |
| Oth tangible FA depn | (778.0) | (799.0) | (792.2) | (873.6) | (917.7) |
| Other tangible FA NBV | 528.0 | 389.1 | 655.1 | 471.1 | 469.6 |
| Cap w-i-p gross c/f | 45.0 | 24.6 | 18.0 | 11.4 | 6.1 |
| Cap w-i-p NBV c/f | 45.0 | 24.6 | 18.0 | 11.4 | 6.1 |
| Tangible assets | 2,996.0 | 2,618.5 | 2,271.0 | 2,312.4 | 2,285.3 |
| FINANCIAL ASSETS | | | | | |
| Investments | - | - | - | - | 50.0 |
| Invs in assoc cos | 1,078.0 | 1,638.4 | 980.8 | 892.4 | 913.1 |
| Other trade invs | 1,709.0 | 1,696.8 | 1,490.6 | 1,457.6 | 849.3 |
| Trade investments | 2,787.0 | 3,335.2 | 2,471.4 | 2,350.0 | 1,762.4 |
| Long term receivables | 18.0 | 97.3 | 38.7 | - | - |
| | 2,805.0 | 3,432.5 | 2,510.1 | 2,350.0 | 1,812.4 |
| STOCKS | | | | | |
| Misc stocks | 1,442.0 | 1,183.6 | 1,549.1 | 1,313.7 | 1,058.4 |
| DEBT BY TYPE | | | | | |
| Convertible loans | 322.0 | - | - | - | - |
| Mortgage loans | 837.0 | 1,628.1 | 780.0 | - | 35.0 |
| Bank loans | 720.0 | 1,417.2 | 1,219.2 | 1,653.6 | 1,125.2 |
| Finance leases & HP | 2.0 | 2.8 | 2.5 | 1.1 | 0.1 |
| Bills & notes | 15.0 | 119.6 | 50.0 | - | - |
| Misc debt | 4,306.0 | 2,164.3 | 2,619.5 | 1,454.2 | 1,185.1 |
| | 6,202.0 | 5,332.0 | 4,671.2 | 3,108.8 | 2,345.5 |
| DEBT BY MATURITY | | | | | |
| Short term loans | 2,523.0 | 3,516.6 | 2,669.5 | 1,454.2 | 1,220.1 |
| Current maturities | 2,253.0 | 375.0 | 18.7 | 27.4 | 26.1 |
| Short term debt | 4,776.0 | 3,891.5 | 2,688.1 | 1,481.6 | 1,246.2 |
| PROVISIONS | | | | | |
| Pension provisions | 194.0 | 207.0 | 215.1 | 223.3 | 219.6 |
| SHARE CAPITAL | | | | | |
| Ordinary shares | 3,770.0 | 3,522.2 | 3,522.2 | 3,522.2 | 3,522.2 |
| Own equity shares | (248.0) | (278.3) | (621.8) | - | - |

Ex. C-10
P. 191

|  | 3,522.0 | 3,243.8 | 2,900.3 | 3,522.2 | 3,522.2 |
|---|---|---|---|---|---|
| **SHAREHOLDERS' FUNDS** | | | | | |
| Eqty s/holders funds | - | - | - | 4,474.0 | 4,577.3 |
| Non eqty s/holder fds | - | - | - | (366.5) | (616.3) |
|  | 3,888.0 | 4,566.4 | 4,120.0 | 4,474.0 | 4,577.3 |
| **COMMITMENTS AND CONTINGENCIES** | | | | | |
| Optg leases - other | - | - | - | - | 230.0 |
| **PENSION BENEFITS** | | | | | |
| Pension benefit oblig. | 229.0 | 231.7 | 276.1 | 275.8 | 323.9 |
| Accum benefit obligation | 159.0 | 166.2 | 206.2 | 207.5 | 237.8 |
| Fair value - plan assets | 67.0 | 85.0 | 99.4 | 115.6 | 119.6 |
| Unrecog prior serv cost | (10.0) | (9.1) | (9.2) | (8.7) | (8.2) |
| Unfunded pension liab | 162.0 | 146.7 | 176.7 | 160.2 | 204.3 |
| **PENSION BENEFIT COSTS** | | | | | |
| Pension service costs | (27.0) | (28.8) | (27.7) | (21.4) | (13.8) |
| Pension interest cost | (10.0) | (8.6) | (7.5) | (8.8) | (8.9) |
| Exp return - plan assets | 3.0 | 2.9 | 3.3 | 3.8 | 4.0 |
| Prior service cost amort | (1.0) | (0.5) | (0.5) | (0.5) | (0.5) |
| Oth net pension (Inc)/ex | 1.0 | 1.6 | 2.9 | 1.8 | 2.9 |
| Net per pension inc/exp | (34.0) | (33.3) | (29.5) | (25.1) | (16.2) |

**HEALTHCARE BENEFIT COSTS**
Consolidated Balance Sheets

|  | 31 Dec 2002 TW$m | 31 Dec 2003 TW$m | 31 Dec 2004 TW$m | 31 Dec 2005 TW$m | 31 Dec 2006 TW$m |
|---|---|---|---|---|---|
| Cash & with banks | 739.0 | 1,046.2 | 747.9 | 702.5 | 435.7 |
| Time deposits | 1,307.0 | 373.7 | 273.8 | - | 20.8 |

Ex. C-10
p. 192