## Index of Exhibits

| | |
|---|---|
| **Exhibit A** | **Declaration of Steven Carson, Ex. A to Fellowes Motion to Dismiss, Transfer, or Stay this Lawsuit or, Alternatively, For a More Definite Statement from *Aurora Corp. of America v. Fellowes, Inc.*, No. 07-cv-8306, (C.D. Cal. filed Dec. 26, 2007)** |
| Exhibit A-1 | Excerpt, Piers Data |
| **Exhibit B** | **Declaration of William P. Atkins** |
| Exhibit B-1 | Webpage from Aurora Global Investment Ltd. |
| Exhibit B-2 | Certification and Notice of Interested Parties (Local Rule 7.1-1) of Aurora Corp. of America from *Aurora Corp. of America v. Fellowes, Inc.*, No. 07-cv-8306, (C.D. Cal. filed Dec. 26, 2007) |
| Exhibit B-3 | Amended Certification and Notice of Interested Parties (Local Rule 7.1-1) of Aurora Corp. of America from *Aurora Corp. of America v. Fellowes, Inc.*, No. 07-cv-8306, (C.D. Cal. filed Dec. 26, 2007) |
| Exhibit B-4 | Webpage from Sidestep showing airline flights from Chicago and Los Angeles to Shanghai |
| Exhibit B-5 | Webpage from MASCO Marketing |
| Exhibit B-6 | Webpage from Stockhouse |
| Exhibit B-7 | Webpage from NOAH Company |
| Exhibit B-8 | Webpage showing Aurora Model No. as1018cd paper shredder |
| Exhibit B-9 | Aurora Model No. as1018cd instruction booklet |
| **Exhibit C** | **Second Declaration of Steven Carson** |
| Exhibit C-1 | Excerpt, United Stationers Catalog |