# EXHIBIT A

Ex. A
p. 26

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CORP. OF AMERICA, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FELLOWES, INC., an Illinois corporation,<br><br>Defendant. | Case No. CV 07-8306-GHK (AJWx) |

## DECLARATION OF STEVEN CARSON

I, Steven Carson, general counsel for Fellowes, Inc., in the above-captioned matter, declare the following to be true, to the best of my knowledge, and belief:

1. Fellowes, Inc. ("Fellowes") was founded in Chicago in 1917. It moved its headquarters to Itasca, Illinois in 1978 and remains located in the Northern District of Illinois. Fellowes currently has over 1,000 employees in its Itasca headquarters including its business machine New Product Development ("NPD") team.

2. Mr. Matlin is employed by Fellowes in the NPD team in Itasca.

3. Mr. Gach is not a Fellowes employee but is currently located in the Northern District of Illinois.

4. Fellowes employee David Hartnett is also located at Fellowes' headquarters with NPD team.

5. The sales and finances for Fellowes are handled by employees in Itasca. The documents that these employees use reside in Itasca as well.

6. Fellowes makes and sells document shredders, Bankers Box® records storage solutions, and other items.

7. One of Fellowes' latest innovations is a safety feature for document shredders, referred to as SafeSense®.

8. SafeSense® is a mechanism that uses a conductive material, like metal, around the slot where the paper enters the shredder.

9. If a person's finger or similar item comes in close proximity to the input slot, it is sensed by the conductive material and the shredder will stop shredding.

10. The SafeSense® patent application was pending while Fellowes litigated a infringement case against another competitor on the Safety Switch patent. During that time, Aurora Office Equipment Co. was making shredders with their Touchguard feature and/or, their safety switch in China and exporting them to the United States because Wal-Mart was selling them then.

11. Attached as Ex. A-1 is a true and correct copy of a Piers database report from October of 2007 to November of 2007. Fellowes, Inc. uses these documents in their ordinary course of business.

12. Aurora's Model AS1019CS have been sold in the United States by Wal-Mart Stores, Inc.

13. Their packaging indicates that Aurora refers to their SafeSense® feature as Touchguard.

14. Aurora's products at Wal-Mart continue to contain a safety switch.

15. Sales of the Aurora Touchguard product continue today at Wal-Mart.

16. The Underwriters Laboratory Inc. ("UL") holds the certificates that allow one to sell its shredders in the United States. In order to obtain UL approval for their shredders, a company must file technical specifications with UL.

17. Many shredders sold in the United States are sold as private brands, meaning retailers place their own name or house trademark on the items to be sold.

18. Fellowes has a manufacturer's representative who is a California representative. He is responsible for representing Fellowes product lines to customers in the western states.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of January, 2008.

_____
Steven Carson

# EXHIBIT A-1

| | SHIPPER | SADDR1 | SADDR2 |
|---|---|---|---|
| 472 | AURORA OFFICE EQUIPMENT CO.,LTD. | NO.388,JIAXIN RD,JIADING DISTRICT | SHANGHAI,,CN |
| 493 | MAERSK LOGISTICS (CHINA) CO.LIMITED | O/B AURORA CORPORATION OF AMERICA | NO.388 JIAXIN ROAD, JIADING |
| 499 | AURORA OFFICE EQUIPMENT CO.,LTD. | NO.388,JIAXIN RD,JIADING DISTRICT | SHANGHAI,,CN |
| 500 | AURORA OFFICE EQUIPMENT CO.,LTD. | NO.388,JIAXIN RD,JIADING DISTRICT | SHANGHAI,,CN |
| 618 | MAERSK LOGISTICS (CHINA) CO.LIMITED | O/B AURORA CORPORATION OF AMERICA | NO.388 JIAXIN ROAD, JIADING |
| 895 | AURORA OFFICE EQUIPMENT CO.,LTD. | NO.388,JIAXIN RD,JIADING DISTRICT | SHANGHAI,,CN |
| 1190 | MAERSK LOGISTICS (CHINA) CO.LIMITED | O/B AURORA CORPORATION OF AMERICA | NO.388 JIAXIN ROAD, JIADING |
| 1239 | AURORA OFFICE EQUIPMENT CO.,LTD. | NO.388,JIAXIN RD,JIADING DISTRICT | SHANGHAI,,CN |
| 1400 | AURORA OFFICE EQUIPMENT CO.,LTD. | NO.388,JIAXIN RD,JIADING DISTRICT | SHANGHAI,,CN |
| 1401 | AURORA OFFICE EQUIPMENT CO.,LTD. | NO.388,JIAXIN RD,JIADING DISTRICT | SHANGHAI,,CN |
| 1402 | AURORA OFFICE EQUIPMENT CO.,LTD. | NO.388,JIAXIN RD,JIADING DISTRICT | SHANGHAI,,CN |
| 1403 | AURORA OFFICE EQUIPMENT CO.,LTD. | NO.388,JIAXIN RD,JIADING DISTRICT | SHANGHAI,,CN |
| 1583 | AURORA OFFICE EQUIPMENT CO.,LTD. | NO.388,JIAXIN RD,JIADING DISTRICT | SHANGHAI,,CN |
| 1584 | AURORA OFFICE EQUIPMENT CO.,LTD. | NO.388,JIAXIN RD,JIADING DISTRICT | SHANGHAI,,CN |

