# EXHIBIT B

FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FELLOWES, INC., <br><br>             Plaintiff, <br><br> v. <br><br> AURORA CORPORATION OF <br> AMERICA, and AURORA OFFICE <br> EQUIPMENT, LTD. <br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 1:07-cv-07237<br><br>Honorable Charles P. Kocoras<br><br>Jury Trial Requested |

## DECLARATION OF WILLIAM P. ATKINS

I, William P. Atkins, declare:

1. I am counsel for Defendant Fellowes, Inc., in the above-captioned matter. I have personal knowledge of the following and if called upon I could and would competently testify to the following.

2. Attached as Ex. B-1 is a true and accurate copy of a printout from the Aurora Global Investment Ltd. website. I printed this document and it is a fair and accurate representation of what I saw on the screen when I visited the website on the day of the printout.

3. Attached as Ex. B-2 is a true and accurate copy of the Certification and Notice of Interested Parties filed by Aurora Corp. of America in the U.S. District Court, Central District of California on December 26, 2007.

4. Attached as Ex. B-3 is a true and accurate copy of the Amended Certification and Notice of Interested Parties filed by Aurora Corp. of America in the U.S. District Court, Central District of California on January 31, 2008.

5.  Attached as Ex. B-4 is a true and accurate copy of a printout from the website of Sidestep showing how long it takes to fly non-stop from Chicago to Shanghai and from Los Angeles to Shanghai. I caused this document to be printed by my secretary. My understanding is that this is a fair and accurate representation of the website's information.

6.  Attached as Ex. B-5 is a true and accurate copy of a printout from the website of MASCO Marketing. I printed this document and it is a fair and accurate representation of what I saw on the screen when I visited the website on the day of the printout.

7.  Attached as Ex. B-6 is a true and accurate copy of relevant pages of a printout from the website of Stockhouse. I printed this document and underlined Mr. Adato's name and this document is a fair and accurate representation of what I saw on the screen when I visited the website on the day of the printout.

8.  Attached as Ex. B-7 is a true and accurate copy of a printout from the website of Noah Company. I printed this document and it is a fair and accurate representation of what I saw on the screen when I visited the website on the day of the printout.

9.  Attached as Ex. B-8 is a true and accurate copy of a printout of an AS1018CD Aurora paper shredder from www.biggestbook.com. which I understand to be owned and run by United Stationers Inc.

10. Attached as Ex. B-9 is a true and accurate copy of a printout of an AS1018CD manual which I printed from www.auroracorp.com. I printed this document

and it is a fair and accurate representation of what I saw on the screen when I visited the website on the day of the printout.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration is executed on this 4th day of February, 2008 in McLean, Virginia.

_____
William P. Atkins

400713079v4

EXHIBIT B-1



**40 YEARS ANNIVERSARY**

NEWS . ABOUT US . PRODUCTS . JOBS & CAREERS . SOLUTIONS . AURORA GROUP . CONTACT .

Search for

Products                    [ SEARCH ]

Global Network Introduce

**AURORA GLOBAL INVESTMENT LTD.**

**AURORA AMERICA**

**AURORA JAPAN**

**AURORA TAIWAN**

**AURORA SINGAPORE**

**AURORA EUROPE**

Global Product Service

**Office equipment**

**Cash management**

**Business travel**

**Office consumables**

**Office furniture**

Select Country / Region

English          [ Go To ]



I CHINA I   I US I   I JAPAN I
I TAIWAN I   I SINGAPORE I



### ⬢ Aurora Global Investment LTD./Aurora Office Equipment Co., Ltd.

The Shanghai headquarter is the nerve center of Aurora Global Network Internal operations are supported here: manufacturing base, R&D center, marketing division, accounting and finance, HR, sourcing, QC and QA, warehousing and shipping. It integrates resources of overseas companies, agents and business partners and offers a whole range of services: marketing research, product development, industrial design, supply chain management, central sourcing, technical support and merchandise management. We work with the highest professionalism and consistency.



