# EXHIBIT B-7

# NOAH COMPANY





Google Translate

− Select Language −

Update this gadget. *Click here*

Gadgets powered by Google



**NOAH COMPANY** 美商

Design, Source, Manage

## Introduction to NOAH

**Noah Company LLC** is a leading global product resource, consulting and management company. We facilitate manufacturers in Taiwan and China in developing, marketing and selling their products into the United States market and beyond.

**NOAH Company** also assists U.S. companies in establishing distribution in China and Taiwan.

**Founded in 1997,** NOAH CO. LLC. is headquartered in City of Industry, California U.S.A. and Taipei City, Taiwan and has 20 associates, including research analysts, sales representatives. and marketing consultants in Asia and United States. We are the indispensable partner to more 100 clients.

Unlike most consultants, we do not merely advise companies what to do, we execute design, provide sourcing partners, develop marketing plans and effect sales.



NOAH COMPANY, LLC.
P.O.Box 530, Walnut, CA 91788-0
248 Puente Ave, City of Industry, CA 9
Tel (626) 333-4264 , Fax (626) 336-

Taipei Office
美商诺亞 台北办事处
2Floor, No. 128, Sinhu 2nd Road
Neihu District, Taipei City 114, Taiw
Tel +886 (02) 2793-5252
Fax +886 (02) 2790-0679

NOAH Company is able to assist in obtaining capital from our financial partners. We provide resources such as an International Buying Office (IBO), New product specifications for United States market demands. We work with each client to research, analyze and interpret the business of Information Technology, Consumer Electronics, Enterprise products, Government and Educational markets. **NOAH** is able to conceive, develop and facilitate product to market by providing capital and logistics as well as a complete marketing campaigns and budgets.

**NOAH** has direct access to leading distributors such as Ingram Micro and Tech Data as well as major retailers.

**NOAH** and its associates in the U.S., Taiwan and China delivers the technology-related insight necessary for our clients to make the right decisions, every day. From CEOs and senior IT or CE leaders in corporations and government agencies, to business leaders in high-tech and telecom enterprises and professional services firms, to technology investors. Noah associates are known throughout Asia and the U.S. for conceiving, creating and sourcing products and then successfully launching them in the U.S. through distribution and resellers.

Home - Product Design - Contact  - Marketing - Sales -

Copyright [2007] [Company] All rights reserved

# EXHIBIT B-8



**Search for:** as1018cd*

Offers & Rebates | My List



**Biggest Book** > Product Detail



 View Larger Image



### Medium-duty as1018cd confetti-cut paper shredder, black

SKU: AURAS1018CD

List Price:

**$149.99/EA**

- This versatile shredder is tough enough to handle any task.
- Features auto start/stop with paper jamming protection for smooth operation.
- You'll be impressed with the quiet power output of the motor.
- Keeps your desk clean and organized while ensuring that confidential material is never compromised.

Learn More »

 Add to My List      Send to a Friend

View Similar »

| | | | |
|---|---|---|---|
| Shredder Type: | Confetti-Cut | Recommended Shredder Users: | Up to 2 |
| Specialty Shredding: | CDs/DVDs, Credit Cards, Paper Clips, Staples | Motor HP : | 0.25 |

| | | | |
|---|---|---|---|
| Daily Usage Level: | Medium | Wastebin Capacity : | 5.3 gal |
| Auto Stop Anti-Paper Jammer: | Yes | Overload Protection: | Yes |
| Manual Reverse Mode: | Yes | Separate Slots: | No |
| Single Sheet Speed (Ft./Min.) : | 8.2 | Sheet Capacity : | 10 |
| Auto Start/Stop: | Yes | Throughput (Sheets X Speed): | 82 |
| Throat Width: | 9 in | Shred Size (Inches): | 5/32 x 1 9/20 |
| Wastebin Included: | Yes | Bin Full Indicator: | No |
| Model: | AS1018CD | Color(s): | Black |
| Width : | 13.90 in | Depth : | 9.40 in |
| Height : | 16 1/2 in | Pre-Consumer Recycled Content Percent : | 0 % |
| Post-Consumer Recycled Content Percent : | 0 % | Total Recycled Content Percent : | 0 % |

Help | FAQ | Find MSDS | Terms & Conditions | Privacy Policy

All Content ©2007 biggestbook. All Rights Reserved.

