EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FELLOWES, INC., )
)
              Plaintiff, ) Case No. 1:07-cv-07237
v. )
) Honorable Charles P. Kocoras
AURORA CORPORATION OF )
AMERICA, and AURORA OFFICE ) Jury Trial Requested
EQUIPMENT, LTD. )
)
              Defendants. )

## SECOND DECLARATION OF STEVEN CARSON

I, Steven Carson, declare:

1.     I am General Counsel for Fellowes, Inc. I have personal knowledge of the following and if called upon I could and would competently testify to the following.

2.     Ingram Micro represents a very small portion of Fellowes sales.

3.     Attached are pages from a 2008 catalog of United Stationers Inc.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration is executed on this 4th day of February, 2008 in Itasca, Illinois.

_____
Steven Carson

EXHIBIT C-1

# OFFICE SUPPLIES



**2008**

# YOUR SINGLE-SOURCE PROVIDER

# How to choose a shredder:

## It is essential to shred any of the following items:

- Financial information
- Business data such as marketing plans, customer information, personnel records
- Banking information

- Cancelled checks
- Credit and debit card receipts
- Pre-approved credit card applications
- Medical data

- Legal documents
- Any item showing a social security number

## Choosing the Right Shredder for Your Needs

Select your shredder based on the following criteria:

### 1. Daily Usage

Number of sheets shredded on average per day. Think about how much you'll shred, then double it! Most users shred twice as much as they think they will.

### 2. Security Level



**Micro-cut shredders,** a type of confetti-cut shredder, provide the highest security by shredding paper into tiny confetti pieces. They shred an 8½ x 11 sheet into approximately 3,770 particles.



**Confetti-cut** shredders provide higher security by shredding paper into tiny confetti pieces. They shred an 8½ x 11 sheet into approximately 300 chips. They also significantly reduce waste bulk.



**Strip-cut** shredders provide economical security by shredding paper into ¼" strips.

### 3. Sheet Capacity

Maximum number of sheets that can be fed through a shredder at one time (based on 20-lb. paper). One of the factors in determining how quickly you can complete your shredding job.

### 4. Throughput

Sheet capacity x single sheet speed. Shows the maximum number of sheets that can be shred in one minute.

### 5. Wastebin Capacity

Larger capacities allow for more shredding between bag changes and greater productivity.

### 6. Throat Width

Larger 15" and 16" throats allow for oversized sheets and disorganized stacks. 8½" personal shredder throats accommodate items up to standard letter size.

### 7. Specialty Shredding

Look for shredders that can destroy these items:


**Staples**


**Credit Cards**


**CDs/DVDs**


**Paper Clips**

## Daily Usage Level Definitions

### Commercial Office Shredders



- From one to over ten users
- For continuous use by multiple people in an office setting

### Premium Office Paper Shredders



- For medium duty users who shred 25-50 times per day
- For moderate home, home office or deskside use
- Durable, compact design
- Quiet operation

### Small Office/Home Office Paper Shredders



- From one to five users who shred 50-100 times per day
- For frequent small office or deskside use
- Solid steel cutters, paper clip and staple safe
- Quiet operation

### Light-Duty/Personal Paper Shredders



- For personal users who shred 10-20 times per day
- Ideal for occasional home, home office or deskside use
- Compact, lightweight design

## SHREDDER ACCESSORIES



**A**

### UNIVERSAL

#### A. Shredder Lubricant Sheets

Delivers the right amount of lubrication to the blade every time. Clean touch, no mess, easy to use. Feed directly into the paper entry just like a sheet of paper. 8½ x 11. 36 sheets per pack. [12 Packs per carton.]

| UNV-38036 | Pack | 24.99 |




**B**　　**C**

### Fellowes

**B. Shredder Oil**
12-oz. bottle.

| FEL-35250 | Each | 16.95 |

**C. Shredder Oil**
16-oz. bottle.

| GBC-1760049 | Each | 24.99 |

### UNIVERSAL

#### Shredder Bags (Not shown.)

Puncture-resistant high-density bags are ideal for shredded paper and plastic waste. 100 bags per carton.

| No. | Size (w x d x h) | Carton |
|-----|------------------|--------|
| UNV-35945 | 15 x 11 x 30 | 22.96 |
| UNV-35946 | 26 x 18 x 48 | 41.64 |
| UNV-35947 | 13 x 13 x 28 | 20.96 |
| UNV-35948 | 18 x 17 x 38 | 37.79 |
| UNV-35952 | 28 x 22 x 48 | 46.37 |

### Fellowes

#### Shredder Bags (Not shown.)

Neatly fits waste receptacles and bag frames of Powershred® paper shredders. Easy to use dispenser box with extra-long wire ties.





| No. | Use with Model | Bags/Carton | Carton |
|-----|----------------|-------------|--------|
| FEL-36052 | All Personal Shredders | 100 | 33.78 |
| FEL-36053 | SB-97Cs, SB-99Ci | 100 | 36.86 |
| FEL-36054 | C-120, C-220, C-120C, C-220C | 50 | 25.52 |
| FEL-36055 | C-380, C-380C | 50 | 54.48 |
| FEL-36056 | C-320, C-320C | 50 | 21.10 |
| FEL-3605801 | C-420, C-480, C-420C, C-480C | 50 | 54.48 |

prices are subject to change without notice

see page

Shredders  **S**





A

B

C

C-480C & C-420C Features:
AUTO OIL

C-480, C-420, C-380C, C-380 Features:

