## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Fellowes, Inc.
                                Plaintiff,

v.                                                    Case No.: 1:07−cv−07237
                                                        Honorable Charles P. Kocoras

Aurora Corporation of America, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 5, 2008:

      MINUTE entry before Judge Charles P. Kocoras :Status and motion hearing held on 2/5/2008. Defendant Aurora Corp. of America is given to 2/8/2008 to file reply in support of its motion [14] to dismiss, transfer, or stay this lawsuit. Status and defendant's motion [14] to dismiss, transfer, or to stay this lawsuit are entered and continued to 3/6/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.