

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FELLOWES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AURORA CORP. OF AMERICA, <br><br> and, <br><br> AURORA OFFICE EQUIPMENT, LTD. <br><br> Defendants. | Civil Action No.: 07 C 7237 <br><br> Judge: Charles P. Kocoras <br> Magistrate Judge: Arlander Keys |

**NOTICE OF CHANGE OF FIRM NAME**

F I L E D

MAR 3 2008 *PH*
Mar 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

TO:  See attached Certificate of Service

PLEASE TAKE NOTICE THAT the law firm of Wang, Hartmann & Gibbs, P.C. has changed its name to Wang, Hartmann, Gibbs & Cauley, P.C. The address and telephone numbers remain the same – 1301 Dove Street, Suite 1050, Newport Beach, California, 92660; telephone 949-833-8483; fax 949-833-2281.

|  |  |
|---|---|
| Date: March 3, 2008 | Respectfully Submitted,<br><br>*[signature]*<br>Richard F. Cauley (SBN: 109194)<br>rcauley@whglawfirm.com<br>Franklin E. Gibbs (SBN: 189015)<br>fgibbs@whglawfirm.com<br>Regis A. Guerin (SBN 215170)<br>rguerin@whglawfirm.com<br>Erick P. Wolf (SBN: 224906)<br>ewolf@whglawfirm.com<br>**WANG, HARTMANN & GIBBS, P.C.**<br>A Professional Law Corporation<br>1301 Dove Street, Suite 1050<br>Newport Beach, CA 92660<br>Telephone: (949) 833-8483<br>Facsimile: (949) 833-2281<br>AURORA CORP. OF AMERICA<br><br>Karl R. Fink<br>krfink@fitcheven.com<br>Nicholas T. Peters<br>ntpete@fitcheven.com<br>**FITCH, EVEN, TABIN & FLANNERY**<br>120 South LaSalle Street, Suite 1600<br>Chicago, Illinois 60603<br>Telephone: (312) 577-7000<br>Facsimile: (312) 577-7007<br><br>*Counsel for Defendant,*<br>AURORA CORP. OF AMERICA |

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2008, a copy of the foregoing NOTICE OF CHANGE OF FIRM NAME was filed. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

***Parties receiving service by first class mail are as follows:***
Peter J. Shakula – pshakula@woodphillips.com
Attorney of WOOD, PHILLIPS, KATZ, CLARK & MORTIMER
500 West Madison Street
Suite 3800
Chicago, IL 60661-2562

William Atkins, Esq.
Benjamin L. Kiersz, Esq.
Christopher Dorsey, Esq.
Attorney of PILLSBURY WINTHROP SHAW PITTMAN, LLP
1650 Tysons Boulevard
14th Floor
McLean, VA 22102-4859
Fax: 1.703.770.7901
(COUNSEL FOR PLAINTIFF, FELLOWES, INC.)


Date:   March 3, 2008

One of the Attorneys for Defendant,
AURORA CORP. OF AMERICA