UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Fellowes, Inc.
                              Plaintiff,

v.                                          Case No.: 1:07−cv−07237
                                            Honorable Charles P. Kocoras

Aurora Corporation of America, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 6, 2008:

    MINUTE entry before Judge Charles P. Kocoras :Status hearing held on 3/6/2008. Defendant Aurora Corporation of America withdraws its motion [14] to dismiss, transfer, or stay this lawsuit. Plaintiff is given leave to file an amended complaint. Defendant is given 14 days after the filing of said amended complaint to answer or otherwise plead. Parties' briefs, as discussed in open court, to be filed as least 2 weeks prior to the next status hearing. Status hearing set for 9/4/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.