**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FELLOWES, INC.,  )<br>  )<br>     Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>AURORA CORPORATION OF AMERICA,  )<br>  )<br>  and,  )<br>  )<br>AURORA OFFICE EQUIPMENT, LTD.  )<br>  )<br>     Defendants.  )<br>  ) | Case No.: 07 C 7237<br><br>District Judge: Korcoras<br><br>Magistrate Judge: Keys<br><br><br><br>**JURY TRIAL REQUESTED** |

**LIST OF EXHIBITS**

| LETTER | DESCRIPTION |
|---|---|
| A | U.S. Patent No. 7,311,276 |
| B | U.S. Patent No. 7,040,559 |
| C | U.S. Patent No. 7,344,096 |
| D | Instruction manual for the AS1019CS Shredder |
| E | Letter from Fellowes' counsel to Aurora America |
| F | U.S. Patent Publication No. 2006-0157601 A1 |
| G | Letter from Fellowes' counsel to Aurora America's counsel, Donn Harms, Esq. |
| H | U.S. Patent Publication No. 2006-0054724 A1 |