# EXHIBIT C

US007344096B2

(12) **United States Patent**
Matlin et al.

(10) Patent No.: **US 7,344,096 B2**
(45) Date of Patent: *Mar. 18, 2008

(54) **SHREDDER WITH LOCK FOR ON/OFF SWITCH**

(75) Inventors: **Taihoon K Matlin**, Round Lake Beach, IL (US); **David G. Hartnett**, Carol Stream, IL (US)

(73) Assignee: **Fellowes Inc.**, Itasca, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 262 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/345,337**

(22) Filed: **Feb. 2, 2006**

(65) **Prior Publication Data**

US 2006/0157601 A1    Jul. 20, 2006

**Related U.S. Application Data**

(63) Continuation of application No. 10/815,761, filed on Apr. 2, 2004, now Pat. No. 7,040,559.

(51) **Int. Cl.**
*B02C 25/00*    (2006.01)
(52) **U.S. Cl.** ...................... **241/36**; 241/37.5; 241/100; 241/101.3
(58) **Field of Classification Search** ................. 241/36, 241/37.5, 100, 101.3
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,525,590 A | 2/1925 | Perrault |
| 1,825,223 A | 9/1931 | Deck |
| 2,686,466 A | 8/1954 | Lee |
| 3,312,794 A | 4/1967 | Hollyday |
| 3,619,537 A | 11/1971 | Nara et al. |
| 3,724,766 A | 4/1973 | Bosland |
| 3,764,819 A | 10/1973 | Muller |
| 3,829,850 A | 8/1974 | Guetersloh |
| 3,860,180 A | 1/1975 | Goldhammer |
| 3,869,238 A | 3/1975 | Racca |
| 3,947,734 A | 3/1976 | Fyler |
| 3,991,944 A | 11/1976 | Baikoff |
| 4,018,392 A | 4/1977 | Wagner |
| 4,044,532 A | 8/1977 | Lessig, III |
| 4,068,805 A | 1/1978 | Oswald |
| 4,082,232 A | 4/1978 | Brewer |
| 4,124,169 A | 11/1978 | Hatanaka |
| 4,125,228 A | 11/1978 | Brewer |

(Continued)

FOREIGN PATENT DOCUMENTS

| CN | 99208833 | 1/2000 |
|---|---|---|

(Continued)

OTHER PUBLICATIONS

German Patent and Trademark office, Request for Examination in '780 German Patent application, translation 3 pages, plus two cited references cited in Office Action, translations provided where available, 2005.

(Continued)

*Primary Examiner*—Mark Rosenbaum
(74) *Attorney, Agent, or Firm*—Pillsbury Winthrop Shaw Pittman LLP

(57) **ABSTRACT**

The present application discloses a shredder with a switch lock that locks the on/off switch in its on/off position.

**75 Claims, 14 Drawing Sheets**



## US 7,344,096 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,172,400 A | 10/1979 | Brierley | |
| 4,187,420 A | 2/1980 | Piber | |
| 4,192,467 A | 3/1980 | Hatanaka | |
| 4,194,698 A | 3/1980 | Kosmowski | |
| 4,352,980 A | 10/1982 | Hibari | |
| 4,420,863 A | 12/1983 | Trimmer et al. | |
| 4,471,915 A | 9/1984 | Levin et al. | |
| 4,562,971 A | 1/1986 | Schwelling | |
| 4,673,136 A | 6/1987 | Bianco et al. | |
| 4,683,381 A | 7/1987 | Dufoug | |
| 4,693,428 A | 9/1987 | Raterman et al. | |
| 4,713,509 A | 12/1987 | Chebowski | |
| 4,767,895 A | 8/1988 | Parrish | |
| 4,784,601 A | 11/1988 | Nitta | |
| 4,784,602 A | 11/1988 | Nitta | |
| 4,817,877 A | 4/1989 | Itoh et al. | |
| 4,821,967 A | 4/1989 | Moriyama | |
| 4,839,533 A | 6/1989 | Aga | |
| 4,842,205 A | 6/1989 | Araki et al. | |
| 4,859,172 A | 8/1989 | Nitta | |
| 4,882,458 A | 11/1989 | Berg et al. | |
| 4,910,365 A | 3/1990 | Kuo | |
| 4,944,462 A | 7/1990 | Raterman et al. | |
| 4,957,243 A | 9/1990 | Kanagaki et al. | |
| 5,035,366 A | 7/1991 | Hashimoto et al. | |
| 5,044,270 A | 9/1991 | Schwelling | |
| 5,045,648 A | 9/1991 | Fogleman, Sr. | |
| 5,065,947 A | 11/1991 | Farnsworth | |
| 5,081,406 A | 1/1992 | Hughes et al. | |
| 5,100,067 A | 3/1992 | Konig et al. | |
| 5,135,178 A | 8/1992 | Strohmeyer | |
| 5,166,406 A | 11/1992 | Vranish | |
| 5,166,679 A | 11/1992 | Vranish et al. | |
| 5,171,143 A | 12/1992 | Sohn | |
| 5,186,398 A | 2/1993 | Vigneau, Jr. | |
| 5,207,392 A | 5/1993 | Stangenberg et al. | |
| 5,268,553 A | 12/1993 | Shimoji | |
| 5,275,342 A | 1/1994 | Galanty | |
| 5,279,467 A | 1/1994 | Lydy | |
| 5,295,633 A | 3/1994 | Kimbro et al. | |
| 5,345,138 A | 9/1994 | Mukaidono et al. | |
| 5,356,286 A | 10/1994 | Sher | |
| 5,397,890 A | 3/1995 | Schueler et al. | |
| 5,407,346 A | 4/1995 | Sher | |
| 5,421,720 A | 6/1995 | Sher | |
| 5,432,308 A | 7/1995 | Howie, Jr. | |
| 5,460,516 A | 10/1995 | Sher | |
| 5,494,229 A | 2/1996 | Rokos et al. | |
| 5,568,895 A | 10/1996 | Webb et al. | |
| 5,607,295 A | 3/1997 | Khemarangsan | |
| 5,636,801 A | 6/1997 | Kroger | |
| 5,655,725 A | 8/1997 | Kroger | |
| 5,676,321 A | 10/1997 | Kroger | |
| 5,680,999 A | 10/1997 | Wada | |
| 5,704,776 A | 1/1998 | Sher | |
| 5,724,737 A | 3/1998 | Stones | |
| D393,607 S | 4/1998 | Dandurand | |
| 5,775,605 A | 7/1998 | Tsai | |
| 5,788,476 A | 8/1998 | Sher | |
| 5,829,697 A | 11/1998 | Kroger | |
| 5,829,963 A | 11/1998 | Ichikawa | |
| 5,850,342 A | 12/1998 | Nakamura et al. | |
| 5,868,242 A | 2/1999 | Hall et al. | |
| 5,884,855 A | 3/1999 | Chang | |
| RE36,250 E | 7/1999 | Hess | |
| D412,716 S | 8/1999 | Kroger | |
| 5,942,975 A | 8/1999 | Sorenson | |
| 5,988,542 A | 11/1999 | Henreckson et al. | |
| 6,055,394 A | 4/2000 | Suda et al. | |
| 6,065,696 A | 5/2000 | Tsai | |
| 6,079,645 A | 6/2000 | Henreckson et al. | |
| 6,082,644 A | 7/2000 | Turner | |
| 6,089,482 A | 7/2000 | Chang | |
| 6,116,528 A | 9/2000 | Schwelling | |
| 6,247,828 B1 | 6/2001 | Herst | |
| D444,809 S | 7/2001 | Chang | |
| 6,260,780 B1 | 7/2001 | Kroger et al. | |
| 6,265,682 B1 | 7/2001 | Lee | |
| 6,274,828 B1 | 8/2001 | Chu | |
| 6,308,904 B1 | 10/2001 | Chang | |
| 6,325,309 B1 | 12/2001 | Chang | |
| 6,376,939 B1 | 4/2002 | Suzuki et al. | |
| 6,392,170 B1 | 5/2002 | Wechsler | |
| 6,418,004 B1 | 7/2002 | Mather et al. | |
| 6,550,701 B1 | 4/2003 | Chang | |
| 6,575,285 B2 | 6/2003 | Jong | |
| 6,595,444 B2 | 7/2003 | Schwelling | |
| D481,416 S | 10/2003 | Chang | |
| 6,655,943 B1 | 12/2003 | Peterson et al. | |
| 6,676,050 B2 | 1/2004 | Chang | |
| 6,676,460 B1 | 1/2004 | Motsenbocker | |
| 6,724,324 B1 | 4/2004 | Lambert | |
| D494,607 S | 8/2004 | Hunag | |
| 6,775,018 B1 | 8/2004 | Taniguchi | |
| 6,779,747 B2 | 8/2004 | McLean et al. | |
| D502,713 S | 3/2005 | Hunag | |
| D502,714 S | 3/2005 | Hunag | |
| 6,962,301 B1 | 11/2005 | Chang | |
| 6,966,513 B2 | 11/2005 | Chang | |
| 6,976,648 B2 | 12/2005 | Chang | |
| 6,979,813 B2 | 12/2005 | Avril | |
| 6,981,667 B2 | 1/2006 | Hunag | |
| 7,040,559 B2 | 5/2006 | Matlin et al. | |
| 7,044,410 B2 | 5/2006 | Hunag | |
| 7,048,218 B2 | 5/2006 | Hunag | |
| 7,150,422 B2 | 12/2006 | Wang | |
| 2004/0008122 A1 | 1/2004 | Michael | |
| 2004/0194594 A1 | 10/2004 | Dils et al. | |
| 2004/0226800 A1 | 11/2004 | Pierga et al. | |
| 2005/0132859 A1 | 6/2005 | Huang | |
| 2005/0157203 A1 | 7/2005 | Nakakuki et al. | |
| 2005/0166736 A1 | 8/2005 | Gass et al. | |
| 2005/0218250 A1 | 10/2005 | Matlin et al. | |
| 2005/0274834 A1 | 12/2005 | Huang | |
| 2005/0274836 A1 | 12/2005 | Chang | |
| 2006/0091247 A1 | 5/2006 | Matlin | |
| 2006/0157600 A1 | 7/2006 | Wang | |
| 2006/0169619 A1 | 8/2006 | Wang | |
| 2006/0249609 A1 | 11/2006 | Huang | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 99213588.5 | 6/2000 |
| DE | 222515 | 5/1910 |
| DE | 32 08 676 | 10/1982 |
| DE | 32 47 299 | 7/1984 |
| DE | 33 13 232 | 10/1984 |
| DE | 35 40 896 | 5/1987 |
| DE | 78 18 838 | 6/1987 |
| DE | 37 33 413 | 4/1988 |
| DE | 86 19 856.4 | 10/1988 |
| DE | 40 14 669 | 11/1991 |
| DE | 41 21 330 | 1/1993 |
| DE | 195 19 858 | 12/1996 |
| DE | 199 60 267 | 7/2000 |
| EP | 0 511 535 | 4/1992 |
| EP | 0 736 886 | 3/1996 |
| EP | 1 195 202 | 9/2001 |
| EP | 1 069 954 | 9/2002 |
| GB | 761607 | 6/1954 |
| GB | 2096919 | 10/1982 |
| GB | 2203063 | 10/1988 |
| GB | 2234690 | 2/1991 |
| JP | 52-11691 | 1/1977 |

