## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2008, a copy of the foregoing FIRST AMENDED COMPLAINT was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*Parties receiving service electronically are as follows:*

Nicholas T. Peters – ntpete@fitcheven.com
Karl R. Fink – krfink@fitcheven.com
Attorneys of FITCH, EVEN, TABIN & FLANNERY

Richard F. Cauley – rcauley@whglawfirm.com
Franklin E. Gibbs – fgibbs@whglawfirm.com
Erick P. Wolf – ewolf@whglawfirm.com
Attorneys of WANG, HARTMANN & GIBBS, P.C.

**(COUNSEL FOR DEFENDANT, AURORA CORP. OF AMERICA)**

Date:  March 27, 2008                    s/Peter J. Shakula
                                         *One of the Attorneys for Plaintiff*
                                         FELLOWES, INC.