CERTIFICATE OF SERVICE

      I hereby certify that on April 14, 2008, a copy of the foregoing ANSWER TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Parties receiving service electronically are as follows:*

Peter J. Shakula – pshakula@woodphillips.com
Attorney of WOOD, PHILLIPS, KATZ, CLARK & MORTIMER
**(COUNSEL FOR PLAINTIFF, FELLOWES, INC.)**

William P. Atkins, Esq.- william.atkins@pillsburylaw.com
Attorney of PILLSBURY WINTHROP SHAW PITTMAN, LLP
**(COUNSEL FOR PLAINTIFF, FELLOWES, INC.)**


Date:   April 14, 2008                s/Richard F. Cauley _____
                                            *One of the Attorneys for Defendant,*
                                            AURORA CORP. OF AMERICA