IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FELLOWES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AURORA CORP. OF AMERICA, <br><br> and, <br><br> AURORA OFFICE EQUIPMENT, LTD. <br><br> Defendants. | Civil Action No.: 07 C 7237 <br><br> Judge: Charles P. Kocoras <br> Magistrate Judge: Arlander Keys |

**AGREED MOTION FOR ELEVEN-DAY EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant, Aurora Office Equipment, Ltd. ("Aurora Office"), hereby moves this Court for an eleven-day extension of time to answer or otherwise plead in response to the Amended Complaint herein, and in support thereof states:

1. Aurora Office was served with the Complaint by international service on April 7, 2008;

2. Aurora Office and the undersigned counsel require more time to investigate Fellowes, Inc.'s claims and the circumstances surrounding this dispute;

3. Aurora Office intends to Answer the Amended Complaint, Docket 29, by May 9, 2008;

4. Plaintiff has agreed to the relief sought by this Motion.

WHEREFORE, Defendant Aurora respectfully requests that the date to answer, move, or otherwise plead in this case be extended from April 28, 2008 until May 9, 2008.

Respectfully submitted,

Date:  April 25, 2008

s/Nicholas T. Peters
Richard F. Cauley (SBN: 109194)
rcauley@whglawfirm.com
Franklin E. Gibbs (SBN: 189015)
fgibbs@whglawfirm.com
Regis A. Guerin (SBN 215170)
rguerin@whglawfirm.com
Erick P. Wolf (SBN: 224906)

ewolf@whglawfirm.com
**WANG, HARTMANN, GIBBS & CAULEY, P.C.**
A Professional Law Corporation
1301 Dove Street, Suite 1050
Newport Beach, CA  92660
Telephone:  (949) 833-8483
Facsimile:   (949) 833-2281

Karl R. Fink
krfink@fitcheven.com
Nicholas T. Peters
ntpete@fitcheven.com
**FITCH, EVEN, TABIN & FLANNERY**
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 577-7000
Facsimile: (312) 577-7007

*Counsel for Defendant,*
AURORA CORP. OF AMERICA and AURORA
OFFICE EQUIPMENT, LTD.