IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FELLOWES, INC., </br></br>   Plaintiff, </br></br> vs. </br></br> AURORA CORP. OF AMERICA, </br></br>   and, </br></br> AURORA OFFICE EQUIPMENT, LTD. </br></br>   Defendants. | Civil Action No.: 07 C 7237 </br></br> Judge: Charles P. Kocoras </br> Magistrate Judge: Arlander Keys |

## NOTICE OF MOTION

TO:   Peter Shakula, Wood Phillips Katz Clark & Mortimer, 500 West Madison Street, Suite 3800, Chicago, Illinois 60661, William Atkins, Benjamin L. Kiersz, Christopher Dorsey, Pillsbury Winthrop Shaw Pittman, LLP, 1650 Tysons Blvd., McLean, VA 22102

PLEASE TAKE NOTICE THAT on Wednesday, April 30, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles P. Kocoras, or any judge sitting in his stead, in Courtroom 1725 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present an AGREED MOTION FOR ELEVEN-DAY EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD, a copy of which accompanies this Notice.

Respectfully submitted,

Date:   April 25, 2008

s/Nicholas T. Peters
Richard F. Cauley (SBN: 109194)
rcauley@whglawfirm.com
Franklin E. Gibbs (SBN: 189015)
fgibbs@whglawfirm.com
Regis A. Guerin (SBN 215170)
rguerin@whglawfirm.com
Erick P. Wolf (SBN: 224906)
ewolf@whglawfirm.com

**WANG, HARTMANN, GIBBS & CAULEY, P.C.**
A Professional Law Corporation
1301 Dove Street, Suite 1050
Newport Beach, CA  92660
Telephone:  (949) 833-8483
Facsimile:   (949) 833-2281

Karl R. Fink
krfink@fitcheven.com
Nicholas T. Peters
ntpete@fitcheven.com
**FITCH, EVEN, TABIN & FLANNERY**
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 577-7000
Facsimile: (312) 577-7007

*Counsel for Defendant,*
AURORA CORP. OF AMERICA and AURORA OFFICE EQUIPMENT, LTD.