## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing NOTICE OF MOTION and AGREED MOTION FOR ELEVEN-DAY EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD was served upon:

Peter J. Shakula
WOOD PHILLIPS KATZ CLARK & MORTIMER
500 West Madison Street
Suite 3800
Chicago, Illinois 60661
(312) 876-1800

William Atkins, Esq.
Benjamin L. Kiersz, Esq.
Christopher Dorsey, Esq.
PILLSBURY WINTHROP SHAW PITTMAN, LLP
1650 Tysons Blvd.
McLean, VA 22102

via electronic filing with the Court, this 25th day of April 2008.

      s/Nicholas T. Peters
      Attorney for AURORA CORP. OF AMERICA and
      AURORA OFFICE EQUIPMENT, LTD.