# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Fellowes, Inc.

                             Plaintiff,

v.                                          Case No.: 1:07−cv−07237
                                            Honorable Charles P. Kocoras

Aurora Corporation of America, et al.

                             Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

     MINUTE entry before Judge Charles P. Kocoras:Defendant Aurora Office Equipment, Ltd.'s motion [31] for an extension of time to 5/9/2008 to answer or otherwise plead is granted. Hearing on said motion, set for 4/30/2008, is stricken. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.