Ex. A-1
p. 32

| SADDR3 | CONSIGNEE | CADDR1 | CADDR2 |
|---|---|---|---|
| 02159164588 | AURORA CORP OF AMERICA | 3500 CHALLENGER ST. | TORRANCE, CA 90503, US |
| DISTRICT SHANGHAI, CHINA | WAL-MART STORES INC | 601 N. WALTON BENTONVILLE, | ARKANSAS 72716-0410, U.S.A. |
| 02159164588 | AURORA CORP OF AMERICA | 3500 CHALLENGER ST. | TORRANCE, CA 90503, US |
| 02159164588 | AURORA CORP OF AMERICA | 3500 CHALLENGER ST. | TORRANCE, CA 90503, US |
| DISTRICT SHANGHAI, CHINA | WAL-MART STORES INC | 601 N. WALTON BENTONVILLE, | ARKANSAS 72716-0410, U.S.A. |
| 02159164588 | AURORA CORP OF AMERICA | 3500 CHALLENGER ST. | TORRANCE, CA 90503, US |
| DISTRICT SHANGHAI, CHINA | WAL-MART STORES INC | 601 N. WALTON BENTONVILLE, | ARKANSAS 72716-0410, U.S.A. |
| 02159164588 | AURORA CORP OF AMERICA | 3500 CHALLENGER ST. | TORRANCE, CA 90503, US |
| 02159164588 | AURORA CORP OF AMERICA | 3500 CHALLENGER ST. | TORRANCE, CA 90503, US |
| 02159164588 | AURORA CORP OF AMERICA | 3500 CHALLENGER ST. | TORRANCE, CA 90503, US |
| 02159164588 | AURORA CORP OF AMERICA | 3500 CHALLENGER ST. | TORRANCE, CA 90503, US |
| 02159164588 | AURORA CORP OF AMERICA | 3500 CHALLENGER ST. | TORRANCE, CA 90503, US |
| 02159164588 | AURORA CORP OF AMERICA | 3500 CHALLENGER ST. | TORRANCE, CA 90503, US |
| 02159164588 | AURORA CORP OF AMERICA | 3500 CHALLENGER ST. | TORRANCE, CA 90503, US |

Ex. A-1
p. 33

| CADDR3 | NOTIFY_PARTY | NADDR1 | NADDR2 | NADDR3 |
|---|---|---|---|---|
| 3107935650 | ORDER | | | |
| 479-273-8420 TELEX 1-4792731968 | FEDEX TRADE NETWORKS | 1226 MICHAEL DRIVE | SUITE B WOOD DALE, IL 60191 | PH:630-350-9833 |
| 3107935650 | ORDER | | | |
| 3107935650 | ORDER | | | |
| | FEDEX TRADE NETWORKS | 1226 MICHAEL DRIVE | SUITE B WOOD DALE, IL 60191 | PH:630-350-9833 |
| 3107935650 | ORDER | | | |
| 479-273-8420 TELEX 1-4792731968 | FEDEX TRADE NETWORKS | 1226 MICHAEL DRIVE | SUITE B WOOD DALE, IL 60191 | PH:630-350-9833 |
| 3107935650 | ORDER | | | |
| 3107935650 | ORDER | | | |
| 3107935650 | ORDER | | | |
| 3107935650 | ORDER | | | |
| 3107935650 | ORDER | | | |
| 3107935650 | ORDER | | | |
| 3107935650 | ORDER | | | |

| ALSO_NOTIFY_PARTY | ANADDR1 | ANADDR2 | ANADDR3 | WEIGHT(KG) | WGTUNIT | MEASURE |
|---|---|---|---|---|---|---|
| ORDER | | | | 8861.16 | KG | 0 |
| ORDER | | | | 78351.18 | KG | 368 |
| ORDER | | | | 49480.04 | KG | 0 |
| ORDER | | | | 39488.2 | KG | 0 |
| ORDER | | | | 66372.96 | KG | 308 |
| ORDER | | | | 18534.94 | KG | 0 |
| ORDER | | | | 97576.23 | KG | 481 |
| ORDER | | | | 29647.01 | KG | 0 |
| ORDER | | | | 46520.87 | KG | 0 |
| ORDER | | | | 29250 | KG | 0 |
| ORDER | | | | 31775.86 | KG | 0 |
| ORDER | | | | 32540.83 | KG | 0 |
| ORDER | | | | 34176.95 | KG | 0 |
| ORDER | | | | 46058.08 | KG | 0 |