### ⬢ Aurora Corporation of America

Established in 1975 and located on west coast Los Angeles, ACA gradually built up a client base. Using a unique sales model, and leveraging its relationships with a large number of well-known companies, ACA is able to distribute its products throughout the country. Living up to its reputation as a one-stop office product solution provider, ACA brought out a product line specially designed for the U.S. customers.

### ⬢ Aurora Japan Corporation

Established in 1976 and headquartered in Tokyo, AJCs approach has been to build a strong distribution network, emphasizing teamwork, and satisfying this critical and difficult market with competitive pricing and high-quality service. After almost thirty years, the acceptance of the Aurora brand continues to rise. AJC continues to aim for long-term success in Japan.



### Aurora International (Singapore) Pte Ltd.

AIS was founded in 1991 and has expanded its product line beyond office products. From the Singapore hub, AIS sells to other South-East Asia countries. AIS has a thorough understanding of each of these local markets, and has developed long-term partners to serve customers better and faster.



### Aurora (bvi) Investment Ltd., Taiwan Branch

The long standing AIT looks after Aurora product line in Taiwan. Fiercely competitive and loyal to its customers, AIT markets a large range of products and offers superior service to improve on the office ecosystem. Starting in 2003, AIT further broadens its product line by introducing fashion-oriented electronic appliances for home and office use. AIT goes ever deeper and wider in Taiwan, leveraging its strength in product range and brand recognition.

.

.

[Site Map](#)

.

*MY-*AURORA *MY-*OFFICE

> Copyright2003-2004 Aurora Global Investment LTD.

EXHIBIT B-2

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Richard F. Cauley
Franklin E. Gibbs
Erick P. Wolf
Wang, Hartmann & Gibbs, P.C.
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Tel (949) 833-8483

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CORP. OF AMERICA, a Delaware corporation | CASE NUMBER |
| Plaintiff(s), | CV07-8306 GHK (AJWx) |
| v. | |
| FELLOWES, INC., an Illinois corporation | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiff, Aurora Corp. of America
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

**PARTY**                                                **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of
this date, other than the named parties, there is no such interest to
report.

| | |
|---|---|
| 12/26/07 | |
| Date | Sign |

Plaintiff, Aurora Corp. of America

Attorney of record for or party appearing in pro per

EXHIBIT B-3

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Richard F. Cauley
Franklin E. Gibbs
Erick P. Wolf
Wang, Hartmann & Gibbs, P.C.
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Tel (949) 833-8483

ATTORNEYS FOR: Plaintiff, Aurora Corp. of America

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| AURORA CORP. OF AMERICA, a Delaware corporation | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV07-8306 GHK (AJWx) |
| v. | |
| FELLOWES, INC., an Illinois corporation | **AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for _Plaintiff, Aurora Corp. of America_
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Morann Holding Ltd., A Bahamas Corporation | Parent Company of Plaintiff owning 100% of Plaintiff's stock |

1/30/08

Date

Sign

Plaintiff, Aurora Corp. of America

Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)

EXHIBIT B-4

http://www.sidestep.com/s/sflights.jsp?searchid=Ml6oERMdXwOmbgitaicl&completed=true

SideStep Search Results

**SmartSort®**

(modify search)   Chicago to Shanghai  Fri 29 Feb 2008 – Sun 2 Mar 2008

Flights   Hotels   Cars   Vacations   Cruises   Buzz   Travel Guides   Deals       Newsletters   Toolbar   Feedback

Get fare alerts for this trip: enter email   Submit

## Stops
- ☑ nonstop
- ☐ 1 stop
- ☐ 2+ stops

## Airlines
select all | clear

- ☑ All Nippon only
- ☑ Asiana Airlines only
- ☑ Cathay Pacific only
- ☑ China Eastern Air only
- ☑ Japan Airlines only
- ☑ Korean Air Lines only
- ☑ Multiple Airlines only
- ☑ Northwest only
- ☑ Shanghai Airlines only
- ☑ United only
- Star Alliance  SkyTeam  oneworld

## Flight Times

**Leave**
takeoff  Fri 6:00a - 10:30p
☑ takeoff  ☐ landing

**Return**
takeoff  Sun 7:30a - 9:30p
☑ takeoff  ☐ landing

| | Best |
|---|---|
| | $1506 |
| | $1331 |
| | $1237 |
| | $1438 |
| | $4561 |
| | $2918 |
| | $2034 |
| | $1872 |
| | $2916 |
| | $1506 |
| | $2480 |