# EXHIBIT B-9

**Garantía Limitada:  continuado**

No se proporcional garantías expresas más que las que están aquí establecidas.

Cualesquiera garantías escritas o implícitas, incluyendo pero sin limitarse a la comercialización y capacidad para servir un propósito particular, se limitan al período de garantía mencionado anteriormente. Aurora no será responsable por ninguno de los costos, gastos o daños accesorios o consecuentes que resulten de cualquier falla, defecto o mal funcionamiento de este producto.

Algunos estados no permiten la exclusion de limitaciones de garantías implícitas o daños consecuentes, por lo que la limitación arriba mencionada puede no aplicar a usted.

Esta garantía le brinda derechos legales específicos y usted puede también tener otros derechos que varín de Estado a Estado.

Sírvase ponerse en contacto con nosotros si desea hacer alguna pregunta.

Corporación Aurora de América
3500 Challenger Street,  Torrance, CA  90503  USA
1-800-327-8508 (LOS ESTADOS UNIDOS SÓLO)    310-793-5650 (INTERNACIONAL)

**AURORA**

1-800-327-8508 / INFO@AURORACORP.COM
(U.S.A. ONLY)
(ETATS-UNIS SEULEMENT)
(LOS ESTADOS UNIDOS SÓLO)

1-310-793-5650
(INTERNATIONAL)
(INTERNATIONAL)
(INTERNACIONAL)

Aurora Corp. of America
3500 Challenger Street   Torrance, CA 90503 USA

TBH102306

---

**AURORA**

COMPACT HOME / OFFICE PAPER SHREDDERS

DÉCHIQUETEUSES À PAPIER COMPACTES POUR LA MAISON ET LE BUREAU

MAQUINA DESTRUCTORA DE DOCUMENTOS COMPACTA PARA HOGAR/OFFICINA

### MODEL NO. AS1018CD
The AS1018CD SERIES can shred up to 10 sheets of 20 lb. bond paper in widths up to 8.5"
ONE FOLDED SHEET OF PAPER EQUATES TO 2 SHEETS OF PAPER

### MODÈLE No AS1018CD
Les appareils de la SÉRIE AS1018CD peuvent déchiqueter jusqu'à 10 feuilles de papier bond de 75g/m2 (20 lb) largeur n'excède pas 21,59 cm (8,5 po)
UNE FEUILLE DE PAPIER PLIÉE ÉQUIVAUT À DEUX FEUILLES

### MODELO NO. AS1018CD
La serie AS1018CD puede destruir hasta 10 hojas de 20 libras de papel de cartas con un ancho de 8.5"
UNA HOJA DE PAPEL DOBLADA EQUIVALE A 2 HOJAS DE PAPEL

1-800-327-8508 / INFO@AURORACORP.COM
(U.S.A. ONLY)
(ETATS-UNIS SEULEMENT)
(LOS ESTADOS UNIDOS SÓLO)

1-310-793-5650
(INTERNATIONAL)
(INTERNATIONAL)
(INTERNACIONAL)

## Operating Instructions

Installation
Operation
Warning
Trouble Shooting Aurora Paper Shredders
Maintenance
Limited Warranty

| | |
|---|---|
| Sheet Capacity | 10 sheets of 20lb. bond paper |
| Credit Card & CD Capacity | 1 at a time |
| Paper Shred Size | 5/32" x 1 9/20" pieces 0.4 cm x 3.7 cm pieces |
| Voltage | 110V-60Hz 4.3A |

## Manuel de fonctionnement

Installation
Fonctionnement
Avertissement
Dépannage des déchiquteuses à papier Aurora
Entretien
Garantie limitée

| | |
|---|---|
| Capacité de passage à la fois | 10 feuilles de papier bond de 75g/m2 (20lb.) |
| Capacité de CD et les cartes de crédit | les introduire un par un |
| Dimensions des déchets | en morceaux de 5/32" x 1 9/20" en morceaux de 0.4 cm x 3.7 cm |
| Tension | 110V-60Hz 4.3A |

## Instrucciones para operar

Instalaciones
Operación
Avertencia
Solucionar Problemas de la Máquina Trituradora de Documentos Aurora
Mantenimiento
Garantía Limitada

| | |
|---|---|
| Capacidad de destruccióna la vez | 10 hojas de papel de cartes de 20 libras |
| Capacidad de CDs y tarjetas de crédito | introdúzcalos en la ranura uno por uno |
| Tomaño de corte | en pedazos de 5/32" x 1 9/20" en pedazos de 0.4 cm x 3.7 cm |
| Voltaje | 110V-60Hz 4.3A |