TURBO JAM RELEASE

| Features of Shredders on this Page<br>- Auto start/stop<br>- Auto reverse on jams<br>- Overload protection<br>- Manual reverse mode<br>- Wastebin included<br>- Bin-full indicator | 24-26 SHEETS<br>CONFETTI-CUT | 36-38 SHEETS<br>STRIP-CUT | 24-26 SHEETS<br>CONFETTI-CUT | 36-38 SHEETS<br>STRIP-CUT | 14-16 SHEETS<br>CONFETTI-CUT | 26-28 SHEETS<br>STRIP-CUT |
|---|---|---|---|---|---|---|
| | Fellowes | | Fellowes | | Fellowes | |
| **No.** | **A.** FEL-38485 | FEL-38480 | **B.** FEL-38425 | FEL-38420 | **C.** FEL-38385 | FEL-38380 |
| **Each** | 3499.00 | 2949.00 | 2499.00 | 2349.00 | 2159.00 | 2049.00 |
| **Model** | C-480C | C-480 | C-420C | C-420 | C-380C | C-380 |
| **Shreds** |  | |  | |  | |
| **Throat Width** | 16"* | 16"* | 12" | 12" | 15"* | 15"* |
| **Single Sheet Speed (Ft./Min.)** | 14 | 20 | 14 | 20 | 20 | 20 |
| **Shred Size (Inches)** | ¹/₃₂ x ¹/₃ | ⁷/₃₂ | ¹/₃₂ x ¹/₃ | ⁷/₃₂ | ¹/₃₂ x ¹/₃ | ⁷/₃₂ |
| **Max. Throughput (Sht. x Speed)** | 364 | 760 | 364 | 760 | 320 | 560 |
| **Shpg. Wt.** | 180 lbs. | 178 lbs. | 168 lbs. | 162 lbs. | 142 lbs. | 135 lbs. |
| **Wastebin Capacity** | 37.5 gal. | | 32 gal. | | 31.6 gal. | |
| **Motor HP** | 1¹/₄ | | 1¹/₄ | | 1¹/₄ | |
| **Recommended Shredder Users** | 10 or more | | 10 or more | | 6-10 | |
| **Color** | Light Gray/Black | | Light Gray/Black | | Light Gray/Black | |
| **Size (w x d x h)** | 25 x 20 x 38 | | 22 x 20 x 38 | | 25 x 19 x 35 | |
| **Mfr. Warranty** | 3 years, lifetime** | | 3 years, lifetime** | | 3 years, lifetime** | |
| **Recommended Shred Bags** | UNV-35946 | | UNV-35946 | | UNV-35946 | |
| **Carton** | 41.64/Ctn 100 | | 41.64/Ctn 100 | | 41.64/Ctn 100 | |
| **Recommended Shred Bags** | FEL-3605801 | | FEL-3605801 | | FEL-36055 | |
| **Carton** | 54.46/Ctn 50 | | 54.46/Ctn 50 | | 54.46/Ctn 50 | |

*Extra wide to accommodate 132 column printouts
**Limited three-year parts and labor, lifetime cutters

See page 2 for our symbol legend

# S  Shredders

When choosing a shredder, capacity counts. Consider daily shredding needs, then double. Most users shred more than twice as much as they think they will.

## Shred it and forget it.





TURBO JAM RELEASE



100% JAM PROOF

new!

Turbo-Jam Release button clears jams quickly and easily.

**A**   **B**   **C**

| Features of Shredders on this Page:<br>• Auto start/stop<br>• Auto stop anti-paper jammer<br>• Overload protection<br>• Manual reverse mode<br>• Auto reverse on FEL-38325/38320<br>• Wastebin included<br>• Bin-full indicator | 15 SHEETS<br>MICRO-CUT<br>**AURORA** | 14-16 SHEETS<br>CONFETTI-CUT<br>**Fellowes** | 26-28 SHEETS<br>STRIP-CUT | 15-16 SHEETS<br>CONFETTI-CUT<br>**GBC** | 17-18 SHEETS<br>STRIP-CUT |
|---|---|---|---|---|---|
| No. | A. AUR-ASI540CD | B. FEL-38325 | FEL-38320 | C. new GBC-1758600 | new GBC-1758590 |
| Each | 1599.99 | 1699.00 | 1499.00 | 1149.99 | 1149.99 |
| Model | ASI540CD | C-320C | C-320 | RDX1619 | RDS1819 |
| Shreds |  |  | |  |  |
| Throat Width | 9½" | 10" | 10" | 9⅛" | 9⅛" |
| Single Sheet Speed (Ft./Min.) | 12 | 20 | 20 | 20 | 20 |
| Shred Size (Inches) | $5/64 \times 25/64$ | $5/32 \times 1\frac{1}{2}$ | $7/32$ | $7/32 \times 1\frac{1}{8}$ | ¼ |
| Max. Throughput (Sht. x Speed) | 180 | 320 | 560 | 320 | 360 |
| Shpg. Wt. | 95 lbs. | 113 lbs. | 110 lbs. | 94 lbs. | 83 lbs. |
| Wastebin Capacity | 13.2 gal. | 24.6 gal. | | 19 gal. | |
| Motor HP | 5/16 | 1½ | | 4/3 (RDX1619), ⅓ (RDS1819) | |
| Recommended Shredder Users | Up to 10 | 6-10 | | 5-10 | |
| Color | Silver/Gray | Light Gray/Black | | Gray/Charcoal | |
| Size (w x d x h) | 15⅜ x 16½ x 35¼ | 20 x 18 x 35 | | 19 x 14⅞ x 33¼ | |
| Mfr. Warranty | 2, 8 years* | 3 years, lifetime** | | 2, 20 years' | |
| Recommended Shred Bags Carton | UNV-35948<br>37.79/Ctn 100 | UNV-35948<br>37.79/Ctn 100 | | UNV-35948<br>37.79/Ctn 100 | |
| Recommended Shred Bags Carton | .... | FEL-36056<br>31.10/Ctn 50 | | .... | |