## US 7,344,096 B2
Page 3

| | | |
|---|---|---|
| JP | 57-76734 | 5/1982 |
| JP | 04-157093 | 5/1992 |
| JP | 04-180852 | 6/1992 |
| JP | 4-110143 | 9/1992 |
| JP | 5-68906 | 3/1993 |
| JP | 5-123593 | 5/1993 |
| JP | 7-136539 | 5/1995 |
| JP | 7-155629 | 6/1995 |
| JP | 7-328469 | 12/1995 |
| JP | 6-137104 | 1/1996 |
| JP | 8-1026 | 1/1996 |
| JP | 9-262491 | 10/1997 |
| JP | 10-34003 | 2/1998 |
| JP | 11-216383 | 8/1999 |
| JP | 2000-0346288 | 12/2000 |
| JP | 2004-321993 | 11/2004 |
| TW | 306323 | 10/1985 |
| TW | 00139305 | 8/1990 |
| TW | 282696 | 8/1996 |
| TW | 84317868A01 | 5/1997 |
| WO | 98/48937 | 11/1998 |
| WO | 99/52638 | 10/1999 |

| | | |
|---|---|---|
| WO | 02/060588 | 8/2002 |
| WO | 2005/070553 | 8/2005 |

### OTHER PUBLICATIONS

International Search Report for PCT/US2005/011312, Jul. 26, 2005,11 pages.

Dun and Bradstreet Comprehensive Report on Fellowes, Inc., Jan. 16, 2007, 21 pages.

Model 20-S Paper Shredder by Industrial paper Shredders, Inc., brochure, 2 pages.

Models 16 and 16-B Paper Shredders, Inc., brochure, 2 pages.

Providing Shredding Solutions Since 1854, IPS Paper Shredders, brochure, 8 pages.

Model 60S Paper Shredder, Industrial Paper Shredders, Inc., brochure, 1 page.

Hoovers Custom Report Builder Fellowes, Inc., 13 pages.

Paper Monster Junior Product Brochure, 4 pages.

Paper Monster Junior Data Shredder, Product brochure, 13 pages.

Royal Paper Shredder, Operational Manual for ORCA Micro, 2 pages.

Olivetti Paper Shredder, Operation Manual for Micro, 4 pages.



FIG. 1



FIG. 1A



FIG. 2



FIG. 3



FIG 4A

FIG. 4B



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11A



FIG. 11B



FIG. 12A



FIG. 12B



FIG. 13

US 7,344,096 B2

**1**

# SHREDDER WITH LOCK FOR ON/OFF SWITCH

## CROSS REFERENCE TO RELATED APPLICATION

This application is a Continuation of U.S. application Ser. No. 10/815,761, filed Apr. 2, 2004 now U.S. Pat. No. 7,040,559, the entire contents of which are incorporated herein by reference.

## FIELD OF THE INVENTION

The present invention relates to shredders for destroying articles, such as documents, CDs, floppy disks, etc.

## BACKGROUND OF THE INVENTION

Shredders are well known devices used for shredding items, such as documents, CDs, floppy disks, etc. With identity theft, there has been an increased consumer aware-ness of the desirability of shredding documents containing sensitive personal information, such as credit card bills, tax documents bearing a person's Social Security number etc.

Shredders contain a series of cutting elements for shred-ding articles fed therein. Generally, it is desirable to prevent the inadvertent actuation of the motor driving the cutter elements. To this end, the present invention endeavors to provide a construction that has a reduced chance of being inadvertently actuated.

## SUMMARY OF THE INVENTION

One aspect of the present invention provides a shredder with a switch lock that locks the on/off switch in its off position. Specifically, the shredder comprises a shredder mechanism including an electrically powered motor and cutter elements. The shredder mechanism enables articles to be shredded to be fed into the cutter elements. The motor is operable to drive the cutter elements so that the cutter elements shred the articles therein. The on/off switch is electrically coupled to the motor of the shredder mechanism. The switch includes a manually engageable portion manu-ally movable by a user's hand between at least (a) an on position wherein the switch enables delivery of electric power to the motor, and (b) an off position disabling the delivery of electric power to the motor. The switch lock is movable between (a) a locking position wherein the switch is locked in the off position, and (b) a releasing position wherein the switch is released for movement from the off position.

Other objects, features, and advantages will become appreciated from the following detailed description, the accompanying drawings, and the appended claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a shredder seated atop a container with a switch lock thereof in a locking position;

FIG. 1A is a perspective exploded view of the shredder of FIG. 1;

FIG. 2 is a perspective view of the shredder of Figure without the container and with the switch lock in the releasing position thereof;

FIG. 3 is a top plan view of the shredder of FIG. 1 without the container and with the switch lock in the locking position;

**2**

FIG. 4A is a top plan view showing the switch lock, an on/off switch of the shredder in isolation from the remainder of the shredder with the switch lock in the locking position;

FIG. 4B is a view similar to FIG. 4A, but with the switch lock in the releasing position;

FIG. 5 is a bottom perspective view of the shredder of FIG. 1 with the shredder unit mechanism removed and the switch lock in the releasing position;

FIG. 6 is a view similar to FIG. 5 with the switch lock in the locking position;

FIG. 7 is a perspective view of an alternative embodiment of a shredder with the container omitted, wherein the switch lock and throat cover move together, with the switch lock in the releasing position and the throat cover in the open position;

FIG. 8 is a perspective view similar to FIG. 7, but with the switch lock in the locking position and the throat cover in the closed position;

FIG. 9 is a top plan view of the shredder of FIG. 7 with the switch lock in the releasing position and the throat cover in the open position;

FIG. 10 is a top plan view similar to FIG. 9, but with the switch lock in the locking position and the throat cover in the closed position;

FIG. 11A is a vertical cross-section taken through the front to back centerline of the shredder of FIG. 7 with the shredder mechanism removed and with the switch lock in the locking position and the throat cover in the closed position;

FIG. 11B is a view similar to FIG. 11A, but with the switch lock in the releasing position and the throat cover in the open position;

FIG. 12A is a top plan view showing the switch lock, the on/off switch of the shredder, a switch lock indicator and an indicator window of the shredder housing in isolation from the remainder of the shredder with the switch lock in the locking position;

FIG. 12B is a view similar to FIG. 12A, but with the switch lock in the releasing position; and

FIG. 13 is a perspective view of a shaft with a plurality of cutter elements.

## DETAILED DESCRIPTION OF THE ILLUSTRATED EMBODIMENT(S) OF THE INVENTION

FIGS. 1-6 illustrate an embodiment of a shredder con-structed in accordance with one embodiment of the present invention. The shredder is generally indicated at **10**. The shredder **10** sits atop a waste container, generally indicated at **12**. The shredder **10** illustrated is designed specifically for use with the container **12**, as the shredder housing **14** sits on the upper periphery of the waste container **12** is a nested relation. However, the shredder **10** may be of the type provided with an adaptable mount for attachment to a wide variety of containers. Generally speaking, the shredder **10** may have any suitable construction or configuration and the illustrated embodiment is not intended to be limiting in any way.

The shredder **10** includes a shredder mechanism **16** including an electrically powered motor **18** and a plurality of cutter elements **20**. The cutter elements **20** are mounted on a pair of parallel rotating shafts **22** in any suitable manner, and an example of a shaft **22** with cutter elements **20** is illustrated in FIG. **13**. The motor **18** operates using electrical power to rotatably drive the shafts **22** and the cutter elements **20** through a conventional transmission **23** so that the cutter

US 7,344,096 B2

3

elements 20 shred articles fed therein. The shredder mechanism 16 also may include a sub-frame 21 for mounting the shafts 22, the motor 18, and the transmission 23. The operation and construction of such a shredder mechanism 16 are well known and need not be described herein in detail. Generally, any suitable shredder mechanism 16 known in the art or developed hereafter may be used.

The shredder 10 also includes the shredder housing 14, mentioned above. The shredder housing 14 includes top wall 24 that sits atop the container 12. The top wall 14 is molded from plastic and has an opening 26 near the front thereof, which is formed in part by a downwardly depending generally U-shaped member 28. The opening 26 allows waste to be discarded into the container 12 without being passed through the shredder mechanism 16, and the member 28 may act as a handle for carrying the shredder 10 separate from the container 12. As an optional feature, this opening 26 may be provided with a lid, such as a pivoting lid, that opens and closes the opening 26. However, this opening in general is optional and may be omitted entirely. Moreover, the shredder housing 14 and its top wall 24 may have any suitable construction or configuration.