Ex. A-1
p. 35

| MEASUREUNIT | QUANTITY | QTYUNIT | TEUS | ESTVALUE | USPORTNAME | FORPORTNAME |
|---|---|---|---|---|---|---|
|  | 763 | PCS | 2 | 69676.6 | LOS ANGELES | SHANGHAI |
| CM | 7860 | CRTNS | 10 | 264059.53 | TACOMA | HONG KONG |
|  | 6150 | PCS | 8 | 223597.01 | LOS ANGELES | SHANGHAI |
|  | 4850 | PCS | 8 | 310501.46 | LOS ANGELES | SHANGHAI |
| CM | 6664 | CTNS | 9 | 564567.93 | TACOMA | SHANGHAI |
|  | 2850 | PCS | 4 | 145742.89 | LOS ANGELES | SHANGHAI |
| CM | 8883 | CRTNS | 14 | 829982.7 | TACOMA | HONG KONG |
|  | 3096 | PCS | 6 | 233118.7 | LOS ANGELES | SHANGHAI |
|  | 4655 | PCS | 8 | 365800.35 | LOS ANGELES | SHANGHAI |
|  | 3900 | PCS | 6 | 132178.81 | LOS ANGELES | SHANGHAI |
|  | 4002 | PCS | 6 | 249858.2 | LOS ANGELES | SHANGHAI |
|  | 3787 | PCS | 6 | 255873.3 | LOS ANGELES | SHANGHAI |
|  | 3675 | PCS | 6 | 154443.38 | LOS ANGELES | SHANGHAI |
|  | 4210 | PCS | 8 | 362161.32 | LOS ANGELES | SHANGHAI |

| USDESTINATION | MONTH | PIECECOUNT |
|---|---|---|
| LOS ANGELES | 10/13/2007 | 763; |
| CHICAGO | 10/13/2007 | 1330;1451;1470;2139;1470; |
| LOS ANGELES | 10/13/2007 | 1625;1588;1350;1587; |
| LOS ANGELES | 10/13/2007 | 1417;1064;782;1587; |
| CHICAGO | 10/14/2007 | 2274;1445;1445;1500; |
| LOS ANGELES | 10/27/2007 | 1475;1375; |
| CHICAGO | 11/03/2007 | 1330;1248;1248;1231;1248;1248;1330; |
| LOS ANGELES | 11/05/2007 | 1300;587;1209; |
| LOS ANGELES | 11/09/2007 | 1375;1325;1225;730; |
| LOS ANGELES | 11/09/2007 | 1300;1300;1300; |
| LOS ANGELES | 11/09/2007 | 1370;1300;1332; |
| LOS ANGELES | 11/09/2007 | 1225;1262;1300; |
| LOS ANGELES | 11/16/2007 | 1225;1225;1225 |
| LOS ANGELES | 11/16/2007 | 1205;1225;460;1320; |