**Price* ▲**

USD

| 2+ stops | 1 stop | nonstop |
|---|---|---|
| | | All Results |
| $1506 | | |
| $1331 | | |
| $1237 | | |

| 🞐 List ▼ | 🞐 Matrix | 🞐 Chart ▼ |

**3 of 461 shown (show all)**

« Prev Next »

| Airline | Depart | Arrive | Stops (Duration) |
|---|---|---|---|
| shanghai-air.com: $1506 | | | |
| **$1506** Select  ✈ Shanghai Airlines | ORD 10:41a  PVG 5:05p | PVG 3:00p  ORD 4:02p | 0 (14h 19m)  0 (12h 57m)  details |
| united.com: $2523 | | | |
| **$2523** Select  ⦚ United | ORD 10:55a  PVG 6:00p | PVG 3:25p  ORD 5:20p | 0 (14h 30m)  0 (13h 20m)  details |
| ce-air.com: $4561 | | | |
| **$4561** Select  ☯ China Eastern Air | | | |

More airlines »

### Airline matrix (top)

| All Results | Asiana Airlines | All Nippon | Cathay Pacific | Shanghai Airlines | Multiple Airlines | Korean Air Lines | United |
|---|---|---|---|---|---|---|---|
| $1237 | $1331 | $1338 | $1438 | $1506 | $4557 | $2034 | $2523 |
| | | | | | $1872 | $3753 | $2480 |

## Compare SideStep to:

Orbitz   search now

Hotwire*   search now

ultimatefares   search now

**Flights to Shanghai**   sponsored

Cheap Flights To China
Save Up To 75% To China
Exclusive Ultimatefares Deals
www.ultimatefares.com

Super Cheap Airfare Deals
Compare cheap airfare from over 40
airlines & discount travel sites!
www.BookingBuddy.com

Chicago to Shanghai
Compare low fares from Chicago
to Shanghai and save!
www.ORBITZ.com

Shanghai Airfare Deals
Plan Air Travel with Confindence.
Travelocity Guarantees Low Prices.
www.Travelocity.com

Fly Cheap to Shanghai
Save 30% Off Published Prices Now.
We Specialize in Low Asia Airfares!
Shanghia.Asia.com

**Airports**

☐ Leave/Return, same airports

**Chicago Airports** (map)
☑ (ORD) O'Hare International only

**Shanghai Airports** (map)
☑ (PVG) Pu Dong only
☑ (SHA) Hongqiao only

**Layover Duration**
0h 50m to 16h 50m

Show Layover Airports (26)

**Trip Duration**
12h 50m to 35h 00m

Price ▼

Sites Searched ▼

* Prices are per person and are for e-tickets and include all taxes & fees in USD.

We make every attempt to get accurate prices, however, prices are not guaranteed.

**More travel options for Shanghai**

Flights To Shanghai
Fly Cathay Pacific, Asia's Premier Airline - Visit Our Official Site.
www.CathayPacific.com/us

Flights To Shanghai
You can save up to 40% on your Flights To Shanghai today.
Lowfares.com

Cheap Shanghai Flights
Find best Shanghai airfare 130+ Travel Sites for Price Compare
www.SmarterTravel.com

sponsored

Voted Top 10 China Travel Agent.
Beijing Shanghai Xian tour $20!
www.sinotour.com.cn

Flights To Shanghai
Search Across Multiple Travel Sites
And Find Low Fares To China
www.travelzoo.com

Super Cheap Airfare
The Quickest, Easiest Way to Find
Cheap Airfare to Any Destination!
BookingBuddy.com

**Hotels in Shanghai**

Shanghai Hotels
Find Low Rates on Shanghai Hotels
Also Book Flights & Cars at ORBITZ!
www.ORBITZ.com

Shanghai Hotels
Last Minute Internet Rate Offers
Easy Cancellation, Instant Confirm
Agoda.com/Shanghai-Hotels-Deals

**See your message here...**

SideStep Search Results

http://www.sidestep.com/s/flights.jsp?searchid=Ml6oERMdXwOmbgitaicI&completed=true

© 2008 SideStep, Inc.