# AURORA

Please read these operating instructions before using the unit.
Customer Service: 1-800-327-8508 or INFO@AURORACORP.COM (U.S.A. ONLY)

Avant d'utiliser cet appareil, Veuillez lire toutes les instructions.
Service à la clientèle : 1-800-327-8508 OU INFO@AURORACORP.COM (ETATS-UNIS SEULEMENT)

Antes de operar esta unida, por favor lea todas las instrucciones.
Servicio al Consumidor: 1-800-327-8508 O INFO@AURORACORP.COM (LOS ESTADOS UNIDOS SÓLO)

1

## INSTALLATION:

Mount the shredder securely to the rim of the waste basket. (FIGURE 1)
Connect the power cord to any standard 110 volt AC outlet.

**Note:** Crosscut shredders includes a built in safety mechanism that requires the shredder to be correctly mounted on the supplied wastebasket. Lining the wastebasket with a plastic bag will interfere and may keep the shredder from functioning.

**Caution:** Crosscut shredders have very sharp, exposed blades on the underside. Use care when mounting the shredder on the wastebasket.

   

FIGURE 1       FIGURE 2

## OPERATION:

Using the switch located on the unit, select one of the following settings by sliding the switch either left or right. As a safety feature, press and hold the center button on the switch while sliding to change modes from Off to Auto or Rev. The switch will not slide unless the button is pressed. (FIGURE 2)

**Auto:** This setting allows the shredder to be automatically started by inserting paper into the shred opening. Always feed the paper in as straight as possible. When the paper has passed through, the shredder will stop. (FIGURE 2)

**Rev:** In the unlikely event of a paper jam, the reverse setting can be used to help clear the cutters of paper that has not passed through. Never attempt to clear a jam by using the reverse function until you have emptied the wastebasket. (FIGURE 2)

**Off:** This setting turns off all features of the shredder. For safety reasons, we recommend that you leave the shredder in the Off position whenever the shredder is unattended or not in use. (FIGURE 2)

**Note:** Never continuously run this shredder for more than 10 minutes.
In the event that the shredder is run continuously for too long and the motor overheats, a thermal overload switch will automatically shut the power off. If this happens, move the switch to the off position for 10 minutes or more before continuing.

Never shred plastic (except credit cards and only by inserting them, one at a time, through the special credit card slot), continuous forms, anything with adhesive including labels and envelopes, newsprint, or any hard materials. While this shredder will shred staples and small paperclips, it is recommended that you remove them whenever possible in order to extend the life of your shredder.

Continued on next page    2

## OPERATION Continued:

**Features a CD/DVD destroyer (Figure 3):**

1) Hold the CD/DVD by the edge and feed one at a time, releasing when shredding begins.

2) Shredder will stop when the entire disc has been destroyed.

**CAUTION:**
**Do not hold CD/DVD with finger through the center ring while feeding into the shredder. Serious injury may occur.**
Never feed more than one credit card or CD/DVD at a time.



FIGURE 3

## WARNING:

- DO NOT PLACE FINGERS TOO CLOSE TO THE FEED SLOT AS SERIOUS INJURY MAY OCCUR.
- **KEEP OUT OF REACH OF CHILDREN AND PETS.**
- AVOID GETTING JEWELRY, HAIR OR LOOSE CLOTHING NEAR THE FEED SLOT.
- RISK OF FIRE. NEVER dispose of flammable chemicals or materials that have come into contact with flammable chemicals (for example, nail polish, acetone, gasoline) in the shredder basket.
- Always turn the shredder off and unplug the power cord from the AC outlet before cleaning it, moving it, or emptying the waste basket.
- Never place the shredder near water or any heat source.
- Keep waste basket emptied so that the shredder output is not impeded.
- Never use any petroleum based or flammable oils or lubricants in or around the machine as some oils can combust causing serious injury. Never spray any aerosol based products in or around shredder.
- Never shred envelopes, labels or anything with glue or any sticky substance as this will lead to paper jams.
- Do not use the shredder if the power cord is damaged in any way.
- Do not attempt to service this product yourself as doing so may expose you to sharp cutting blades and/or electricity and will void the manufacturers warranty.
- Never let the wastebasket become full. This will lead to shredded material being pulled back up into the shredder and cause jams.
- Never try to clean/clear the shredder blade.