*Limited two-year parts and labor, 8 years cutters   **Limited three-year parts and labor, lifetime cutters   'Two-year parts and labor, 20 years cutters

prices are subject to change without notice

**1418**

Shredders  **S**



100% JAM PROOF

new!

A                    B                    C

| Features of Shredders on this Page<br>• Auto start/stop<br>• Auto stop anti-paper jammer<br>• Overload protection<br>• Manual reverse mode<br>• Wastebin included<br>• Bin-full indicator | 12-14 SHEETS<br>CONFETTI-CUT | 18-22 SHEETS<br>STRIP-CUT | 12-14 SHEETS<br>CONFETTI-CUT | 15-17 SHEETS<br>STRIP-CUT | 8-10 SHEETS<br>CONFETTI-CUT | 12-14 SHEETS<br>STRIP-CUT |
|---|---|---|---|---|---|---|
| |   GBC *Shredmaster* | |  GBC *Shredmaster* | |  GBC *Shredmaster* | |
| **No.** | A. GBC-1757310 | GBC-1757300 | new!<br>B. GBC-1758580 | new!<br>GBC-1758570 | C. GBC-1751755 | GBC-1757420 |
| **Each** | 1299.00 | 1099.00 | 999.99 | 894.99 | 969.00 | 769.00 |
| **Model** | 3550X | 3500S | RDX1413 | RDS1713 | Z260X | 2240S |
| **Shreds** |  |  |  |  |  | |
| **Throat Width** | 9¼" | 9¼" | 9⅛" | 9½" | 9¼" | 9¼" |
| **Single Sheet Speed (Ft./Min.)** | 15 | 20 | 20 | 20 | 15 | 16 |
| **Shred Size (Inches)** | ⅛₂ x 1⅝ | ¼ | ⅛ x 1⁷⁄₈ | ¼ | ⅛₂ x 1⁷⁄₈ | ⁵⁄₁₂ |
| **Max. Throughput (Sht. x Speed)** | 210 | 440 | 280 | 340 | 150 | 224 |
| **Shpg. Wt.** | 54 lbs. | 49 lbs. | 70 lbs. | 59 lbs. | 54 lbs. | 49 lbs. |
| **Wastebin Capacity** | 13 gal. | | 13 gal. | | 13 gal. | |
| **Motor HP** | ⅓ (3550X), ⅖ (3500S) | | ⅖ (RDX1413), ⅓ (RDS1713) | | ⅓ | |
| **Recommended Shredder Users** | 5-10 | | 5-10 | | 5-10 | |
| **Color** | Charcoal Gray | | Gray/Charcoal | | Charcoal Gray | |
| **Size (w x d x h)** | 16½ x 15¼ x 28½ | | 19 x 14¹⁄₈ x 26⅝ | | 16¼ x 15½ x 28¼ | |
| **Mfr. Warranty** | 3 years, lifetime* | | 2, 20 years** | | 3 years, lifetime* | |
| **Recommended Shred Bags** | UNV-35948 | | UNV-35948 | | UNV-35948 | |
| **Carton** | 37.79/Ctn 100 | | 37.79/Ctn 100 | | 37.79/Ctn 100 | |

*Limited three-year parts and labor, lifetime cutters, on-site service
**Limited two-year parts and labor, 20 years cutters

see page 2 for our symbol legend

**1419**

# S Shredders





new!

100% JAM PROOF



Turbo Jam Release button clears jams quickly and easily.