The shredder housing 14 also includes a bottom receptacle 30 having a bottom wall, four side walls, and an open top. The shredder mechanism 16 is received therein, and the receptacle 30 is affixed to the underside of the top wall 24 by fasteners 32 inserted through bores in posts 34 on the receptacle 30 and engaged with corresponding bores in posts 35 (see FIGS. 5 and 6). The receptacle 30 has a downwardly facing opening 31 for permitting shredded articles to be discharged from the shredder mechanism 16 into the container 12.

The top wall 24 has a generally laterally extending opening 36 extending generally parallel and above the cutter elements 20. The opening 36, often referred to as a throat, enables the articles being shredded to be fed into the cutter elements 20. As can be appreciated, the opening 36 is relatively narrow, which is desirable for preventing overly thick items, such as large stacks of documents, from being fed into cutter elements 20, which could lead to jamming. The opening 36 may have any configuration.

The top wall 24 also has a switch recess 38 with an opening 40 therethrough. An on/off switch 42 includes a switch module 44 (FIGS. 4A-6) mounted to the top wall 24 underneath the recess 38 by fasteners 45, and a manually engageable portion 46 that moves laterally within the recess 38. The switch module 44 has a movable element 48 that connects to the manually engageable portion 46 through the opening 40. This enables movement of the manually engageable portion 46 to move the switch module between its states.

In the illustrated embodiment, the switch module 44 connects the motor 18 to the power supply (not shown). Typically, the power supply will be a standard power cord 47 with a plug 49 on its end that plugs into a standard AC outlet, but any suitable manner of power delivery may be used. The switch 42 is movable between an on position and an off position by moving the portion 46 laterally within the recess 38. In the on position, contacts in the switch module 44 are closed by movement of the manually engageable portion 46 and the movable element 48 to enable a delivery of electrical power to the motor 18. In the off position, contacts in the switch module 44 are opened to disable the delivery of electric power to the motor 18.

As an option, the switch 42 may also have a reverse position wherein contacts are closed to enable delivery of electrical power to operate the motor 18 in a reverse manner.

4

This would be done by using a reversible motor and applying a current that is of a reverse polarity relative to the on position. The capability to operate the motor 18 in a reversing manner is desirable to move the cutter elements 20 in a reversing direction for clearing jams. In the illustrated embodiment, in the off position the manually engageable portion 46 and the movable element 48 would be located generally in the center of the recess 38, and the on and reverse positions would be on opposing lateral sides of the off position.

Generally, the construction and operation of the switch 42 for controlling the motor 42 are well known and any construction for such a switch 42 may be used.

The top cover 24 also includes another recess 50 associated with a switch lock 52. The switch lock 52 includes a manually engageable portion 54 that is movable by a user's hand and a locking portion 56 (FIGS. 4A-6). The manually engageable portion 54 is seated in the recess 50 and the locking portion 56 is located beneath the top wall 24. The locking portion 56 is illustrated as being integrally formed as a plastic piece with the manually engageable portion 54 and extends beneath the top wall 24 via an opening 58 formed in the recess 50.

The recess 50 also has a pair of slots 60 on the opposing lateral sides thereof. The manually engageable portion 54 has resilient catch members 62 with flared ends that are inserted into these slots 60 so as to securely mount the switch lock 52 for sliding movement within the recess 50.

The switch module 44 is mounted so as to define a small space between it and the underside of the top wall 24. The movable element 48 of the switch 42 extends through this space. The locking portion 56 of the switch lock 52 has a switch receiving recess 64 with a pair of angled camming surfaces 66, 68 on opposing sides thereof. This construction causes the switch 42 to move from either its on position or reverse position to its off position as the switch lock 52 is moved from a releasing position to a locking position. In the releasing position, the locking portion 56 is disengaged from the movable element 48 of the switch 42, thus enabling the switch 42 to be moved between its on, off, and reverse positions. In the locking position, the switch lock 52 extends into the space between the module 44 and the top wall 24 so that the movable element 48 is received in its off position in the recess 64 and restrained against movement to either its on or reverse position.

The camming surfaces 66, 68 are provided to move the switch 42 to its off position as the switch lock 52 is moved from its releasing position to its locking position. Specifically, when the switch 42 is in the on position, cam surface 66 will engage the movable element 48 of the switch 42 and cam the same so as to move the switch 42 into the off position with the movable element 48 thereafter restrained against movement from its off position. Likewise, when the switch 42 is in the reverse position, cam surface 68 will engage the movable element 48 and cam the same so as to move the switch 42 to the off position with the movable element 48 thereafter restrained from movement from its off position. FIGS. 4A-6 best illustrate these features of this embodiment of the invention.

In embodiments where the switch 42 has no reverse position, the corresponding cam surface 68 may be omitted. Also, the switch lock 52 may be constructed to move the switch 42 from the on and/or reverse position to the off position as the switch lock 52 moves from the releasing position to the locking position by any suitable arrangement, and the cam surface(s) are not intended to be limiting. For example, mechanical links or other structures may be used.

US 7,344,096 B2

| 5 | 6 |

Moreover, it is not necessary to have the switch lock 52 move the switch 42 into its off position. Instead, the switch lock 52 could be constructed so that the switch 42 is manually moved to its off position prior to moving the switch lock 52 to its locking position.

Preferably, but not necessarily, the manually engageable portion 54 of the switch lock 52 has an upwardly extending projection 70 for facilitating movement of the switch lock 56 between the locking and releasing positions.

One advantage of the switch lock 52 is that, by holding the switch 42 in the off position, to activate the shredder mechanism 16 the switch lock 52 must first be moved to its releasing position, and then the switch 42 is moved to its on or reverse position. This reduces the likelihood of the shredder mechanism 16 being activated unintentionally.

FIGS. 7-11B illustrate another embodiment of a shredder 100. This shredder 100 shares many common features with the shredder 10 of the first embodiment, and those common features are marked with the same reference numerals.

The primary difference between shredder 10 and shredder 100 is the cover 102. The cover 102 is seated within a recess 103 formed in the top wall 24 and can move between open and closed positions. In the closed position, the cover 102 covers the opening 36 to prevent articles from being fed into the housing 14 and into the cutter elements 20. In the open position, the cover 102 uncovers the opening 36 to allow the articles to be shredded to be fed into the housing 14 and into the cutter elements 20. Specifically, the cover 102 has an opening 104 shaped similarly to opening 36. In the open position, these openings 36, 104 are aligned to enable feeding of articles through the openings 36, 104 and into the cutter elements 20. In the closed position, these openings 36, 104 are out of alignment, thus preventing such feeding of articles into the cutter elements 20.

In this embodiment, switch lock 52 is integrated as a molded part with the cover 102. Basically, the manually engageable portion 54 illustrated in the previous embodiment is eliminated and the locking portion 56 is formed integrally with the cover 102 (see FIGS. 11A and 11B). As a result, the cover 102 and the switch lock 52 (i.e., locking portion 56) move together between (a) the open position of the cover 102 and the releasing position of the switch lock 52, and (b) the closed position of the cover 102 and the locking position of the switch lock 52.

As a result of this construction, if the switch 42 is left in the on or reverse position, the user can simply move the cover 102 to its closed position to simultaneously close the opening 36 and move the switch 42 to its off position by the camming action of locking portion 56 moving to its locking position. Of course, if the locking portion 56 is of the type where it does not move the switch 42 to its off position as during movement to the locking position, then the user would first move the switch 42 to its off position. In either case, to use the shredder, the user first moves the cover 102 to its open position, which simultaneously moves the locking portion 56 to its releasing position. Then, the switch 42 can be moved to the on position (or the reverse position if needed).

The switch lock 52 and the cover 102 need not be linked by being integrally formed together as one piece, and they could be formed separately and linked together for movement in any suitable way. Also, the cover 102 could be independent from the switch lock 52, with the same type of switch lock being used as is used in the first embodiment.

The cover 102 also has an upwardly extending ridge 114 for facilitating movement of the cover 102 and the switch lock 52.

In the second embodiment illustrated, the top wall 24 also has an indicator window 106. The window 106 may simply be an opening 106, or it may have a transparent/translucent member therein. An arm 108 is formed integrally with the locking portion 56 and extends therefrom. The end of the arm 108 carries a locked indicator 110 and an unlocked indicator 112. The locked indicator 110 has the appearance of a locked padlock, and the unlocked indicator 110 has the appearance of an unlocked padlock. When the cover 102 is in the closed position and the switch lock 52 provided by locking portion 56 is in the locking position, the locked indicator 110 is located beneath the indicator window 106, enabling the user to visually see the locked indicator 100 and tell that the on/off switch 42 is locked in the off position (FIG. 12A). Likewise, when the cover 102 is in the open position and the switch lock 52 is in the releasing position, the unlocked indicator 112 is positioned beneath the window 106, enabling the user to visually see the unlocked indicator 112 and tell that the on/off switch 42 is freely movable (FIG. 12B).

Generally, this construction may be considered as providing a status indicator that visually indicates to the user whether the switch lock 52 is in the locking position. As one variation, the unlocked indicator 112 could be eliminated, providing only the locked indicator 110 to indicate that the switch lock 52 is in its locked position, with the locked indicator's absence in the window 106 indicating that switch lock 52 is in its releasing position. As another variation, one or more LEDs or other type of light may be used to indicate whether the switch lock 52 is in the locking position. Any other suitable device may be used to indicate the status of the switch lock and the examples herein should not be considered limiting.

The foregoing embodiments have been provided solely for the purposes of illustrating the structural and functional principles of the present invention, and should not be considered limiting. To the contrary, the present invention is intended to encompass all variations, modifications, and alterations within the spirit and scope of the appended claims.