Ex. A-1
p. 37

| COMMODITY |
|---|
| PAPER SHREDDER ELECTRONIC CALCULATOR FOAM FOR OR PAPER SHREDDER ; |
| 1330 CARTONS  8 SHEET CROSSCUT  SHREDDER W/ BASKET P.O.NO.: 6301944007  ITEM NO.  319820   HTS CODE : 8472909080   CLASS  N |
| PAPER SHREDDER   ;PAPER SHREDDER   ;PAPER SHREDDER   ;PAPER SHREDDER  ; |
| PAPER SHREDDER ELECTRONIC CALCULATOR WRPPER A  AND FOAM FOR SHREDDER  ;PAPER SHREDDER ELECTRONIC CALCULATOR WF |
| SHEET CROSSCUT SHREDDER W BASKET   ;SHEET CROSSCUT SHREDDER W BASKET   ;SHEET CROSSCUT SHREDDER W BASKET   ;SHE |
| PAPER SHREDDER  ELECTRONIC CALCULATOR   ;PAPER SHREDDER  ELECTRONIC CALCULATOR   ; |
| 1330 CARTONS  8 SHEET CROSSCUT  SHREDDER W/ BASKET  P.O.NO.: 1901963550  ITEM NO.  319820   HTS CODE : 8472909080   CLASS  N |
| PAPER SHREDDER  ELECTRONIC CALCULATOR   ;PAPER SHREDDER  ELECTRONIC CALCULATOR   ;PAPER SHREDDER  ELECTRONIC CAL |
| PAPER SHREDDER  ELECTRONIC CALCULATOR   ;PAPER SHREDDER  ELECTRONIC CALCULATOR   ;PAPER SHREDDER  ELECTRONIC CAL |
| PAPER SHREDDER   ;PAPER SHREDDER   ;PAPER SHREDDER  ; |
| PAPER SHREDDER  ELECTRONIC CALCULATOR   ;PAPER SHREDDER  ELECTRONIC CALCULATOR   ;PAPER SHREDDER  ELECTRONIC CAL |
| PLASTIC FOR SHREDDER PAPER SHREDDER    ;PLASTIC FOR SHREDDER PAPER SHREDDER    ;PLASTIC FOR SHREDDER PAPER SHREDDE |
| PAPER SHREDDER   ;PAPER SHREDDER   ; |
| PAPER SHREDDER  ELECTRONIC CALCULATOR   ;PAPER SHREDDER  ELECTRONIC CALCULATOR   ;PAPER SHREDDER ELECTRONIC CALC |

Page 7 of 10

Ex. A-1
p. 38

| MARKSCONTAINER |
|---|
| FSCU9841390; |
| GLDU0638634;MSKU4548620;PONU3060523; |
| MSKU4591329;MSKU8009289;MSKU9016913;MSKU9457591; |
| MSKU4520243;MSKU4554840;MSKU8753006;TTNU9078749; |
| FSCU7008358;FSCU7030140;FSCU7031620;GATU7012580; |
| PGRU9118826;TGHU8117921; |
| GSTU9795768;MAEU8402430;MSKU9568661;PONU3050269;PONU7485146;PONU7492248;PONU7509680; |
| EMCU9401552;FCIU8289292;IMTU9084185; |
| EISU9876870;GATU8322810;TGHU8966195;TTNU9690348; |
| FCIU8086459;GESU5709307;UESU4670436; |
| EMCU9477394;FSCU9881860;GVCU5144184; |
| EMCU9472263;GESU5772850;TGHU8085188; |
| FCIU8088180;FSCU6447572;FSCU9624033; |
| EISU9967120;FSCU9015103;GESU4428497;TGHU7925910; |

| MARKSDESCRIPTION |
|---|
| N/M; |
| WAL-MART P.O.NO.: 6301944007 PO TYPE: ANN MCCREADY DEPT NO.: 84729 ;09080 SUPPLIER STOCK NO. SHIPPING ; CASE QTY: 4 P |
| N/M ;N/M;N/M;N/M ; |
| N/M ;N/M ;N/M ;N/M ; |
| WAL-MART ;WAL-MART ;WAL-MART ;WAL-MART ;WAL-MART ;FACILITY 00000 ;PO TYPE 0023 ;DEPT NO.00003 ;STOCK NUMBER: ;CASE QUANTI |
| N/M ;N/M; |
| WAL-MART P.O.NO.: 1901963550 PO TYPE: ANN MCCREADY DEPT NO.: 84729 ;09080 SUPPLIER STOCK NO. SHIPPING ; CASE QTY: 4 P |
| N/M ;N/M;N/M ; |
| N/M ;N/M;N/M;N/M ; |
| N/M ;N/M ;N/M ; |
| N/M ;N/M ;N/M ; |
| N/M ;N/M ;N/M ; |
| N MARK ;N MARK ;N MARK ; |
| NO MARK ;NO MARK ;NO MARK ;NO MARK ; |

| QTY | SHORT DESCRIPTION |
|---|---|
| 763; | PAPER SHREDDER ELEC; |
| 7860; | BASKET; |
| 6150; | PAPER SHREDDER; |
| 4850; | PAPER SHREDDER ELEC; |
| 6664; | SHEET CROSSCUT SHREDDER W BASKET; |
| 2850; | PAPER SHREDDER ELEC; |
| 8883; | CROSSCUT SHREDDER; |
| 3096; | PAPER SHREDDER ELEC; |
| 4655; | PAPER SHREDDER ELEC; |
| 3900; | PAPER SHREDDER; |
| 4002; | PAPER SHREDDER ELEC; |
| 3787; | PLASTIC F SHREDDER PAPER; |
| 3675; | PAPER SHREDDER; |
| 4210; | PAPER SHREDDER ELEC; |