**SmartSort®**

(modify search)  Los Angeles to Shanghai  Fri 29 Feb 2008 – Sun 2 Mar 2008

Flights  Hotels  Cars  Vacations  Cruises  Buzz  Travel Guides  Deals

Newsletters  Toolbar  Feedback

Get fare alerts for this trip: enter email

Compare SideStep to:

| Orbitz | Submit |

**Stops**
- ☑ nonstop
- ☐ 1 stop
- ☐ 2+ stops

**Airlines**
select all | clear
- ☑ Air Canada only
- ☐ Cathay Pacific only
- ☑ All Nippon only
- ☑ China Eastern Air only
- ☐ China Southern only
- ☑ Japan Airlines only
- ☑ Korean Air Lines only
- ☐ Multiple Airlines only
- ☑ Northwest only
- ☐ Shanghai Airlines only
- ☑ United only

Star Alliance  SkyTeam  oneworld

**Flight Times**

**Leave**
- ☑ takeoff  ☐ landing
takeoff  Fri 12:00a - Sat 12:00a

**Return**
- ☑ takeoff  ☐ landing
takeoff  Sun 7:30a - 9:00p

| | Best |
|---|---|
| | $1914 |
| | $895 |
| | $1653 |
| | $3507 |
| | $1914 |
| | $1047 |
| | $895 |
| | $2978 |
| | $1942 |
| | $1606 |
| | $2002 |
| | $1271 |
| | $1870 |

☰ List ▾    ☷ Matrix    ☰ Chart ▾

**$1914**
USD

| | nonstop | 1 stop | 2+ stops |
|---|---|---|---|
| Price* ▲ | | $895 | $1914 $1653 |

| | All Results | Air Canada | Cathay Pacific | Shanghai Airlines | Multiple Airlines | China Southern | United | China Eastern Air |
|---|---|---|---|---|---|---|---|---|
| | $1914 | $895 | $1047 | $1271 | $1606 | $1610 | $1870 | $1914 |
| | $1653 | | | | $1653 | $1698 | $2291 | $3045 |

« Prev  Next »
More airlines »

ce-air.com: $1914

🌐 China Eastern Air

**Airline**     **Depart**

LAX  12:30p    PVG
PVG  2:50p     LAX

**Arrive**

PVG  6:30p
LAX  10:30a

**Stops (Duration)**

0 (14h 00m)
0 (11h 40m)

details

1 of 598 shown (show all)

**More travel options for Shanghai**

Discount Travel
Find Discount Travel Rates, Flights, Hotels & More at ORBITZ!
www.ORBITZ.com

Shanghai Flights
You can save up to 40% on your Shanghai Flights today.
LowFares.com

sponsored

**Hotwire®**

Flights to Shanghai    sponsored

Cheap Flights To China
Save Up To 75% To China
Exclusive Ultimatefares Deals
www.ultimatefares.com

Los Angeles to Shanghai
Compare low fares from Los Angeles
to Shanghai and save!
www.ORBITZ.com

Super Cheap Airfare Deals
Compare cheap airfare from over 40
airlines & discount travel sites!
www.BookingBuddy.com

Save 80% on Travel Ticket
Find the Cheap Seats. Save Big on
Your next trip.
www.UltimateFares.com

Cheap Flights to China
Deep discounts on major airlines.
Call 877.253.3800 to compare & book
www.wholesale-fares.com

Compare SideStep to:
search now
search now
search now

**Airports**

☐ Leave/Return, same airports

**Los Angeles Airports** (map)

☑ (LAX) Los Angeles only

**Shanghai Airports** (map)

☑ (PVG) Pu Dong only

☑ (SHA) Hongqiao only

**Layover Duration**

0h 50m to 18h 40m

Show Layover Airports (29)

**Trip Duration**

11h 40m to 40h 50m

**Price ▾**

Sites Searched ▾

* Prices are per person and are for e-tickets and include all taxes & fees in USD.

We make every attempt to get accurate prices, however, prices are not guaranteed.