## TROUBLE SHOOTING FOR AURORA PAPER SHREDDERS:

The shredder does not work at all.

a) Make sure that the unit is plugged in and that the outlet it is plugged into is in good working order.

b) Never put a plastic or trash bag inside the wastebasket. Make sure the unit is sitting flush on the wastebasket and if you have lined the wastebasket with a plastic bag, remove it. There is a safety interlock switch on the unit designed to keep the shredder from running if anyone picks it up. On the inside of the wastebasket there is a tab which fits into a slot on the bottom of the shredder unit and presses a switch. If when you put the shredder in "Rev" mode, you don't hear the motor come on, the safety switch is not being depressed. Reseat the shredder and try again.

The shredder runs in "Rev" mode but not in "Auto" mode.

a) While in "Auto" mode, the motor will not start running until paper is inserted into the feed slot. Set the unit to "Auto" and insert paper to be shredded. It is normal for the motor to run for a moment after setting it to "Auto" but it should stop until paper is inserted. The trigger that activates the shredder in Auto mode is located directly in the center of the slot. If the paper you are inserting is narrow, it may not be hitting the switch. It is possible that the trigger, which activates the shredder, has become blocked with paper. Insert an index card, directly in the center of the feed slot, and apply force. This will usually clear any paper blocking the switch or force the switch closed.

## MAINTENANCE:

We recommend you oil your shredder once a month with vegetable or cooking oil (nothing petroleum based). Drizzle some oil on a few pieces of paper and feed those pages through the shredder.

## LIMITED WARRANTY:

Aurora warrants the cutting cylinders of the machine against defects of workmanship and material for a period of **5 years** from the original purchase date to the original consumer. Aurora warrants all other parts of the machine against defects of workmanship and material for a period of **1 year** from the original purchase date to the original consumer.

Should there be a defect or malfunction of this product, Aurora will replace the product free of charge. Customer is responsible for all shipping charges to return the defective product to Aurora. This warranty is void if the product has been subject to damage, unreasonable use, improper service, or other causes not arising from defects in original material or workmanship. This warranty is void if factory seal is broken or removed from the product. This warranty does not include adjustments, parts or repairs required by circumstances beyond the control of Aurora.

There are no expressed warranties other than those stated herein.

Any expressed or implied warranties, including but not limited to merchantability and fitness for a particular purpose are limited to the above warranty period. Aurora shall not be liable for any incidental or consequential cost, expenses or damages resulting from any failure defect or malfunction of this product.

Some states do not allow the exclusion of limitations of implied warranties or consequintial damages, therefore, the above limitations may not apply to you.

This warranty grants you specific legal rights, and you may also have other rights that vary from state to state.

Please contact us with any questions.

Aurora Corp. of America
3500 Challenger Street,  Torrance, CA  90503  USA
1-800-327-8508 (U.S. ONLY)   310-793-5650 (INTERNATIONAL)

### INSTALLATION :

Installer solidement la déchiqueteuse sur le bord du panier à rebuts. (FIGURE 1)
Brancher le cordon d'alimentation sur une prise standard de 120 volts.

**Attention :** Les déchiqueteuses à coupe croisée est équipée d'un mécanisme de sécurité qui exige que l'appareil soit correctement monté sur le panier à rebuts fourni. Doubler le panier à rebuts d'un sac en plastique sera gênant et empêchera la déchiqueteuse de fonctionner.

**Attention :** Les déchiqueteuses à coupe croisée sont équipées, en dessous, de lames exposées très coupantes. Soyez prudent en montant la déchiqueteuse sur la panier à rebuts.