A    B    C

| Features of Shredders on this Page<br>• Auto start/stop<br>• Auto stop anti-paper jammer<br>• Overload protection<br>• Manual reverse mode<br>• Wastebin included<br>• Bin-full indicator (except FEL-34125/34120) | 12-14 SHEETS<br>CONFETTI-CUT<br>Fellowes | 18-20 SHEETS<br>STRIP-CUT | 12-14 SHEETS<br>CONFETTI-CUT<br>Fellowes | 18-20 SHEETS<br>STRIP-CUT | 11-12 SHEETS<br>CONFETTI-CUT<br>GBC Shredmaster |
|---|---|---|---|---|---|
| No. | A. FEL-38225 | FEL-38221 | B. FEL-34125 | FEL-34120 | C. new! GBC-1758560 |
| Each | 899.00 | 799.00 | 699.00 | 579.00 | 639.90 |
| Model | C-220C | C-220 | C-120C | C-120 | RSX128 |
| Shreds |  |  |  | |  |
| Throat Width | 9¹/₂" | 9¹/₂" | 9¹/₂" | 9¹/₂" | 9¹/₂" |
| Single Sheet Speed (Ft./Min.) | 20 | 20 | 20 | 20 | 10 |
| Shred Size (Inches) | ¹/₃₂ x 1 | ¹/₃₂ | ¹/₃₂ x 1 | ¹/₃₂ | ¹/₄ x 1⁷/₄ |
| Max. Throughput (Sht. x Speed) | 280 | 400 | 280 | 400 | 120 |
| Shpg. Wt. | 72 lbs. | 67 lbs. | 64 lbs. | 60 lbs. | 53 lbs. |
| Wastebin Capacity | 15 gal. | | 13 gal. | | 8 gal. |
| Motor HP | ¹/₃ (C-220C), ¹/₂ (C-220) | | ⁵/₈ (C-120C), ¹/₂ (C-120) | | ¹/₃ |
| Recommended Shredder Users | Up to 5 | | Up to 5 | | Up to 3 |
| Color | Light Gray/Black | | Light Gray/Black | | Gray/Charcoal |
| Size (w x d x h) | 17¹/₂ x 14 x 29¹/₂ | | 9 x 18¹/₄ x 28¹/₄ | | 10⁵/₄ x 21⁷/₄ x 23 |
| Mfr. Warranty | 3 years, lifetime** | | 3 years, lifetime** | | 2, 20 years* |
| Recommended Shred Bags | UNV-35948 ⊙ | | UNV-35948 ⊙ | | UNV-35948 ⊙ |
| Carton | 37.79/Ctn 100 | | 37.79/Ctn 100 | | 37.79/Ctn 100 |
| Recommended Shred Bags | FEL-36054 | | FEL-36054 | | .... |
| Carton | 25.53/Ctn 50 | | 25.53/Ctn 50 | | .... |

  

*Limited two-year parts and labor, 20 years cutters
**Limited three-year parts and labor, lifetime cutters

see p

prices are subject to change without notice

**1420**

## Shredders

**S**











Stops shredding when paper entry is touched.



**SAFE SENSE**

**A**



**B**

Ultra-quiet operation.



**C**

Quiet operation.

| Features of Shredders on this Page<br>• Auto start/stop<br>• Auto stop anti-paper jammer<br>• Overload protection<br>• Manual reverse mode<br>• Wastebin included<br>• Bin-full indicator<br>(GBC-1756940 only) | 10 SHEETS<br>CONFETTI-CUT<br>GBC Shredmaster | 10 SHEETS<br>MICRO-CUT<br>Fellowes | 20 SHEETS<br>CONFETTI-CUT | 5 SHEETS<br>CONFETTI-CUT |
| --- | --- | --- | --- | --- |
| | | | AURORA | |
| **No.** | **A.** GBC-1756940 | **B.** FEL-3246001 | **C.** AUR-AS2000CD | AUR-AS1500CD |
| **Each** | 579.99 | 489.98 | 449.99 | 359.99 |
| **Model** | 960X | MS-460Cs | AS2000CD | AS1500CD |
| **Shreds** |   |  |  |   |
| **Throat Width** | 9¼" | 8¼" | 9" | 9" |
| **Single Sheet Speed (Ft./Min.)** | 10 | 10 | 11 | 12 |
| **Shred Size (Inches)** | ⅛ x 1⅛ | 5/64 x ½ | ⅛ x 17/32 | 5/32 x 1⅛/32 |
| **Max. Throughput (Sht. x Speed)** | 100 | 100 | 220 | 180 |
| **Shpg. Wt.** | 34 lbs. | 59 lbs. | 40 lbs. | 39 lbs. |
| **Wastebin Capacity** | 9 gal. | 6.4 gal. for paper waste + 1.0 gal. for CD and credit card waste | 9.25 gal. | 9.25 gal. |
| **Motor HP** | ½ | ½ | ⅓ (AS2000CD), ¼ (AS1500CD) | |
| **Recommended Shredder Users** | 2-7 | Up to 3 | Up to 5 | |
| **Color** | Black | Black/Silver | Black | |
| **Size (w x d x h)** | 13⅛ x 18 x 23⅜ | 15½ x 12⅛ x 26½ | 15 x 12⅞ x 25½ | |
| **Mfr. Warranty** | 2, 5 years** | 1, 7 years* | 1, 8 year‡ | |
| **Recommended Shred Bags** | UNV-35947 ⊙ | UNV-35947 ⊙ | No bag required | |
| **Carton** | 20.96/Ctn 100 | 20.96/Ctn 100 | .... | |
| **Recommended Shred Bags** | .... | .... | .... | |
| **Unit** | .... | .... | .... | |

*Limited one-year parts and labor, 7 years cutters
**Limited two-year parts and labor, 5 years cutters
‡Limited one-year machine, 8 years cutters

o change without notice    see page 2 for our symbol legend

**S**

Shredders



new!

new!

new!

new!