What is claimed is:

1. A shredder comprising:

a housing;

a shredder mechanism mounted in the housing and including an electrically powered motor and cutter elements, the shredder mechanism enabling articles to be shredded to be fed into the cutter elements and the motor being operable to drive the cutter elements so that the cutter elements shred the articles fed therein;

a throat opening provided on the housing for enabling articles to be fed into the shredder mechanism;

an on/off switch electrically coupled to the motor of the shredder mechanism, the switch being movable between at least (a) an on position wherein the switch enables delivery of electric power to the motor and (b) an off position disabling the delivery of electric power to the motor;

the on/off switch comprising a manually engageable portion manually movable by a user's hand to move the on/off switch between at least the on position and the off position;

a switch lock movable between (a) a locking position wherein the switch is locked in the off position and (b) a releasing position wherein the switch is released for movement from the off position;

US 7,344,096 B2

7

8

wherein the switch lock includes a manually engageable portion manually movable by the user's hand to move the switch lock between the locking and releasing positions.

**2.** A shredder according to claim **1**, wherein the switch lock is constructed such that, when the on/off switch is in the on position thereof, moving the switch lock from the releasing position to the locking position causes the switch to move into the off position.

**3.** A shredder according to claim **2**, wherein the switch lock includes a camming surface configured to cam the switch from the on position to the off position as the switch lock moves from the releasing position to the locking position.

**4.** A shredder according to claim **2**, wherein the switch is also movable to a reverse position enabling delivery of electric power to the motor so as to operate the motor to drive the cutter elements in a reverse manner, the on position and the reverse position being on opposing sides of the off position,

wherein the switch lock is also constructed such that, when the on/off switch is in the reverse position, moving the switch lock from the releasing position to the locking position causes the switch to move into the off position.

**5.** A shredder according to claim **1**, further comprising a cover associated with the throat opening of the housing, the cover being movable between (a) a closed position covering the opening for preventing the articles to be shredded from being fed into the housing and into the cutter elements, and (b) an open position uncovering the opening for allowing the articles to be shredded to be fed into the housing and into the cutter elements.

**6.** A shredder according to claim **5**, wherein the cover is linked with the switch lock such that the cover and the switch lock move together between (a) the open position of the cover and the releasing position of the switch lock and (b) the closed position of the cover and the locking position of the switch lock.

**7.** A shredder according to claim **6**, wherein the cover is manually movable between the open and closed positions thereof, thereby enabling manual movement of the cover between the open and closed positions to move the switch lock between the releasing and locking positions thereof, respectively.

**8.** A shredder according to claim **7**, wherein the switch lock is constructed such that, when the on/off switch is in the on position thereof, moving the switch lock from the releasing position to the locking position causes the switch to move into the off position.

**9.** A shredder according to claim **8**, wherein the switch lock includes a camming surface configured to cam the switch from the on position to the off position as the switch lock moves from the releasing position to the locking position.

**10.** A shredder according to claim **1**, comprising a status indicator for visually indicating whether the switch lock is in the locking position.

**11.** A shredder according to claim **1**, wherein the housing has an upwardly facing top wall, and wherein the throat opening is formed in the top wall.

**12.** A shredder according to claim **11**, wherein the switch lock is mounted to the housing separately from the on/off switch.

**13.** A shredder according to claim **11**, wherein the on/off switch includes a switch module mounted within said housing, and wherein the manually engageable portion and the

switch module of the on/off switch are connected directly together through an opening in the top wall of the housing.

**14.** A shredder according to claim **11**, wherein the manually engageable portion of the on/off switch is mounted for sliding movement on the top wall between the on and off positions of the on/off switch.

**15.** A shredder according to claim **14**, wherein the switch lock is mounted to the housing separately from the on/off switch.

**16.** A shredder according to claim **14**, wherein in the locking position the switch lock engages an engageable structure beneath the top wall of the housing to lock the on/off switch in the off position, and wherein in the releasing position the switch lock is disengaged from the engageable structure to release the on/off switch for movement from the off position.

**17.** A shredder according to claim **16**, wherein the switch lock is mounted to the housing separately from the on/off switch.

**18.** A shredder according to claim **16**, wherein the engageable structure is a part of the on/off switch.

**19.** A shredder according to claim **16**, wherein the switch lock and the engageable structure comprise (a) a recess and (b) a member received in the recess in the locking position of the switch lock, and disengaged from the recess in the releasing position of the switch lock.

**20.** A shredder according to claim **14**, wherein the top wall has an open, upwardly facing recess and wherein the manually engageable portion of the on/off switch is received in said recess.

**21.** A shredder according to claim **20**, wherein the switch lock is mounted to the housing separately from the on/off switch.

**22.** A shredder according to claim **20**, wherein the manually engageable portion of the switch lock is mounted for sliding movement on the top wall between the locking and releasing positions thereof.

**23.** A shredder according to claim **22**, wherein the switch lock has a locking portion located beneath the top wall and connected to the manually engageable portion of the switch lock, the locking portion being constructed to engage a portion of the switch beneath the top wall in the locking position of the switch lock to lock the on/off switch in the off position.

**24.** A shredder according to claim **23**, wherein the on/off switch has a switch module located beneath the top wall and connected to the motor for controlling the delivery of electrical power to the motor;

the on/off switch further comprising a movable element located at least in part beneath the top wall and connecting the manually engageable portion of the on/off switch to the switch module;

the locking portion of the switch lock being constructed to engage the movable element of the on/off switch beneath the top wall in the locking position of the ˋ switch lock to lock the on/off switch in the off position.

**25.** A shredder according to claim **24**, wherein a space is provided beneath the top wall between the switch module and the top wall, the movable element of the on/off switch extending in said space and the locking portion of the switch lock being movable within said space to engage the movable element in the locking position of the switch lock to lock the on/off switch in the off position.

**26.** A shredder according to claim **25**, wherein the locking portion of the switch lock includes a recess, the recess being configured to receive the movable element of the switch in

US 7,344,096 B2

9             10

the locking position of the switch lock to lock the on/off switch in the locking position.

**27.** A shredder according to claim **1**, wherein the manually engageable portion of the on/off switch is mounted on a an outer wall of the housing for movement between the on and off positions of the on/off switch.

**28.** A shredder according to claim **27**, wherein the switch lock is mounted to the housing separately from the on/off switch.

**29.** A shredder according to claim **27**, wherein in the locking position the switch lock engages an engageable structure located interiorly of the outer wall of the housing to lock the on/off switch in the off position, and wherein in the releasing position the switch lock is disengaged from the engageable structure to release the on/off switch for movement from the off position.

**30.** A shredder according to claim **29**, wherein the switch lock is mounted to the housing separately from the on/off switch.

**31.** A shredder according to claim **29**, wherein the engageable structure is a part of the on/off switch.

**32.** A shredder according to claim **29**, wherein the switch lock and the engageable structure comprise a recess and a member received in the recess in the locking position of the switch lock, and disengaged from the recess in the releasing position of the switch lock.

**33.** A shredder according to claim **27**, wherein the on/off switch includes a switch module mounted within said housing, and wherein the manually engageable portion and the switch module of the on/off switch are connected directly together through an opening in the outer wall of the housing.

**34.** A shredder according to claim **27**, wherein the manually engageable portion of the on/off switch is mounted to slide between the on and off positions thereof in a first direction, and

wherein the switch lock is mounted for movement between the locking and releasing positions thereof in a second direction perpendicular to the first direction.

**35.** A shredder according to claim **34**, wherein the switch lock is mounted to the housing separately from the on/off switch.

**36.** A shredder according to claim **34**, wherein in the locking position the switch lock engages an engageable structure located interiorly of the outer wall of the housing to lock the on/off switch in the off position, and wherein in the releasing position the switch lock is disengaged from the engageable structure to release the on/off switch for movement from the off position.

**37.** A shredder according to claim **36**, wherein the switch lock is mounted to the housing separately from the on/off switch.

**38.** A shredder according to claim **36**, wherein the engageable structure is a part of the on/off switch.

**39.** A shredder according to claim **36**, wherein the switch lock and the engageable structure comprise a recess and a member received in the recess in the locking position of the switch lock, and disengaged from the recess in the releasing position of the switch lock.

**40.** A shredder according to claim **1**, wherein the manually engageable portion of the on/off switch is mounted on a top wall of the housing for linear movement between the on/off positions of the on/off switch.

**41.** A shredder according to claim **40**, wherein the switch lock is mounted to the housing separately from the on/off switch.

**42.** A shredder according to claim **40**, wherein in the locking position the switch lock engages an engageable structure beneath the top wall of the housing to lock the on/off switch in the off position, and wherein in the releasing position the switch lock is disengaged from the engageable structure to release the on/off switch for movement from the off position.

**43.** A shredder according to claim **42**, wherein the switch lock is mounted to the housing separately from the on/off switch.

**44.** A shredder according to claim **42**, wherein the engageable structure is a part of the on/off switch.

**45.** A shredder according to claim **42**, wherein the switch lock and the engageable structure comprise (a) a recess and (b) a member received in the recess in the locking position of the switch lock, and disengaged from the recess in the releasing position of the switch lock.

**46.** A shredder according to claim **40**, wherein the top wall has an open, upwardly facing recess and wherein the manually engageable portion of the on/off switch is received in said recess.

**47.** A shredder according to claim **46**, wherein the switch lock is mounted to the housing separately from the on/off switch.

**48.** A shredder according to claim **1**, wherein the manually engageable portion of the switch lock is mounted for movement in a first direction between the locking and releasing positions.

**49.** A shredder according to claim **48**, wherein the switch lock is mounted to the housing separately from the on/off switch.

**50.** A shredder according to claim **48**, wherein the on/off switch includes a switch module mounted within said housing, and wherein the manually engageable portion of the on/off switch is mounted exteriorly of said housing, the manually engageable portion and the switch module of the on/off switch being connected directly together through an opening in an outer wall of the housing.

**51.** A shredder according to claim **48**, wherein the manually engageable portion of the on/off switch is mounted for movement in a second direction between the on and off positions of the on/off switch.

**52.** A shredder according to claim **51**, wherein the switch lock is mounted to the housing separately from the on/off switch.

**53.** A shredder according to claim **51**, wherein the first and second directions for the movements of the manually engageable portions are perpendicular to one another.

**54.** A shredder according to claim **53**, wherein the switch lock is mounted to the housing separately from the on/off switch.