Experience China by River. Book Early, Save $1000 Per Couple.
VikingRiverCruises.com/China
www.cheapoair.com

Buy Cheap Flights Ticket
and Save up to 65%, All Airlines
www.cheapoair.com

Cheap Shanghai Flights
Many Flights To Choose From
Find Flights And Save Now!
www.Asia.com/Travel

Cheap Flights
Stop Over Paying For Airline
Tickets --find flight deals today!
AirlineTicketSale.info

**Hotels in Shanghai**
Shanghai Hotels
Find Low Rates on Shanghai Hotels
Also Book Flights & Cars at ORBITZ!
www.ORBITZ.com

Shanghai Hotels
Last Minute Internet Rate Offers
Easy Cancellation, Instant Confirm
Agoda.com/Shanghai-Hotels-Deals

**See your message here...**

http://www.sidestep.com/s/flights.jsp?searchid=2WB5ip9eZelQV5c4xR0UI&completed=true

SideStep Search Results

© 2008 SideStep, Inc.

EXHIBIT B-5

**Profiles**

Home
Product Showcase
Services
Client Histories
International
Associations
Checklist
Profiles
Conferences
Millenium

## Computer and Electronics Sales and Marketing Specialists

## Profile of the MASCO Team

### Morris Adato

Morris has been in the consumer electronics industry for more than thirty years. He has developed a successful sales rep and marketing consulting firm. Morris has generated new product ideas that have won innovation awards at both the Premium and Consumer Electronic Shows. He has developed both consumer and trade advertising and public relations campaigns that have resulted in his clients' significantly increasing market share.

### Richard Spindel

Rich is both an industrial designer and graphic artist. This multi-faceted talent has allowed him to totally coordinate development of a new product from original design to packaging and advertisements. Look over is extensive portfolio of product and packaging designs at **http://www.spindeldesign.com**

### Jon Sanserino

Jon is one of those rare industrial engineers that can take an idea and make it a reality. His 25 years in product development of professional and consumer electronics products include nearly a decade of working with Pacific Rim vendors in converting engineering sample designs into pre-production.

### John Kim

John has been a successful importer and exporter of  a broad range of products for the past ten years.  He currently operates a computerized warehouse and offices for distribution within the United States and to Southeast Asia. John has worked closely with our clients as liaison in product development and distribution. He is primarily responsible for our MASCO International Division.

### Jonathan Cohen

Jonathan's activities are focused on product source development and foreign distribution. He has over twenty years of experience in international trade. Currently, Jonathan has over 150 customers in eighty-plus countries in consumer electronics.

Top | Home | Contact

EXHIBIT B-6

Login: [                ]  Password: [                ]  [Go]  Forgot Password?    FREE Membership    ⌂ Make StockHouse My Homepage | Help |  Site Map

## STOCKHOUSE
EMPOWERING INVESTORS

Get a sneak peek of the new Stockhouse.com

[🇺🇸 .com 🇨🇦 ca]  Quote Search [        ] ● Symbol ○ Name [GO]    BullBoards Search [        ] ● Symbol ○ Name [GO]

**Quotes    Portfolio    BullBoards    Blogs    News    Markets    Mutual Funds    Commodities    Products & Services**

# News Releases

US News | Canadian News | MediaScan | SHfn | SH Editorial

NASDAQ | NYSE | AMEX | OTC:BB

## QUICKLOGIC CORPORATION

### 2008 International CES Exhibitor Profiles

[✉ Send to a Friend]

1/3/2008

LAS VEGAS, Jan 03, 2008 (BUSINESS WIRE) --

The 2008 International CES (Consumer Electronics Show) takes place January 7 - 10, 2008 in Las Vegas. Listed below are CES exhibitor profiles.

For in-depth information about CES, visit http://www.cesweb.org/default.asp.

Business Wire is the official news wire for the 2008 International CES. Breaking news releases and photos are available at http://www.tradeshownews.com, Business Wire's trade show, conference, and event news resource.