    FIGURE 1             FIGURE 2

### FONCTIONNEMENT :

À l'aide du commutateur situé sur l'appareil, choisir l'un des réglages suivants en faisant glisser le commutateur soit à gauche soit à droite. Pour plus de sûreté, appuyer et maintenir le bouton central du commutateur quand vous le faites glisser pour changer de modes. Le commutateur ne glissera pas si le bouton n'est pas enfoncé. (FIGURE 2)

**Auto :** La déchiqueteuse se met en marche automatiquement quand on insère du papier dans l'embouchure de déchiquetage. Alimenter avec le papier le plus droit possible. Quand le papier est passé, la déchiqueteuse s'arrêtera. (FIGURE 2)

**Rev :** Dans le cas improbable d'un bourrage de papier, la marche arrière permet de libérer les couteaux du papier qui n'est pas passé. Ne jamais tenter d'effectuer un débourrage en utilisant la marche arrière sans avoir auparavant vidé le panier à rebuts. (FIGURE 2)

**Off :** Ce réglage interrompt toutes les fonctions de la déchiqueteuse. Pour des raisons de sécurité, nous vous recommandons de laisser la déchiqueteuse en position Off quand elle est sans surveillance ou n'est pas utilisée. (FIGURE 2)

**Remarque :** Ne jamais faire fonctionner cette déchiqueteuse sans interruption pendant plus de 10 minutes Dans le cas où la déchiqueteuse fonctionne continuellement trop longtemps et que le moteur surchauffe, un commutateur de surcharge thermique la mettra hors tension automatiquement. Dans ce cas, mettre le commutateur à Off pendant 10 minutes ou plus avant de continuer.

Ne jamais déchiqueter du plastique (sauf les cartes de crédits et seulement en les insérant une par une dans la fente spéciale à cet effet), des formulaires continu, quoi que ce soit avec de la colle y compris des étiquettes ou des enveloppes, des journaux ou tout matériau rigide. Bien que cette déchiqueteuse puisse déchiqueter les agrafes et les petits trombones, il est recommandé de les enlever quand cela est possible de façon à prolonger la durée de votre déchiqueteuse.

**Attention : Ne pas tenir les CD/DVD avec un doigt dans le trou central en alimentant la déchiqueteuse. Cela pourrait causer des sérieuses blessures.** Ne jamais déchiqueter plus d'une carte de crédit ou d'un CD/DVD à la fois.

**Présente un destructeur de CD/DVD (Figure 3):**
1) Tenir les CD/DVD par le bord et les introduire un par un, en les lâchant quand le déchiquetage commence.
2) La déchiqueteuse s'arrêtera après la destruction totale du disque.



**FIGURE 3**

### AVERTISSEMENT :

- NE PAS METTRE LES DOIGTS TROP PRÈS DE LA FENTE D'ALIMENTATION EN PAPIER CAR LE RISQUE DE SÉRIEUSES BLESSURES EST IMPORTANT.
- **GARDER L'APPAREIL HORS DE PORTÈE DES ENFANTS ET DES ANIMAUX DE COMPAGNIE.**
- ÉVITER AUSSI D'APPROCHER DES BIJOUX, DES CHEVEUX OU DES VÊTEMENTS LCHES DE LA FENTE D'ALIMENTATION.
- RISQUE D'INCENDIE. NE JAMAIS jeter les produits chimiques inflammables ou les matériaux qui sont entrés en contact avec des produits chimiques inflammables (par exemple, vernis à ongle, acétone, essence) dans le panier de la déchiqueteuse.
- Toujours mettre la déchiqueteuse hors tension et débrancher le cordon d'alimentation avant de la nettoyer, de la déplacer ou de vider le panier de rebuts.
- Ne jamais placer la déchiqueteuse près d'un source d'eau ou d'une source de chaleur
- Toujours vider le panier afin que les rebuts n'entravent pas l'évacuation de la déchiqueteuse.
- Ne jamais utiliser des huiles à base de pétrole ou inflammables ou des lubrifiants dans l'appareil ou à proximité, car certaines huiles peuvent s'enflammer et entraîner des blessures sérieuses. N'utiliser aucun produit aérosol dans ou à proximité de la déchiqueteuse
- Ne jamais déchiqueter des enveloppes, des étiquettes ou quoi que ce soit avec de la colle ou tout substance collante, cela entraînera un bourrage de papier.
- N'utiliser pas la déchiqueteuse si le cordon d'alimentation est endommagé de quelque façon que ce soit.
- Ne pas essayer de réparer cet appareil vous-même, car vous risquez de vous couper avec les couteaux et/ou de recevoir un choc électrique; cela annulera la garantie du fabricant.
- Ne jamais laisser plein le panier à rebuts. Cela aurait pour effet que le matériel déchiqueter soit attiré par la échiqueteuse et entraîner des bourrages.
- Ne jamais essayer de nettoyer ou dégager la lame de la déchiqueteuse