A

B

C

D

SAFE SENSE

SAFE SENSE

100% JAM PROOF

100% JAM PROOF

| Features of Shredders on this Page | 17 SHEETS CONFETTI-CUT Fellowes | 10 SHEETS MICRO-CUT UNIVERSAL | 15 SHEETS CONFETTI-CUT Fellowes | 15 SHEETS CONFETTI-CUT GBC Shredmaster | Features of this Page |
|---|---|---|---|---|---|
| • Auto start/stop<br>• Auto stop anti-paper jammer (UNV-38103 and GBC-1757290 only)<br>• Overload protection<br>• Manual reverse mode<br>• Wastebin included<br>• Bin-full indicator | | | | | • Auto start/<br>• Auto stop<br>• Overload p<br>• Manual rev<br>• Wastebin in<br>• Bin-full ind<br>FEL-324500 |
| No. | A. new! FEL-3229901 | B. new! UNV-38103 | C. new! FEL-3228901 | D. GBC-1757290 | No. |
| Each | 449.98 | 399.00 | 379.98 | 439.99 | Each |
| Model | SB-99Ci | 38103 | SB-89Ci | CC195 | Model |
| Shreds | | | | | Shreds |
| Throat Width | 9" | 9" | 9" | 9¼" | Throat Width |
| Single Sheet Speed (Ft./Min.) | 12 | 6 | 10 | 6 | Single Sheet |
| Shred Size (Inches) | ½ x 1½ | ¾₂ x ¹⁵/₁₆ | ½ x 1½ | ½ x 1⅝ | Shred Size (I |
| Max. Throughput (Sht. x Speed) | 204 | 60 | 150 | 90 | Max. Throug |
| Shpg. Wt. | 52 lbs. | 43 lbs. | 44 lbs. | 35 lbs. | Shpg. Wt. |
| Wastebin Capacity | 9 gal. | 10 gal. | 7 gal. | 8 gal. | Wastebin Ca |
| Motor HP | ½ | ½ | ⅓ | ⅓ | Motor HP |
| Recommended Shredder Users | 1-3 | Up to 10 | 1-3 | Up to 2 | Recommende |
| Color | Black/Gray | Black/Silver | Black/Gray | Gray | Color |
| Size (w x d x h) | 11⅜ x 17⅜ x 25⅜ | 15⅜ x 12½ x 25 | 17⅜ x 11⅜ x 23¼ | 9½ x 14 x 25½ | Size (w x d x |
| Mfr. Warranty | 2 years, lifetime* | 1 year** | 2 years, lifetime* | 2, 5 years' | Mfr. Warranty |
| Recommended Shred Bags | UNV-35947 ☺ | UNV-35948 ☺ | UNV-35945 ☺ | UNV-35948 ☺ | Recommende |
| Carton | 20.96/Ctn 100 | 37.79/Ctn 100 | 22.96/Ctn 100 | 37.79/Ctn 100 | Carton |
| Recommended Shred Bags | FEL-36053 | .... | FEL-36052 | .... | Recommende |
| Carton | 36.66/Ctn 100 | .... | 33.76/Ctn 50 | .... | Carton |

*Limited two-year parts and labor, lifetime cutters

**Limited one-year

'Limited two-year parts and labor, five years cutters

'Limited two-year pa
''Limited one-year pa
'Limited one-year pa

prices are subject to change without notice

see page 2 for ou



new!

Ultra-quiet operation.

new!

SAFE SENSE

SAFE SENSE

Medium

Medium

Heavy

(100% JAM PROOF)

A

B

C

D

| Features of Shredders on this Page<br>· Auto start/stop<br>· Auto stop anti-paper jammer<br>· Overload protection<br>· Manual reverse mode<br>· Wastebin included<br>· Bin-full indicator (except FEL-3245001) | 12 SHEETS<br>CONFETTI-CUT<br>Fellowes  | 7 SHEETS<br>MICRO-CUT<br>Fellowes  | 18 SHEETS<br>STRIP-CUT<br>Fellowes |
|---|---|---|---|
| No. | A. new! FEL-3227901 | B. FEL-3245001 | C. new! FEL-3219001 |
| Each | 299.98 | 319.98 | 311.80 |
| Model | PS-79Ci | MS-450Cs | SB-80 |
| Shreds | | | |
| Throat Width | 9" | 8½" | 9" |
| Single Sheet Speed (Ft./Min.) | 11 | 9 | 11 |
| Shred Size (Inches) | ½₂ x 1½₂ | ⅟₃₂ x ⅝ | ½₂ |
| Max. Throughput (Sht. x Speed) | 132 | 63 | 198 |
| Shpg. Wt. | 30 lbs. | 36 lbs. | 37 lbs. |
| Wastebin Capacity | 6 gal. | 4.5 gal. for paper waste & .78 gal. for CD/credit card waste | 7 gal. |
| Motor HP | ⅛ | Fractional | ½ |
| Recommended Shredder Users | 1 | 1 | Up to 3 |
| Color | Black/Silver | Black/Silver | Silver/Black |
| Size (w x d x h) | 15½ x 10¾ x 21⅞ | 13¾ x 10¾ x 22⅞ | 16½ x 11 x 23½ |
| Mfr. Warranty | 2 years, lifetime* | 1, 5 years** | 1, 7 years† |
| Recommended Shred Bags | UNV-35945 ⊙ | UNV-35945 ⊙ | UNV-35947 ⊙ |
| Carton | 22.96/Ctn 100 | 22.96/Ctn 100 | 20.96/Ctn 100 |
| Recommended Shred Bags | FEL-36052 | FEL-36052 | FEL-36052 |
| Carton | 33.76/Ctn 100 | 33.76/Ctn 100 | 33.76/Ctn 50 |

*Limited two-year parts and labor, lifetime cutters
**Limited one-year parts and labor, five years cutters
†Limited one-year parts and labor, seven years cutters

See page 2 for our symbol legend

1423

e without notice

# S Shredders



**A**

Separate slot shreds CDs and credit cards one at a time.