**55.** A shredder according to claim **53**, wherein the manually engageable portion of the on/off switch is mounted on a top wall of the housing.

**56.** A shredder according to claim **55**, wherein the switch lock is mounted to the housing separately from the on/off switch.

**57.** A shredder according to claim **55**, wherein in the locking position the switch lock engages an engageable structure beneath the top wall of the housing to lock the on/off switch in the off position, and wherein in the releasing position the switch lock is disengaged from the engageable structure to release the on/off switch for movement from the off position.

**58.** A shredder according to claim **57**, wherein the switch lock is mounted to the housing separately from the on/off switch.

US 7,344,096 B2

11                                                          12

**59**. A shredder according to claim **57**, wherein the engageable structure is a part of the on/off switch.

**60**. A shredder according to claim **57**, wherein the switch lock and the engageable structure comprise a recess and a member received in the recess in the locking position of the switch lock, and disengaged from the recess in the releasing position of the switch lock.

**61**. A shredder according to claim **55**, wherein the on/off switch includes a switch module mounted within said housing, and wherein the manually engageable portion and the switch module of the on/off switch are connected directly together through an opening in the top wall of the housing.

**62**. A shredder according to claim **48**, wherein the manually engageable portion of the on/off switch is mounted on a top wall of the housing.

**63**. A shredder according to claim **62**, wherein the switch lock is mounted to the housing separately from the on/off switch.

**64**. A shredder according to claim **62**, wherein in the locking position the switch lock engages an engageable structure beneath the top wall of the housing to lock the on/off switch in the off position, and wherein in the releasing position the switch lock is disengaged from the engageable structure to release the on/off switch for movement from the off position.

**65**. A shredder according to claim **64**, wherein the switch lock is mounted to the housing separately from the on/off switch.

**66**. A shredder according to claim **64**, wherein the engageable structure is a part of the on/off switch.

**67**. A shredder according to claim **64**, wherein the switch lock and the engageable structure comprise a recess and a member received in the recess in the locking position of the switch lock, and disengaged from the recess in the releasing position of the switch lock.

**68**. A shredder according to claim **62**, wherein the on/off switch includes a switch module mounted within said housing, and wherein the manually engageable portion and the switch module of the on/off switch are connected directly together through an opening in the top wall of the housing.

**69**. A shredder according to claim **1**, wherein the switch lock is mounted to the housing separately from the on/off switch.

**70**. A shredder according to claim **1**, wherein the on/off switch includes a switch module mounted within said housing, and wherein the manually engageable portion of the on/off switch is mounted exteriorly of said housing, the manually engageable portion and the switch module of the on/off switch being connected directly together through an opening in an outer wall of the housing.

**71**. A shredder comprising:

a housing;

a shredder mechanism including an electrically powered motor and cutter elements, the shredder mechanism enabling articles to be shredded to be fed into the cutter elements and the motor being operable to drive the cutter elements so that the cutter elements shred the articles fed therein;

a throat opening provided on the housing for enabling articles to be fed into the shredder mechanism;

an on/off switch electrically coupled to the motor of the shredder mechanism, the switch being movable between at least (a) an on position wherein the switch enables delivery of electric power to the motor and (b) an off position disabling the delivery of electric power to the motor;

the on/off switch comprising a manually engageable portion manually movable by a user's hand to move the on/off switch between at least the on position and the off position;

a switch lock movable between (a) a locking position wherein the switch is locked in the off position and (b) a releasing position wherein the switch is released for movement from the off position;

wherein the switch lock includes a manually engageable portion manually movable by the user's hand to move the switch lock between the locking and releasing positions; and

a status indicator provided on the exterior of the housing for visually indicating whether the switch lock is in the locking position.

**72**. A shredder according to claim **71**, wherein the housing has an upwardly facing top wall, wherein the throat opening is formed in the top wall, and wherein the manually engageable portion of the on/off switch is mounted for linear sliding movement on the top wall between the on and off positions of the on/off switch.

**73**. A shredder according to claim **72**, wherein the top wall has an open, upwardly facing recess and wherein the manually engageable portion of the on/off switch is received in said recess.

**74**. A shredder according to claim **71**,

wherein the manually engageable portion of the on/off switch is mounted on a wall of the housing for movement between the on and off positions of the on/off switch.

**75**. A shredder according to claim **74**, wherein the manually engageable portion is mounted to slide between the on and off positions thereof in a first direction, and

wherein the switch lock is mounted for movement between the locking and releasing positions thereof in a second direction perpendicular to the first direction.

*   *   *   *   *

# EXHIBIT D

# AURORA

## PROFESSIONAL GRADE

Crosscut Paper Shredder

Déchiqueteuse à coupe croisée

Máquina destructora de documentos de corte transversal



## AS1019CS

MODEL NO.  •  MODÈLE No  •  MODELO NO.

The AS1019CS SERIES can shred up to 10 sheets of 20-lb. bond paper in widths up to 8.5".
ONE FOLDED SHEET OF PAPER EQUATES TO 2 SHEETS OF PAPER

Les appareils de la SERIE AS1019CS peuvent déchiqueter jusqu'à 10 feuilles de papier bond
de 75g/m2 (20lb.) largeur n'excède pas 21,59 cm (8.5 po).
UNE FEUILLE DE PAPIER PLIÉE ÉQUIVAUT À DEUX FEUILLES

La serie AS1019CS puede destruir hasta 10 hojas de 20 libras de papel de cartas con un ancho de 8.5".
UNA HOJA DE PAPEL DOBLADA EQUIVALE A 2 HOJAS DE PAPEL

1-800-327-8508 / INFO@AURORACORP.COM
U.S.A. ONLY  •  ETATS-UNIS SEULEMENT  •  LOS ESTADOS UNIDOS SÓLO

1-310-793-5650
INTERNATIONAL  •  INTERNATIONAL  •  INTERNACIONAL

## Operating Instructions

Installation

Operation

Caution

Trouble Shooting Aurora Paper Shredders

Maintenance

Limited Warranty

| | |
|---|---|
| Sheet Capacity | 10 sheets of 20lb. bond paper |
| Credit Card & CD Capacity | 1 at a time |
| Paper Shred Size | 5/32" x 1 9/20" pieces 0.4 cm x 3.7 cm pieces |
| Voltage | 120V-60Hz 4.3A |

## Manuel de fonctionnement

Installation

Fonctionnement

Avertissement

Dépannage des déchiqueteuses à papier Aurora

Entretien

Gorantie limitée

| | |
|---|---|
| Capacité de passage à la fois | 10 feuilles de papier bond de 75g/m2 (20lb.) |
| Capacité de CD et les cartes de crédit | les introduire un par un |
| Dimensions des déchets | en morceaux de 5/32" x 1 9/20" en morceaux de 0.4 cm x 3.7 cm |
| Tension | 120V-60Hz 4.3A |

## Instrucciones para operar

Instalaciones

Operación

Avertencia

Solucionar Problemas de la Máquina Trituradora de Documentos Aurora

Mantenimiento

Garantía Limitada

| | |
|---|---|
| Capacidad de destrucciōn la vez | 10 hojas de papel de cartes de 20 libras |
| Capacidad de CDs y tarjetas de crédito | introdúzcalos en la ranura uno por uno |
| Tomaño de corte | en pedazos de 5/32" x 1 9/20" en pedazos de 0.4 cm x 3.7 cm |
| Voltaje | 120V-60Hz 4.3A |

## AURORA

Please read these operating instructions before using the unit.
Customer Service: 1-800-327-8508 or INFO@AURORACORP.COM (U.S.A. ONLY)

Avant d'utiliser cet appareil, Veuillez lire toutes les instructions.
Service à la clientèle :1-800-327-8508 OU INFO@AURORACORP.COM (ÉTATS-UNIS SEULEMENT)

Antes de operar esta unida, por favor lea todas las instrucciones.
Servicio al Consumidor: 1-800-327-8508 O INFO@AURORACORP.COM (LOS ESTADOS UNIDOS SOLO)

## INSTALLATION:

Attach all 4 caster wheels to the bottom of the wastebasket.
Mount the shredder securely to the rim of the waste basket. (FIGURE 1)
Connect the power cord to any standard 120 volt AC outlet.

**Note:** Crosscut shredders includes a built in safety mechanism that requires the shredder to be correctly
mounted on the supplied wastebasket. Lining the wastebasket with a plastic bag will interfere
and may keep the shredder from functioning.

**Caution:** Crosscut shredders have very sharp, exposed blades on the underside.
Use care when mounting the shredder on the wastebasket.


**FIGURE 1**

 
**FIGURE 2**


**FIGURE 3**

## OPERATION:

Using the switch located on the unit, select one of the following settings by sliding the switch either left or
right. As a safety feature, press and hold the center button on the switch while sliding to change modes
from Off to Auto or Rev. The switch will not slide unless the button is pressed. (FIGURE 2)

**Rev:** In the unlikely event of a paper jam, the reverse setting can be used to help clear the cutters of
paper that has not passed through. Never attempt to clear a jam by using the reverse function
until you have emptied the wastebasket. (FIGURE 2)

**Auto:** The forward setting can also be used to help clear the cutters in the event of a paper jam.
This allows to manually activate the shredder into cutting mode. (FIGURE 2)

**Off:** This setting turns off all features of the shredder. For safety reasons, we recommend that you
leave the shredder in the Off position whenever the shredder is unattended or not in use.

**Note:** Never continuously run this shredder for more than 10 minutes.
In the event that the shredder is run continuously for too long and the motor overheats, a
thermal overload switch will automatically shut the power off. If this happens, move the switch
to the off position for 10 minutes or more before continuing.

**TouchGuard™ Safety Protection Technology is featured on this paper shredder.** (FIGURE 3)
When powered on, the paper shredder automatically stops shredding when the metallic strip located
in the feed slot is touched. This only occurs when in contact with the human touch or pets and is not
affected by regular inanimate objects. Such objects may be clothing, keys, pens or pencils, tools, hair, etc.