Company: 7 Elephants Distributing Corp.
Booth: 5423
Media Contact: Ashkan Tabibnia
Phone: (323) 587-8778
E-mail: ashkan@7elephants.com
Web: www.7elephants.com
7 Elephants has been distributing mobile audio and recently video
products since 1994. Since the introduction of their own line in 2003
they have achieved one of the most amazing growth numbers in sales
volume and customer base. "CES always affords us the opportunity to

**QUIK Releases**

▸ Next Inning Technology Announces Investment Opinion: Updates Outlooks for ON Semiconductor, Packeteer, Qualcomm, and QuickLogic

▸ QuickLogic Announces Fourth Quarter and Fiscal 2007 Results - Fourth Quarter New Product Revenue More Than Doubles Sequentially

▸ Next Inning Technology Updates Outlooks for Nokia, Sanmina-SCI, Anadigics, and QuickLogic

▸ QuickLogic Corporation: Innovative Use Of CSSPs In Portable Consumer Electronics Products, Highlighted At Mobile World Congress

▸ QuickLogic Announces Q4 & FY2007 Earnings Conference Call

**News Briefs**

**SHfn**

▸ SH@theBell: Big bullish week on Wall Street

▸ This week on Stockhouse January 28 ? February 1

▸ Auto parts stock soars on takeover offer

▸ The must-read list

▸ Junior energy stock soars on coal development deal



BULLBOARDS
TOP BOARDS

SWIR
FSRT
MNEAF
SWEB
BCATF
ASWRF

computer.

Company: EnVizen_Digital
Booth: Venetian Hotel
Media Contact: Morris Adato
Phone: 818 989-8200
E-mail: morris@noahcomapny.com
Web: www.noahcompany.com
EnVizen_Digital manufactures, computer and consumer electronic
products, focusing on innovative convergence products that tie Home
entertainment with Computer technology. Examples are Media Genie a
wireless network attached storage device that connects your computer
system with a flat screen Television via HDMI plus record capability,
PhotoPlay, a line of WiFi Digital Photo Frames featuring a built in
ATSC TV Tuner and remote control. Sizes available from 7, 15.4 and
19", Potable DVD player with built-in ATSC TV Tuner, Dual and Triple
computer monitor with built-in ATSC TV Tuner.

EnVizen has offices in Los Angeles and Shenzhen, China.

Company: Epson America, Inc.
Booth: South Hall 1, 21763D & 21661
Media Contact: Walt & Company
Phone: 408-369-7200
E-mail: epson@walt.com
Web: www.epson.com
Epson America, Inc. is the U.S. affiliate of Japan-based Seiko Epson
Corporation, a global technology company that manufactures printers,
computers, liquid crystal displays (LCDs), integrated circuits,
electronic and crystal devices, optical products, factory automation
systems and watches. The company draws its products primarily from
manufacturing facilities located in Portland, Oregon, as well as
Seiko Epson Corporation in Japan. The company has sales offices
throughout the United States; a Canadian affiliate in Toronto,
Ontario; subsidiaries in Argentina, Brazil, Chile, Costa Rica, Mexico
and Venezuela; and a sales office in Colombia. Epson will be on the
CES show floor in South Hall 1, booth 21661.

the world's best known companies ranging from users to original
equipment manufacturers worldwide. Membership is open to all and
additional information can be found at www.zigbee.org.

Note to Editors: Business Wire's PressPass allows you to create free, custom Web, RSS, and email-based news feeds from more than 160 industry options, dozens of subject categories and thousands of geographic preferences as well as by specific company filters. In addition, PressPass subscribers have access to exclusive content, experts, company profiles, email alerts, survey services and other media services.

Note to Event Organizers: Add your trade show, conference, or event to http://www.tradeshownews.com, Business Wire's online event calendar. For information, email tradeshow (at) businesswire.com.

SOURCE: Business Wire Global Event Services

Business Wire Global Event Services, 310-820-9473

Copyright Business Wire 2008

---

© 2008 Stockgroup Media Inc. | Disclaimer

Copyright 2008 Stockgroup Media Inc. All Rights Reserved.
Disclaimer / Terms of Use - Privacy Policy

InvestorMarketPlace    STOCKHOUSE    smallcapcenter.com    Stockgroup

Tools provided by Stockgroup
(OTCBB:SWEB TSX-V:SWB)