### Dépannage des déchiquteuses à papier Aurora :

La déchiqueteuse ne fonctionne pas

a) Assurez-vous que l'appareil est branché et que la prise sur laquelle il est branché est en bon état.

b) Ne jamais mettre de sac en plastique ou de sac à déchets dans le panier à rebut. Assurez-vous que le panier à rebut est correctement fixé sur l'appareil et si vous avez doublé le panier à rebuts d'un sac en plastique, enlevez-le. Il existe un dispositif de verrouillage de sécurité qui empêche la déchiqueteuse de se mettre en marche si quelqu'un la prend. À l'intérieur du panier à rebuts, il y a au dessous de la déchiqueteuse une languette insérée dans une fente qui appuie sur un interrupteur. Si, quand vous mettez la déchiqueteuse en mode de marche arrière (Rev), vous n'entendez pas le moteur se mettre en route, c'est que l'interrupteur n'est pas actionné. Replacer la déchiqueteuse et essayez de nouveau.

La déchiqueteuse fonctionne en mode "Rev", mais pas en mode Auto.

a) En mode "Auto", le moteur ne se mettra pas en marche avant que du papier soit inséré dans la fente d'alimentation. Placer l'appareil sur "Auto" et insérer le papier à déchiqueter. Il est normal que le moteur se mette en marche quelques instants après le réglage sur "Auto" mais il doit s'arrêter jusqu'à l'insertion de papier. Le déclencheur qui met en marche la déchiqueteuse en mode Auto est située immédiatement au centre de la fente. Si le papier que vous insérez est étroit, il est possible qu'il n'actionne pas l'interrupteur. Il est possible que le déclencheur qui met la déchiqueteuse en marche soit bloqué par du papier Insérez une carte fiche directement au centre de la fente d'alimentation et poussez fort. Habituellement, cela dégagera tout papier bloquant l'interrupteur ou forcera l'interrupeur à se fermer.

### Entretin

Nous vous recommandons d'huiler votre déchiqueteuse une fois pas mois avec de l'huile végétale ou de cuisson (rien à base de pétrole). Verser un peu d'huile sur quelques feuilles de papier et les passer dans la déchiqueteuse.

### Garantie limitée :

Aurora garantit les cylindres de coupe de la machine contre les défauts de matériel et de main-d'œuvre pendant une période de **5 ans** à partir de la date d'achat du client initial. Aurora garantit toutes les autres pièces de la machine contre les défauts de matériel et de main-d'œuvre pendant une période d'**1 an** à partir de la date d'achat du client initial.

Si ce produit présente un défaut ou un mauvais fonctionnement, Aurora le remplacera gratuitement. Le client est responsable de tous les frais de port pour retourner le produit défectueux à Aurora. La garantie sera nulle en cas de dommages, d'usage déraisonnable, de réparation inappropriée du produit, ou d'autres causes ne dépendant pas de défauts de matériel ou de main-d'œuvre. Cette garantie est nulle si le sceau de l'usine a été brisé ou enlevé du produit. Cette garantie ne s'applique pas aux modifications, aux pièces et aux réparations nécessaires à la suite de circonstances hors du contrôle d'Aurora, y compris mais non limitées aux dégâts d'eau.

Il n'existe pas d'autres garanties expresses que celles énoncées ici.

Toutes les garanties expresses ou implicites, y compris, mais sans y être limité, celles concernant la qualité marchande et l'adaptation à un usage particulier, sont limitées à la période de garantie ci-dessus. Aurora décline toute responsabilité à l'égard de tout frais accessoire ou indirect, de dépenses ou dommages résultant d'un défaut ou d'un mauvais fonctionnement de ce produit.

Certains états n'autorisent pas l'exclusion des limites de garanties implicites ou de dommages conséquents; dans ce cas, les limites ci-dessus ne s'appliquent pas à vous.

Cette garantie vous accorde des droits légaux spécifiques et vous pouvez également avoir d'autres droits qui varient d'un état à l'autre.

Veuillez communiquer avec nous si vous avez des questions.

Aurora Corp. of America
3500 Challenger Street, Torrance, CA 90503 USA
1-800-327-8508 (ETATS-UNIS SEULEMENT)   310-793-5650 (INTERNATIONAL)

---

### INSTALACIONES:

Asegure la máquina destructora de documentos en la montura de la papelera (FIGURA 1)
Conecte el cordón eléctrico en cualquier tomacorriente estándar de 120 voltios AC.