**B**



**C**



**D**

**Features of this Page**
· Auto start/s
· Auto stop a (UNV-38063
· Overload pr
· Manual reve
· Wastebin in
· Bin-full indic (UNV-38063

No.
Each
Model
Shreds

Throat Width
Single Sheet
Shred Size (In
Max. Through
Shpg. Wt.
Wastebin Cap
Motor HP
Recommended
Color
Size (w x d x h
Mfr. Warranty
Recommended
Carton
Recommended
Carton

*Limited two-year part
**Limited one-year part
*Limited one-year

see page 2 for our

| Features of Shredders on this Page<br>· Auto start/stop<br>· Auto stop anti-paper jammer<br>· Overload protection<br>· Manual reverse mode<br>· Wastebin included | 6 SHEETS<br>MICRO-CUT<br>**AURORA** | 14 SHEETS<br>STRIP-CUT<br>**Fellowes** | 25 SHEETS<br>STRIP-CUT<br>**UNIVERSAL.** | 10 SHEETS<br>CONFETTI-CUT<br>**AURORA** |
|---|---|---|---|---|
| No. | A. new! AUR-AS619MD | B. FEL-3217002 | C. new! UNV-38251 | D. AUR-AS1225CD |
| Each | 269.99 | 263.98 | 249.00 | 229.99 |
| Model | AS619MD | PS-70 | 38251 | AS1225CD |
| Shreds |  |  |  | |
| Throat Width | 8¼" | 9" | 8⅛" | 9" |
| Single Sheet Speed (Ft./Min.) | 7.2 | 11 | 7 | 8.2 |
| Shred Size (Inches) | ¹/₈ x ⁹/₁₆ | ⅛ | ¼ | ¹/₃₂ x 2³/₁₆ |
| Max. Throughput (Sht. x Speed) | 43 | 154 | 175 | 110 |
| Shpg. Wt. | 22 lbs. | 24 lbs. | 32 lbs. | 26 lbs. |
| Wastebin Capacity | 4.2 gal. | 7 gal. | 7.2 gal. | 6.6 gal. |
| Motor HP | ¼ | ⅓ | ½ | ¼ |
| Recommended Shredder Users | 1 | 1 | 5 | 1 |
| Color | Black | Silver/Black | Black/Silver | Black |
| Size (w x d x h) | 9¼ x 14 x 19¾ | 15 x 11¾ x 20¼ | 14¼ x 10¾ x 22¼ | 14¾ x 11¾ x 21¾ |
| Mfr. Warranty | 1, 5 years* | 1, 5 years** | 1 year* | 1, 5 years*** |
| Recommended Shred Bags | UNV-35948 ☺ | UNV-35945 ☺ | UNV-35945 ☺ | UNV-35947 ☺ |
| Carton | 37.79/Ctn 100 | 22.96/Ctn 100 | 22.96/Ctn 100 | 20.96/Ctn 100 |
| Recommended Shred Bags | · · · · | FEL-36052 | · · · · | · · · · |
| Carton | · · · · | 33.76/Ctn 100 | · · · · | · · · · |

     

*Limited one-year machine, five years cutters    *Limited one-year

**Limited one-year parts and labor, five years cutters

prices are subject to change without notice

Shredders **S**




**new!**



**A**



SAFE SENSE
TECHNOLOGY

Safe Sense™ technology
on PS-67Cs stops
shredding when paper
entry is touched.