**Note:** If user's hand(s) are covered, the wearing of gloves, affects the functionality of the safety feature.

continued on next page    2

## OPERATION continued:

Never shred plastic (except credit cards and only by inserting them, one at a time, through the special credit card slot), continuous forms, anything with adhesive including labels and envelopes, newsprint, or any hard materials. While this shredder will shred staples and small paperclips, it is recommended that you remove them whenever possible in order to extend the life of your shredder.

### Features a CD/DVD destroyer:

1) Hold the CD/DVD by the edge and feed one at a time, releasing when shredding begins.

2) Shredder will stop when the entire disc has been destroyed.



**CAUTION:**
**Do not hold CD/DVD with finger through the center ring while feeding into the shredder. Serious injury may occur.**
Never feed more than one credit card or CD/DVD at a time.

### LED Status indicators:

  

| Power On (green light) | Paper Overload/Overheat (red light) | Shredder Misaligned (red light) |

## CAUTION:

- **KEEP OUT OF REACH OF CHILDREN AND PETS.**
- DO NOT PLACE FINGERS TOO CLOSE TO THE FEED SLOT AS SERIOUS INJURY MAY OCCUR.
- AVOID GETTING JEWELRY, HAIR OR LOOSE CLOTHING NEAR THE FEED SLOT.
- RISK OF FIRE. NEVER dispose of flammable chemicals or materials that have come into contact with flammable chemicals (for example, nail polish, acetone, gasoline) in the shredder basket.
- Always turn the shredder off and unplug the power cord from the AC outlet before cleaning it, moving it, or emptying the waste basket.
- Never place the shredder near water or any heat source.
- Keep waste basket emptied so that the shredder output is not impeded.
- Never use any petroleum based or flammable oils or lubricants in or around the machine as some oils can combust causing serious injury. Never spray any aerosol based products in or around shredder.

3

## CAUTION continued:

- Never shred envelopes, labels or anything with glue or any sticky substance as this will lead to paper jams.
- Do not use the shredder if the power cord is damaged in any way.
- Do not attempt to service this product yourself as doing so may expose you to sharp cutting blades and/or electricity and will void the manufacturers warranty.
- Never let the wastebasket become full. This will lead to shredded material being pulled back up into the shredder and cause jams.
- Never try to clean/clear the shredder blade.

## TROUBLE SHOOTING FOR AURORA PAPER SHREDDERS:

The shredder does not work at all.

a) Make sure the shredder is plugged into an outlet which is in good working order.

b) Shredders with pull-out wastebaskets features a safety power cut off upon bin removal.
Make sure the pull-out wastebasket is properly set back into place.

c) In the event that the shredder is run continuously for too long and the motor overheats, a thermal overload switch will automatically shut the power off. If this happens, move the switch to the off position for 30 minutes or more before continuing.

d) TouchGuard™ Safety Protection Technology is featured on this paper shredder.
When powered on, the paper shredder automatically stops shredding when the metallic strip located in the feed slot is touched. This only occurs when in contact with the human touch or pets and is not affected by regular inanimate objects. Such objects may be clothing, keys, pens or pencils, tools, hair, etc.
**Note:** If user's hand(s) are covered, the wearing of gloves, affects the functionality of the safety feature.

The shredder only runs in "Rev" and "Auto" mode.

a) The shredder will not start running until paper, CD/DVD, or credit card is inserted into the appropriate feed slot. It is normal for the motor to run for a moment after the shredder is powered on but it should stop until paper is inserted. The trigger that activates the shredder is located directly in the center of the feed slot. If the paper you are inserting is narrow, it may not be hitting the switch. It is possible that the trigger, which activates the shredder, has become blocked with paper. Insert an index card, directly in the center of the feed slot, and apply force. This will usually clear any paper blocking the switch and force the switch closed.

4

## MAINTENANCE:

We recommend you oil your shredder once a month with vegetable or cooking oil (nothing petroleum based). Drizzle some oil on a few pieces of paper and feed those pages through the shredder.

## LIMITED WARRANTY:

Aurora warrants the cutting cylinders of the machine against defects of workmanship and material for a period of **5 years** from the original purchase date to the original consumer. Aurora warrants all other parts of the machine against defects of workmanship and material for a period of **1 year** from the original purchase date to the original consumer.

Should there be a defect or malfunction of this product, Aurora will replace the product free of charge. Customer is responsible for all shipping charges to return the defective product to Aurora. A copy of the proof of purchase showing original purchase date is required. This warranty is void if the product has been subject to damage, unreasonable use, improper service, or other causes not arising from defects in original material or workmanship. This warranty is void if factory seal is broken or removed from the product. This warranty does not include adjustments, parts or repairs required by circumstances beyond the control of Aurora.

There are no expressed warranties other than those stated herein.

Any expressed or implied warranties, including but not limited to merchantability and fitness for a particular purpose are limited to the above warranty period. Aurora shall not be liable for any incidental or consequential cost, expenses or damages resulting from any failure defect or malfunction of this product.

Some states do not allow the exclusion of limitations of implied warranties or consequintial damages, therefore, the above limitations may not apply to you.

This warranty grants you specific legal rights, and you may also have other rights that vary from state to state.

Please contact us with any questions.

Aurora Corp. of America
3500 Challenger Street, Torrance, California 90503 USA
1-800-327-8508 U.S.A. ONLY    •    310-793-5650 INTERNATIONAL

5

## INSTALLATION :

Fixer les 4 roulettes à la base du panier à rebuts
Installer solidement la déchiqueteuse sur le bord du panier à rebuts. (FIGURE 1)
Brancher le cordon d'alimentation sur une prise standard de 120 volts.

**Attention :** Les déchiqueteuses à coupe croisée est équipée d'un mécanisme de sécurité qui exige que l'appareil soit correctement monté sur le panier à rebuts fourni. Doubler le panier à rebuts d'un sac en plastique sera gênant et empêchera la déchiqueteuse de fonctionner.

**Attention :** Les déchiqueteuses à coupe croisée sont équipées, en dessous, de lames exposées très coupantes. Soyez prudent en montant la déchiqueteuse sur la panier à rebuts.





|            |            |            |
|:----------:|:----------:|:----------:|
| **FIGURE 1** | **FIGURE 2** | **FIGURE 3** |

## FONCTIONNEMENT :

À l'aide du commutateur situé sur l'appareil, choisir l'un des réglages suivants en faisant glisser le commutateur soit à gauche soit à droite. Pour plus de sûreté, appuyer et maintenir le bouton central du commutateur quand vous le faites glisser pour changer de modes. Le commutateur ne glissera pas si le bouton n'est pas enfoncé. (FIGURE 2)

**Rev :** Dans le cas improbable d'un bourrage de papier, la marche arrière permet de libérer les couteaux du papier qui n'est pas passé. Ne jamais tenter d'effectuer un débourrage en utilisant la marche arrière sans avoir auparavant vidé le panier à rebuts. (FIGURE 2)

**Auto:** Dans le cas d'un bourrage de papier, le réglage en marche avant (Fw) peut être utilisé pour dégager les couteaux. Cela permet de mettre manuellement la déchiqueteuse en marche en mode de coupe. (FIGURE 2)

**Off :** Ce réglage interrompt toutes les fonctions de la déchiqueteuse. Pour des raisons de sécurité, nous vous recommandons de laisser la déchiqueteuse en position Off quand elle est sans surveillance ou n'est pas utilisée. (FIGURE 2)

**Remarque :** Ne jamais faire fonctionner cette déchiqueteuse sans interruption pendant plus de 10 minutes Dans le cas où la déchiqueteuse fonctionne continuellement trop longtemps et que le moteur surchauffe, un commutateur de surcharge thermique la mettra hors tension automatiquement. Dans ce cas, mettre le commutateur à Off pendant 10 minutes ou plus avant de continuer.

**Cette déchiqueteuse à papier dispose de la technologie de sécurité TouchGuard™.** (FIGURE 3) Quand elle est en marche, la déchiqueteuse arrête automatiquement le déchiquetage lorsqu'on touche la bande métallique située dans la fente d'alimentation. Cela n'arrive que lorsque des personnes ou des animaux de compagnie y touchent. L'arrêt n'est pas activé par des objets inanimés. De tels objets peuvent être des vêtements, des clés, des crayons ou des stylos, des outils, des cheveux, etc.

**Note:** Le port des gants par l'utilisateur modifie la fonctionnalité du dispositif de sécurité.

prochaine page continue   6

## FONCTIONNEMENT continue :

Ne jamais déchiqueter du plastique (sauf les cartes de crédits et seulement en les insérant une par une dans la fente spéciale à cet effet), des formulaires continu, quoi que ce soit avec de la colle y compris des étiquettes ou des enveloppes, des journaux ou tout matériau rigide. Bien que cette déchiqueteuse puisse déchiqueter les agrafes et les petits trombones, il est recommandé de les enlever quand cela est possible de façon à prolonger la durée de votre déchiqueteuse.

**Présente un destructeur de CD/DVD :**



1) Tenir les CD/DVD par le bord et les introduire un par un, en les lâchant quand le déchiquetage commence.

2) La déchiqueteuse s'arrêtera après la destruction totale du disque.

**Attention : Ne pas tenir les CD/DVD avec un doigt dans le trou central en alimentant la déchiqueteuse. Cela pourrait causer des sérieuses blessures.** Ne jamais déchiqueter plus d'une carte de crédit ou d'un CD/DVD à la fois.