**Nota:** Las máquinas destructoras de documentos de corte transversal incluye un mecanismo interno de seguridad que requiere que la máquina destructora de documentos esté correctamente montada en la papelera que se proporciona. Forrar la papelera con una bolsa de plástico provocará una interferencia y es posible que la máquina destructora de documentos no funcione.

**Precaución:** Las máquinas destructoras de documentos de corte transversal tienen cuchillas muy filosas y expuestas en la parte inferior. Tenga mucho cuidado cuando esté montando la máquina destructora de documentos a la papelera.

 FIGURA 1     FIGURA 2

### OPERACIÓN:

Utilizando el interruptor localizado en la unidad, seleccione una de las siguientes posiciones deslizando el interruptor ya sea hacia la izquierda o hacia la derecha. Como medida de seguridad, apriete y mantenga apretado el botón central del interruptor mientras lo mueve para cambiar de modalidad de estar apagado a automático o de reversa. El interruptor no deslizará a menos que se apriete el botón. (FIGURA 2)

**Auto:** Esta posición permite que la máquina destructora de documentos empiece a trabajar automáticamente cuando se inserta el papel en a boca de la trituradora. Siempre inserte el papel tan derecho como sea posible. Cuando el papel haya pasado a través de la máquina, ésta se detendrá. (FIGURA 2)

**Rev:** En la remota posibilidad de que el papel se atore, la posición de reversa puede ser utilizara para desatascar las cortadoras del papel que no ha pasado a través de ellas. Nunca intente desatorar utilizando la función de reversa hasta que haya vaciado la papelera. (FIGURA 2)

**Off:** Esta posición apaga todas las características de la máquina destructora de documentos. Por razones de seguridad, recomendamos que deje la máquina destructora de documentos en la posición de apagada cuando la máquina destructora de documentos se deje desatendida o no se esté utilizando. (FIGURA 2)

**Nota:** No haga nunca funcionar de manera continua durante más de 10 minutos esta máquina destructora de documentos. En caso de que la máquina destructora de documentos se utilice continuamente por períodos largos y el motor se sobrecaliente, el interruptor termal de sobrecarga apagará la máquina automáticamente. Si esto sucede, coloque el interruptor en la posición de apagado por 10 minutos o más antes de continuar.

Nunca destruya plástico (excepto tarjetas de crédito e inserte éstas solamente una a la vez a través de la ranura especial para tarjetas de crédito), formas continuas, nada que contenga adhesivos incluyendo etiquetas y sobres, periódicos, o materiales duros. Aún cuando esta máquina destructora de documentos tritura grapas y clips, se recomienda que se remuevan estos objetos cuando sea posible para alargar la vida de su máquina destructora de documentos.

Continúe la página siguiente

## OPERACIÓN: continuado

**Precaución:** **No sostenga el CD/DVD introduciendo el dedo en el orificio central mientras lo suministra a la máquina destructora de documentos. Puede sufrir una lesión grave.**
No introduzca nunca en la ranura de alimentación más de una tarjeta de crédito o CD/DVD a la vez.

**Incluye un dispositivo que destruye CD/DVD (Figura 3):**
1) Tome los CDs/DVDs por el borde e introdúzcalos en la ranura uno por uno, soltándolos cuando comiencen a ser destruidos.
2) La máquina destructora de documentos se detendrá cuando todo el CD/DVD haya sido destruido.