**B**

**C**

| Features of Shredders on this Page | 10 SHEETS CONFETTI-CUT | 8 SHEETS CONFETTI-CUT | 12 SHEETS STRIP-CUT | 6 SHEETS MICRO-CUT |
|---|---|---|---|---|
| · Auto start/stop<br>· Auto stop anti-paper jammer (UNV-38063 only)<br>· Overload protection<br>· Manual reverse mode<br>· Wastebin included<br>· Bin-full indicator (UNV-38063 only) | GBC Shredmaster | Fellowes | | UNIVERSAL. |
| No. | A. GBC-1757280 | B. FEL-3216701 | FEL-3860104 | C. new! UNV-38063 |
| Each | 229.00 | 189.98 | 157.98 | 179.00 |
| Model | CC185 | PS-67Cs | PS-60 | 38063 |
| Shreds |  |  | |  |
| Throat Width | 9" | 9" | 9" | 8 1/2" |
| Single Sheet Speed (Ft./Min.) | 5 | 11 | 11 | 6 |
| Shred Size (inches) | 5/32 x 1 1/2 | 5/32 x 2 | 1/32 | 5/64 x 9/32 |
| Max. Throughput (Sht. x Speed) | 50 | 88 | 132 | 36 |
| Shpg. Wt. | 18 lbs. | 24 lbs. | 18 lbs. | 23 lbs. |
| Wastebin Capacity | 6.5 gal. | 6 gal. | | 4.2 gal. |
| Motor HP | 1/4 | 1/3 | | 2/3 |
| Recommended Shredder Users | 1 | 1 | | Up to 8 |
| Color | Metallic Gray | Light Gray/Black | | Black/Silver |
| Size (w x d x h) | 14 1/2 x 10 x 21 | 14 1/2 x 11 3/4 x 18 | | 13 1/2 x 9 1/4 x 18 1/2 |
| Mfr. Warranty | 2, 5 years* | 1, 5 years** | | 1 year* |
| Recommended Shred Bags | UNV-35947 ⊙ | UNV-35945 ⊙ | | UNV-35947 ⊙ |
| Carton | 20.96/Ctn 100 | 22.96/Ctn 100 | | 20.96/Ctn 100 |
| Recommended Shred Bags | .... | FEL-36052 | | .... |
| Carton | .... | 33.76/Ctn 100 | | .... |

*Limited two-year parts and labor, five years cutters
**Limited one-year parts and labor, five years cutters
†Limited one-year

see page 2 for our symbol legend

**1425**

# S Shredders



A

B

Safe Sense® technology so
P-57Cs–stops shredding when
paper entry is touched.

SAFE
SENSE

C

D

    

| Features of Shredders on this Page<br>• Auto start/stop<br>• Auto stop anti-paper jammer (UNV-38082 and FEL-3205702 only)<br>• Overload protection<br>• Manual reverse mode<br>• Wastebin included | 10 SHEETS<br>CONFETTI-CUT<br>AURORA | 8 SHEETS<br>CONFETTI-CUT<br>UNIVERSAL | 8 SHEETS<br>CONFETTI-CUT<br>GBC *Shredmaster* | 12 SHEETS<br>STRIP-CUT | 8 SHEETS<br>CONFETTI-CUT<br>Fellowes | 6 SHEETS<br>CONFETTI-CUT |
|---|---|---|---|---|---|---|
| No. | A. AUR-AS1018CD | B. NEW UNV-38082 | C. GBC-1757260 | GBC-1757250 | D. FEL-3205702 | FEL-3240005 |
| Each | 149.99 | 149.00 | 159.99 | 129.99 | 104.98 | 83.98 |
| Model | AS1018CD | 38082 | CCT75 | SC170 | P-57Cs | P-45C |
| Shreds |  | |  |  | |  |
| Throat Width | 9" | 9" | 8¼" | 8¼" | 9" | 9" |
| Single Sheet Speed (Ft./Min.) | 8.2 | 10 | 5 | 6 | 11 | 11 |
| Shred Size (Inches) | ⁵/₃₂ x ⁷/₃₂ | ⁵/₃₂ x ⅝ | ⁵/₃₂ x ⁷/₈ | ¼ | ⁵/₃₂ x 2 | ⁵/₃₂ x 2 |
| Max. Throughput (Sht. x Speed) | 82 | 80 | 40 | 72 | 88 | 66 |
| Shpg. Wt. | 17 lbs. | 19 lbs. | 14 lbs. | 14 lbs. | 17 lbs. | 13 lbs. |
| Wastebin Capacity | 5.3 gal. | 3.16 gal. | 5.5 gal. | 5 gal. | 3.7 gal. | |
| Motor HP | ¼ | ¼ | | ⅓ (CCT75), ⅓ (SCT70) | Fractional | |
| Recommended Shredder Users | Up to 2 | Up to 3 | Up to 2 | | 1 | |
| Color | Black | Black/Silver | Metalic Gray | | Black | |
| Size (w x d x h) | 14 x 9½ x 16½ | 14¾ x 7½ x 14 | 14 x 9.5 x 19.5 | | P-57Cs: 15 x 11 x 16/P-45C: 14¼ x 9½ x 14¼ | |
| Mfr. Warranty | 1, 5 years* | 1 year** | 2, 5 years** | | 1, 3 years† | |
| Recommended Shred Bags | No bag required | UNV-35947 ⊙ | UNV-35947 ⊙ | | UNV-35945 ⊙ | |
| Carton | .... | 20.96/Ctn 100 | 20.96/Ctn 100 | | 22.96/Ctn 100 | |
| Recommended Shred Bags | .... | .... | .... | | FEL-36052 | |
| Carton | .... | .... | .... | | 33.76/Ctn 100 | |

*Limited one-year machine, five years cutters  **Limited two-year parts and labor, five years cutters  †Limited one-year parts and labor, three years cutters  ‡Limited one-year