**DÉL d'état :**

    

**En marche**          **Protection de surcharge**       **Déchiqueteuse mal alignée**
**(lumière verte)**        **et surchauffe**                **(lumière rouge)**
                        **(lumière rouge)**

## AVERTISSEMENT :

- GARDER L'APPAREIL HORS DE PORTÉE DES ENFANTS ET DES ANIMAUX DE COMPAGNIE.
- NE PAS METTRE LES DOIGTS TROP PRÈS DE LA FENTE D'ALIMENTATION EN PAPIER CAR LE RISQUE DE SÉRIEUSES BLESSURES EST IMPORTANT.
- ÉVITER AUSSI D'APPROCHER DES BIJOUX, DES CHEVEUX OU DES VÊTEMENTS LCHES DE LA FENTE D'ALIMENTATION.
- RISQUE D'INCENDIE. NE JAMAIS jeter les produits chimiques inflammables ou les matériaux qui sont entrés en contact avec des produits chimiques inflammables (par exemple, vernis à ongle, acétone, essence) dans le panier de la déchiqueteuse.
- Toujours mettre la déchiqueteuse hors tension et débrancher le cordon d'alimentation avant de la nettoyer, de la déplacer ou de vider le panier de rebuts.

## AVERTISSEMENT continue :

- Ne jamais placer la déchiqueteuse près d'un source d'eau ou d'une source de chaleur
- Toujours vider le panier afin que les rebuts n'entravent pas l'évacuation de la déchiqueteuse.
- Ne jamais utiliser des huiles à base de pétrole ou inflammables ou des lubrifiants dans l'appareil ou à proximité, car certaines huiles peuvent s'enflammer et entraîner des blessures sérieuses. N'utiliser aucun produit aérosol dans ou à proximité de la déchiqueteuse
- Ne jamais déchiqueter des enveloppes, des étiquettes ou quoi que ce soit avec de la colle ou tout substance collante, cela entraînera un bourrage de papier.
- N'utiliser pas la déchiqueteuse si le cordon d'alimentation est endommagé de quelque façon que ce soit.
- Ne pas essayer de réparer cet appareil vous-même, car vous risquez de vous couper avec les couteaux et/ou de recevoir un choc électrique; cela annulera la garantie du fabricant.
- Ne jamais laisser plein le panier à rebuts. Cela aurait pour effet que le matériel déchiqueter soit attiré par la échiqueteuse et entraîner des bourrages.
- Ne jamais essayer de nettoyer ou dégager la lame de la déchiqueteuse

## DÉPANNAGE DES DÉCHIQUTEUSES À PAPIER AURORA :

La déchiqueteuse ne fonctionne pas
a) Assurez-vous que l'appareil est branché et que la prise sur laquelle il est branché est en bon état.
b) Les déchiqueteuses équipées de panier amovible disposent d'un coupe-puissance sécuritaire quand on enlève le panier. Assurez-vous que le panier à rebuts amovible est bien remis en place.
c) Dans le cas où la déchiqueteuse fonctionne continuellement trop longtemps et que le moteur surchauffe, un commutateur de surcharge thermique la mettra hors tension automatiquement. Dans ce cas, mettre le commutateur à Off pendant 30 minutes ou plus avant de continuer.
d) Cette déchiqueteuse à papier dispose de la technologie de sécurité TouchGuard™.
Quand elle est en marche, la déchiqueteuse arrête automatiquement le déchiquetage lorsqu'on touche la bande métallique située dans la fente d'alimentation. Cela n'arrive que lorsque des personnes ou des animaux de compagnie y touchent. L'arrêt n'est pas activé par des objets inanimés. De tels objets peuvent être des vêtements, des clés, des crayons ou des stylos, des outils, des cheveux, etc. Note: Le port des gants par l'utilisateur modifie la fonctionnalité du dispositif de sécurité.

La déchiqueteuse fonctionne en mode "Rev", mais pas en mode "Auto".
a) En mode "Auto", le moteur ne se mettra pas en marche avant que du papier soit inséré dans la fente d'alimentation. Placer l'appareil sur "Auto" et insérer le papier à déchiqueter. Il est normal que le moteur se mette en marche quelques instants après le réglage sur "Auto" mais il doit s'arrêter jusqu'à l'insertion de papier. Le déclencheur qui met en marche la déchiqueteuse en mode Auto est située immédiatement au centre de la fente. Si le papier que vous insérez est étroit, il est possible qu'il n'actionne pas l'interrupteur. Il est possible que le déclencheur qui met la déchiqueteuse en marche soit bloqué par du papier Insérez une carte fiche directement au centre de la fente d'alimentation et poussez fort. Habituellement, cela dégagera tout papier bloquant l'interrupteur ou forcera l'interrupeur à se fermer.

8

## ENTRETIN :

Nous vous recommandons d'huiler votre déchiqueteuse une fois pas mois avec de l'huile végétale ou de cuisson (rien à base de pétrole). Verser un peu d'huile sur quelques feuilles de papier et les passer dans la déchiqueteuse.

## GARANTIE LIMITÉE :

Aurora garantit les cylindres de coupe de la machine contre les défauts de matériel et de main-d'œuvre pendant une période de **5 ans** à partir de la date d'achat du client initial. Aurora garantit toutes les autres pièces de la machine contre les défauts de matériel et de main-d'œuvre pendant une période d'**1 an** à partir de la date d'achat du client initial.

Si ce produit présente un défaut ou un mauvais fonctionnement, Aurora le remplacera gratuitement. Le client est responsable de tous les frais de port pour retourner le produit défectueux à Aurora. La garantie sera nulle en cas de dommages, d'usage déraisonnable, de réparation inappropriée du produit, ou d'autres causes ne dépendant pas de défauts de matériel ou de main-d'œuvre. Cette garantie est nulle si le sceau de l'usine a été brisé ou enlevé du produit. Cette garantie ne s'applique pas aux modifications, aux pièces et aux réparations nécessaires à la suite de circonstances hors du contrôle d'Aurora, y compris mais non limitées aux dégâts d'eau.

Il n'existe pas d'autres garanties expresses que celles énoncées ici.

Toutes les garanties expresses ou implicites, y compris, mais sans y être limité, celles concernant la qualité marchande et l'adaptation à un usage particulier, sont limitées à la période de garantie ci-dessus. Aurora décline toute responsabilité à l'égard de tout frais accessoire ou indirect, de dépenses ou dommages résultant d'un défaut ou d'un mauvais fonctionnement de ce produit.

Certains états n'autorisent pas l'exclusion des limites de garanties implicites ou de dommages conséquents; dans ce cas, les limites ci-dessus ne s'appliquent pas à vous.

Cette garantie vous accorde des droits légaux spécifiques et vous pouvez également avoir d'autres droits qui varient d'un état à l'autre.

Veuillez communiquer avec nous si vous avez des questions.

Aurora Corp. of America
3500 Challenger Street, Torrance, California  90503  USA
1-800-327-8508 ETATS-UNIS SEULEMENT    •    310-793-5650 INTERNATIONAL

9

## INSTALACIONES:

Fije las cuatro rueditas pivotantes a la parte inferior del canasto de los papeles.

Asegure la máquina destructora de documentos en la montura de la papelera (FIGURA 1)

Conecte el cordón eléctrico en cualquier tomacorriente estándar de 120 voltios AC.

**Nota:** Las máquinas destructoras de documentos de corte transversal incluye un mecanismo interno de seguridad que requiere que la máquina destructora de documentos esté correctamente montada en la papelera que se proporciona. Forrar la papelera con una bolsa de plástico provocará una interferencia y es posible que la máquina destructora de documentos no funcione.

**Precaución:** Las máquinas destructoras de documentos de corte transversal tienen cuchillas muy filosas y expuestas en la parte inferior. Tenga mucho cuidado cuando esté montando la máquina destructora de documentos a la papelera.

 



| FIGURA 1 | FIGURA 2 | FIGURA 3 |

## OPERACIÓN:

Utilizando el interruptor localizado en la unidad, seleccione una de las siguientes posiciones deslizando el interruptor ya sea hacia la izquierda o hacia la derecha. Como medida de seguridad, apriete y mantenga apretado el botón central del interruptor mientras lo mueve para cambiar de modalidad de estar apagado a automático o de reversa. El interruptor no deslizará a menos que se apriete el botón. (FIGURA 2)

**Rev:** En la remota posibilidad de que el papel se atore, la posición de reversa puede ser utilizara para desatascar las cortadoras del papel que no ha pasado a través de ellas. Nunca intente desatorar utilizando la función de reversa hasta que haya vaciado la papelera. (FIGURA 2)

**Auto:** La regulación de marcha hacia adelante también se puede utilizar para ayudar a liberar las cuchillas en caso de que el papel se atasque. Esto permite hacer funcionar manualmente la máquina destructora de documentos en la modalidad de corte. (FIGURA 2)

**Off:** Esta posición apaga todas las características de la máquina destructora de documentos. Por razones de seguridad, recomendamos que deje la máquina destructora de documentos en la posición de apagado cuando la máquina destructora de documentos se deje desatendida o no se esté utilizando. (FIGURA 2)

**Nota:** No haga nunca funcionar de manera continua durante más de 10 minutos esta máquina destructora de documentos. En caso de que la máquina destructora de documentos se utilice continuamente por períodos largos y el motor se sobrecaliente, el interruptor termal de sobrecarga apagará la máquina automáticamente. Si esto sucede, coloque el interruptor en la posición de apagado por 10 minutos o más antes de continuar.

Continúe la página siguiente 10

## OPERACIÓN: continúe

**Esta máquina destructora de documentos posee Tecnología de Seguridad TouchGuard™.**
(página previa FIGURA 3)

Cuando la máquina destructora de documentos está encendida, se detiene automáticamente si alguien toca la tira metálica ubicada en la ranura de alimentación. Esto sucede sólo cuando la tocan personas o animales domésticos y no cuando el contacto es con objetos inanimados. Tales objetos pueden ser, ropa, llaves, bolígrafos, herramientas, pelo, etc.

Nota: Si la(s) mano(s) del usuario está(n) cubiertas, el uso de guantes afecta el funcionamiento de la tecnología de seguridad.