**FIGURA 3**

## ADVERTENCIA:

- MANTENGA SUS DEDOS ALEJADOS DE LA RANURA DONDE SE INSERTA EL PAPEL YA QUE PUEDE OCASIONAR LESIONES GRAVES. TAMBIEN EVITE JOYAS, CABELLOS O ROPA SUELTA CERCA DE LA RANURA DE INSERCION DEL PAPEL.
- **MANTENGA FUERA DEL ALCANCE DE NINOS Y MASCOTAS.**
- PELIGRO DE INCENDIO. No eche NUNCA productos químicos inflamables, o materiales que han estado en contacto con productos químicos inflamables (por ejemplo: esmalte de uñas, acetona, gasolina) en el canasto de los papeles de la máquina destructora de documentos
- Siempre apague y desconecte el cordón eléctrico del interruptor AC antes de limpiar o mover la máquina o vaciar la papelera.
- Nunca coloque la máquina destructora de documentos cerca de agua o de alguna fuente de calor.
- Mantenga la papelera vacía para que los dispositivos trituradores no se bloqueen.
- Nunca utilice petróleo o aceites inflamables o lubricantes dentro o alrededor de la máquina ya que algunos aceites pueden incendiar causando heridas graves. Nunca rocíe aerosoles de ningún tipo cerca de la máquina destructora de documentos.
- Nunca triture sobres, etiquetas o nada que tenga pegamento o alguna sustancia pegajosa ya que esto ocasionará que el papel se atore.
- No utilice la máquina destructora de documentos si el cordón eléctrico está dañado en alguna forma.
- No intente dar servicio a este producto usted mismo ya que se expone a las hojas filosas y/o a la electricidad. Asimismo invalidará la garantía del fabricante.
- Nunca deje la papelera llena. Esto provocará que el material triturado sea jalado por la máquina trituradora de documentos y se atore.
- No trate nunca de limpiar/desatascar la cuchilla de la máquina destructora de documentos

**9**

## Solucionar Problemas de la Máquina Trituradora de Documentos Aurora:

La máquina trituradora de documentos no funciona

a) Asegúrese que la unidad esté conectada y que el interruptor al que esté conectada esté en buenas condiciones.

b) No coloque nunca plástico o bolsas de la basura dentro del canasto de los papeles. Asegúrese que la unidad este alineada a la papelera y si forró la papelera con una bolsa de plástico, remuévala. La unidad contiene un interruptor de seguridad de engranaje diseñado para evitar que la máquina trituradora de documentos funcione si alguien la levanta. Dentro de la papelera hay una lengüeta que se encaja en una ranura en la parte de debajo de la unidad trituradora y presiona un interruptor. Si cuando coloca la máquina trituradora de documentos en la posición de reversa y no escucha el motor encenderse, esto significa que el interruptor no ha sido presionado. Re-coloque la máquina trituradora de documentos y trate nuevamente.

La máquina trituradora de documentos funciona en la posición "Rev" pero no en la posición de "Auto"

a) Cuando esté en posición de "Auto", el motor no empezará a funcionar hasta que el papel haya sido insertado en la ranura de inserción de papel. Ponga la unidad en "Auto" e inserte el papel a ser triturado. Es normal para el motor seguir trabajando por un momento después de que se posicionó en "Auto" pero deberá detenerse cuando se inserte el papel. El disparador que active la máquina trituradora de documentos en la posición de Auto está localizada directamente en el centro de la ranura. Si el papel que está insertando es delgado puede ser que no esté presionando el interruptor. Es possible que el disparador que active la máquina trituradora de documentos esté bloqueada con papel. Inserte una tarjeta de índice directamente en el centro de la ranura de inserción y presione con fuerza. Esto generalmente desatorará el papel que esté bloqueando el interruptor o bien cierre el interruptor.

## Mantenimiento

Le recomendamos que lubrique su máquina destructora de documentos una vez al mes con aceite vegetal o aceite para cocinar (nada que sea con base de petróleo). Rocíe un poco de aceite sobre unos pocos trozos de papel y haga pasar esas páginas por la máquina destructora de documentos.

## Garantía Limitada:

Aurora garantiza los cilindros cortantes de la máquina contra defectos en la fabricación y en los materiales por un período de **5 años** a partir de la fecha original de compra por parte del consumidor original. Aurora garantiza todas las demás piezas de la máquina contra defectos en la fabricación y en los materiales por un período de **1 año** a partir de la fecha original de compra por parte del consumidor original.

En caso de defecto o mal funcionamiento de este producto, Aurora sustituirá el producto gratuitamente. El cliente es responsable por todos los gastos de envío que correspondan a la devolución del producto defectuoso a Aurora. Esta garantía es nula si el producto ha sido dañado o utilizado de manera equivocada, ha recibido mantenimiento indebido, u otras causas que no hayan surgido de defectos en el material o la fabricación originales. Esta garantía es nula si el sello de fábrica es roto o se saca del producto. Esta garantía no incluye ajustes, partes o reparaciones requeridas por circunstancias mas allá del control de Aurora, incluyendo pero no limitado a maltrato de escape.

Continúe la página siguiente  **10**