1426

prices are subject to change without notice

see page 2 for



| Features of Shredders on this Page<br>• Auto start/stop<br>• Auto stop anti-paper jammer<br>(UNV-38102 only)<br>• Overload protection<br>• Manual reverse mode<br>• Wastebin included | 10<br>SHEETS*<br>CONFETTI-CUT<br>**UNIVERSAL** | 8<br>SHEETS<br>CONFETTI-CUT<br>**AURORA** | 6<br>SHEETS<br>CONFETTI-CUT<br>**AURORA** |
|---|---|---|---|
| No. | A. new! UNV-38102 | B. new! AUR-AS890CM | C. new! AUR-AS662C |
| Each | 99.99 | 99.99 | 89.99 |
| Model | 38102 | AS890CM | AS662C |
| Shreds | | | |
| Throat Width | 6" | 8.7" | 8.7" |
| Single Sheet Speed (Ft./Min.) | 7.5 | 8.4 | 8.4 |
| Shred Size (Inches) | 5/32 x 13/4 | 1/32 x 19/32 | 1/8 x 19/32 |
| Max. Throughput (Sht. x Speed) | 75 | 67 | 50 |
| Shpg. Wt. | 15 lbs. | 10 lbs. | 10 lbs. |
| Wastebin Capacity | 1.3 gal. | 3.8 gal. | 4 gal. |
| Motor HP | 1/3 | 1/8 | 1/8 |
| Recommended Shredder Users | 1 | 1 | 1 |
| Color | Black/Silver | Black | Black |
| Size (w x d x h) | 10¼ x 7½ x 11½ | 12 x 6¼ x 15¼ | 12½ x 7¼ x 15 |
| Mfr. Warranty | 1 year** | 1, 3 years¹ | 1,3 years¹ |
| Recommended Shred Bags | UNV-35947 | UNV-35947 | UNV-35947 |
| Carton | 20.96/Ctn 100 | 20.96/Ctn 100 | 20.96/Ctn 100 |

*Accommodates 10 folded sheets of letter size paper; 20 sheets A5 paper
**Limited one-year
¹Limited one-year machine, three years cutters

see page 2 for our symbol legend

# S
## Shredders



A

B

C

D

| Features of Shredders on this Page<br>· Auto start/stop<br>· Auto stop anti-paper jammer (UNV-38182 and UNV-38161 only)<br>· Overload protection<br>· Manual reverse<br>· Wastebin included (except UNV-38161) | 6 SHEETS<br>CONFETTI-CUT<br>Fellowes | 8 SHEETS<br>CONFETTI-CUT<br>UNIVERSAL | 6 SHEETS<br>STRIP-CUT<br>AURORA | 6 SHEETS<br>STRIP-CUT<br>UNIVERSAL |
|---|---|---|---|---|
| | A. new! FEL-3240004 | B. new! UNV-38182 | C. new! AUR-AS600SB | D. new! UNV-38161 |
| No. | | | | |
| Each | 79.95 | 69.99 | 49.99 | 34.99 |
| Model | P-45C | 38182 | AS600SB | 38161 |
| Shreds | | | | |
| Throat Width | 9" | 8⅛" | 8⅛" | 8⅛" |
| Single Sheet Speed (Ft./Min.) | 11 | 15 | 9.7 | 20 |
| Shred Size (Inches) | ⅟₃₂ x 2 | ⅟₃₂ x 1⁹/₃₂ | ⅟₃₂ | ⅟₃₂ |
| Max. Throughput (Sht. x Speed) | 66 | 120 | 58 | 120 |
| Shpg. Wt. | 11 lbs. | 11 lbs. | 6 lbs. | 9 lbs. |
| Wastebin Capacity | 3.7 gal. | 5.5 gal. | 2.8 gal. | . . . . |
| Motor HP | Fractional | ¼ | ⅛ | ⅓ |
| Recommended Shredder Users | 1 | Up to 3 | 1 | 1 |
| Color | Black | Black/Silver | Black | Black |
| Size (w x d x h) | 14¼ x 9¹/₂ x 14²/₄ | 12¹/₄ x 8¹/₃ x 16¹/₃ | 12¼ x 5⁷/₃ x 14²/₃ | 12⅕ x 4⅗ x 2⅗ with adjustable arm for 13" to 16" wide baskets |
| Mfr. Warranty | 1, 3 years* | 1 year** | 1, 3 years† | 1 year** |
| Recommended Shred Bags | UNV-35947 ⊙ | UNV-35947 ⊙ | UNV-35947 ⊙ | . . . . |
| Carton | 20.96/Ctn 100 | 20.96/Ctn 100 | 20.96/Ctn 100 | . . . . |
| Recommended Shred Bags | FEL-36052 | . . . . | . . . . | . . . . |
| Carton | 33.76/Ctn 100 | . . . . | . . . . | . . . . |

*Limited one-year parts and labor, three years cutters
**Limited one-year
†Limited one-year machine, three years cutters

L-Fr

**deflec**

**A. Classic**
Saves valuable
holders have p
easy. Clear.

No.
DEF-68201
DEF-68301
DEF-68001

**B. Stand-i**
**Sign Holde**
Freestanding b:
needed. Durabl

No.
Classic Image
DEF-69001
DEF-69101
DEF-69201
**Superior Imag**
three sides to p
DEF-590801

**C. Slanted**
For use on desk

No.
Classic Image
DEF-69701
DEF-66701
**Superior Imag**
three sides.
DEF-590401
DEF-590101

**D. Classic**
**Sign Hold**
Stands alone a
assembly. Tran
unobstructed v
DEF-60101

see page 2 for

prices are subject to change without notice