**Nunca destruya plástico (excepto tarjetas de crédito e inserte éstas solamente una a la vez a través de la ranura especial para tarjetas de crédito), formas continuas, nada que contenga adhesivos incluyendo etiquetas y sobres, periódicos, o materiales duros. Aún cuando esta máquina destructora de documentos tritura grapas y clips, se recomienda que se remuevan estos objetos cuando sea posible para alargar la vida de su máquina destructora de documentos.**

**Incluye un dispositivo que destruye CD/DVD:**



1) Tome los CDs/DVDs por el borde e introdúzcalos en la ranura uno por uno, soltándolos cuando comiencen a ser destruidos.
2) La máquina destructora de documentos se detendrá cuando todo el CD/DVD haya sido destruido.

**Precaución:  No sostenga el CD/DVD introduciendo el dedo en el orificio central mientras lo suministra a la máquina destructora de documentos. Puede sufrir una lesión grave.**
No introduzca nunca en la ranura de alimentación más de una tarjeta de crédito o CD/DVD a la vez.

**LED indicadores de estado:**

        

**Encendida              Protección para Sobrecarga /         Máquina destructora
(luz verde)                  Recalentamiento                    de documentos
                              (luz roja)                  desalineada (luz roja)**

11

## ADVERTENCIA:

- **MANTENGA FUERA DEL ALCANCE DE NINOS Y MASCOTAS.**
- MANTENGA SUS DEDOS ALEJADOS DE LA RANURA DONDE SE INSERTA EL PAPEL YA QUE PUEDE OCASIONAR LESIONES GRAVES. TAMBIEN EVITE JOYAS, CABELLOS O ROPA SUELTA CERCA DE LA RANURA DE INSERCION DEL PAPEL.
- PELIGRO DE INCENDIO. No eche NUNCA productos químicos inflamables, o materiales que han estado en contacto con productos químicos inflamables (por ejemplo: esmalte de uñas, acetona, gasolina) en el canasto de los papeles de la máquina destructora de documentos
- Siempre apague y desconecte el cordón eléctrico del interruptor AC antes de limpiar o mover la máquina o vaciar la papelera.
- Nunca coloque la máquina destructora de documentos cerca de agua o de alguna fuente de calor.
- Mantenga la papelera vacía para que los dispositivos trituradores no se bloqueen.
- Nunca utilice petróleo o aceites inflamables o lubricantes dentro o alrededor de la máquina ya que algunos aceites pueden incendiar causando heridas graves. Nunca rocíe aerosoles de ningún tipo cerca de la máquina destructora de documentos.
- Nunca triture sobres, etiquetas o nada que tenga pegamento o alguna sustancia pegajosa ya que esto ocasionará que el papel se atore.
- No utilice la máquina destructora de documentos si el cordón eléctrico está dañado en alguna forma.
- No intente dar servicio a este producto usted mismo ya que se expone a las hojas filosas y/o a la electricidad. Asimismo invalidará la garantía del fabricante.
- Nunca deje la papelera llena. Esto provocará que el material triturado sea jalado por la máquina trituradora de documentos y se atore.
- No trate nunca de limpiar/desatascar la cuchilla de la máquina destructora de documentos

## Solucionar Problemas de la Máquina Trituradora de Documentos Aurora:

La máquina trituradora de documentos no funciona

a) Asegúrese que la unidad esté conectada y que el interruptor al que esté conectada esté en buenas condiciones.

b) Las máquinas destructoras de documentos dotadas de canasto de los desechos poseen un sistema de seguridad que apaga la unidad cuando se saca el canasto. Asegúrese de que el canasto de los desechos removible ha sido vuelto a colocar correctamente en su lugar.

c) En caso de que la máquina destructora de documentos se utilice continuamente por períodos largos y el motor se sobrecaliente, el interruptor termal de sobrecarga apagará la máquina automáticamente. Si esto sucede, coloque el interruptor en la posición de apagado por 30 minutos o más antes de continuar.

d) Esta máquina destructora de documentos posee Tecnología de Seguridad TouchGuard™. Cuando la máquina destructora de documentos está encendida, se detiene automáticamente si alguien toca la tira metálica ubicada en la ranura de alimentación. Esto sucede sólo cuando la tocan personas o animales domésticos y no cuando el contacto es con objetos inanimados. Tales objetos pueden ser, ropa, llaves, bolígrafos, herramientas, pelo, etc. Nota: Si la(s) mano(s) del usuario está(n) cubiertas, el uso de guantes afecta el funcionamiento de la tecnología de seguridad.

Continúe la página siguiente **12**

## Solucionar Problemas de la Máquina Trituradora de Documentos Aurora:

La máquina destructora de documentos sólo funciona en las modalidades "Rev" y "Auto".

a) La máquina destructora de documentos no empezará a funcionar hasta que se introduzca una hoja de papel, CD/DVD, o tarjeta de crédito en la ranura de alimentación apropiada. Es normal que el motor funcione por un tiempo corto después que se ha encendido la máquina, pero se detendrá eventualmente hasta el momento en que se introduzca una hoja de papel. El dispositivo que activa la máquina está ubicado exactamente al centro de la ranura de alimentación. Si el papel que usted está introduciendo es angosto, puede que no entre en contacto con el interruptor. Es posible que el dispositivo que activa la máquina haya quedado obstruido por el papel. Meta con fuerza una tarjeta para archivos directamente en el centro de la ranura de alimentación. Normalmente, esto eliminará cualquier papel que esté obstruyendo el interruptor o manteniéndolo cerrado.

## MANTENIMIENTO:

Le recomendamos que lubrique su máquina destructora de documentos una vez al mes con aceite vegetal o aceite para cocinar (nada que sea con base de petróleo). Rocíe un poco de aceite sobre unos pocos trozos de papel y haga pasar esas páginas por la máquina destructora de documentos.

13

## GARANTÍA LIMITADA:

Aurora garantiza los cilindros cortantes de la máquina contra defectos en la fabricación y en los materiales por un período de **5 años** a partir de la fecha original de compra por parte del consumidor original. Aurora garantiza todas las demás piezas de la máquina contra defectos en la fabricación y en los materiales por un período de **1 año** a partir de la fecha original de compra por parte del consumidor original.

En caso de defecto o mal funcionamiento de este producto, Aurora sustituirá el producto gratuitamente. El cliente es responsable por todos los gastos de envío que correspondan a la devolución del producto defectuoso a Aurora. Esta garantía es nula si el producto ha sido dañado o utilizado de manera equivocada, ha recibido mantenimiento indebido, u otras causas que no hayan surgido de defectos en el material o la fabricación originales. Esta garantía es nula si el sello de fábrica es roto o se saca del producto. Esta garantía no incluye ajustes, partes o reparaciones requeridas por circunstancias mas allá del control de Aurora, incluyendo pero no limitado a maltrato de escape.

No se proporcional garantías expresas más que las que están aquí establecidas.

Cualesquiera garantías escritas o implícitas, incluyendo pero sin limitarse a la comercialización y capacidad para servir un propósito particular, se limitan al período de garantía mencionado anteriormente. Aurora no será responsable por ninguno de los costos, gastos o daños accesorios o consecuentes que resulten de cualquier falla, defecto o mal funcionamiento de este producto.

Algunos estados no permiten la exclusión de limitaciones de garantías implícitas o daños consecuentes, por lo que la limitación arriba mencionada puede no aplicar a usted.

Esta garantía le brinda derechos legales específicos y usted puede también tener otros derechos que varín de Estado a Estado.

Sírvase ponerse en contacto con nosotros si desea hacer alguna pregunta.

Corporación Aurora de América
3500 Challenger Street, Torrance, California 90503 USA
1-800-327-8508 LOS ESTADOS UNIDOS SÓLO    •    310-793-5650 INTERNACIONAL

**14**



# AURORA

## PROFESSIONAL GRADE

1-800-327-8508 / INFO@AURORACORP.COM
U.S.A. ONLY • ÉTATS-UNIS SEULEMENT • LOS ESTADOS UNIDOS SOLO

1-310-793-5650
INTERNATIONAL • INTERNATIONAL • INTERNACIONAL

Aurora Corp. of America
3500 Challenger Street   Torrance, CA 90503 USA

TBH010907

# EXHIBIT E

Pillsbury
Winthrop
Shaw
Pittman LLP

1650 Tysons Boulevard    Tel 703.770.7900
McLean, VA 22102-4859    Fax 703.770.7901
www.pillsburylaw.com

January 5, 2007

Bryan P. Collins
Phone: 703.770.7538
bryan.collins@pillsburylaw.com

**_VIA CERTIFIED MAIL_**

Mr. Kevin Chen
President
Aurora Corp. of America
3500 Challenger Street
Torrance, California 90503

　　　Re:　Infringement of Fellowes' Patent Rights
　　　　　Our Ref.: 082135-0000042

Dear Mr. Chen:

Our firm represents Fellowes, Inc. ("Fellowes"). We enclose a copy of Fellowes' U.S. Patent No. 7,040,559 ("the '559 patent"), which issued on May 9, 2006.

We have reviewed your company's AS1219CD shredder and determined that it infringes the '559 patent. In particular, we regard the "Three Mode Safety Switch" advertised prominently on the packaging as giving rise to the infringement.

Fellowes also has a pending continuation application based on the '559 patent. That application is U.S. Patent Application Publication No. 2006-0157601 A1, a copy of which is enclosed. The claims published in that application, which we expect to be allowed, also cover your company's shredder.

Additionally, Fellowes has counterpart applications pending in Europe, Japan, China, Australia, and Canada.

Fellowes' intellectual property is important to its business and it takes protection of that intellectual property seriously. Fellowes would like to reach an amicable resolution to this situation, but cannot allow its patent rights to be misused without proper compensation. We demand that your company either accept a royalty bearing license or cease and desist all further manufacture and sale of the infringing products.

400509124v1

Mr. Kevin Chen
January 5, 2007
Page 2

We would like your response within 10 days of this letter, or Fellowes will proceed with
whatever measures it deems necessary to protect its rights.

Sincerely,

Bryan P. Collins

BPC/smm/zfa

Enclosures

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Kevin Chen
President
Aurora Corp. of America
3500 Challenger street
Torrance, CA 90503

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Shirley Pan_    ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

S PAD                            1-9-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☒ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7002 2030 0007 9532 7681

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835