Page 1 of 1
OR_WGENEVA

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FELLOWES, INC.<br>    PLAINTIFF/PETITIONER<br>VS.<br>AURORA CORPORATION OF AMERICA<br>and<br>AURORA OFFICE EQUIPMENT, LTD<br>    DEFENDANT/RESPONDENT | CAUSE #: 07 C 7237<br><br>CERTIFICATE OF SERVICE |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

ABC Legal Services, Inc.
633 Yesler Way Seattle, WA 98104
206 521-9000
TRACKING #: 4973282

**ORIGINAL**
**PROOF OF SERVICE**

PILLSBURY WINTHROP SHAW PITTMAN LLP
1600 TYSONS BOULEVARD
MCLEAN, VA 22102
703 770 7507
Page 1 of 1
OR_WGENEVA

# CERTIFICATE

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**

1) that the document has been served*
   the (date) ___April 7, 2008___
   at (place, street, number) ___388 Jiaxin Road, Jiading District, Shanghai, China___

   in one of the following methods authorized by article 5:

   ☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

   ☐ (b) in accordance with the following particular method:*
   _____

   ☐ (c) by delivery to the addressee, who accepted it voluntarily.*

   The documents referred to in the request have been delivered to:
   (identity and description of person)
   ___Yu Somebody (The signature can't be recognized)___

   relationship to the addressee family, business, or other
   ___Staff member of the company___

2) that the document has not been served, by reason of the following facts:*
   _____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.***

Annexes

Documents returned:
_____
_____
_____

Done at ___Beijing___, the ___May 5, 2008___
[Stamp: 中华人民共和国 司法部 司法协助专用章]
Signature and/or stamp

In appropriate cases, documents establishing the service:
_____
_____
_____

TRACKING #: 4973282


USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# 上海市高级人民法院函

SX-08-299

沪高法外（2008）041 号

最高人民法院外事局：

贵院法协（2008）364 号关于 美国 请求向 震旦办公设备有限公司 送达法律文书一事，业已经上海市高级人民法院将该法律文书送达到有关当事人，现将送达回证附后，请查收。



二〇〇八年四月二十一日



# 中华人民共和国
## 上海市高级人民法院
### 送 达 回 证

| 案号 | 沪高法外（2008）041 号 |
|---|---|
| 案由 | 法协（2008）364 号　　美国 |
| 送达文书名称和件数 | 被送达文书概要一份，传票一份，诉状一份，文书一份 |
| 受送达人 | 震旦办公设备有限公司 |
| 送达地址 | 上海嘉定区嘉新公路 388 号 |
| 受送达人签名或签章 | 2008 年 4 月 7 日 |
| 送达方式 | 执行送达人 |
| 不能送达的原因或受送达人拒收理由： | 年　月　日 |

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Rick Hamilton<br>633 Yesler Way<br>Seattle, WA 98104<br>United States of America<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | MINISTRY OF JUSTICE OF CHINA<br>BUREAU OF INTERNATIONAL JUDICIAL ASSISTANCE<br>10 CHAOYANGMEN NANDAJIE<br>CHAOYANG DISTRICT<br>BEIJING |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
   (identity and address)

AURORA OFFICE EQUIPMENT CO., LTD
388 JIANXIN ROAD
JIADING DISTRICT
2000 SHANGHAI
SABA

DOB:                         Phone:

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*

_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:
List of documents:
**SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT; LIST OF EXHIBITS; EXHIBITS A THROUGH F (SUBMITTED IN DUPLICATE WITH TRANSLATIONS)**

Done at Seattle, Washington USA, on Feb 7 2008

Signature and/or stamp

*Rick Hamilton* (signature)

PFI | PROCESS FORWARDING INTERNATIONAL

TRACKING #: 4973282

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

(article 5, fourth paragraph)

Name and address of the requesting authority:  Rick Hamilton
633 Yesler Way
Seattle, WA 98104
United States of America

Particulars of the parties:
FELLOWES, INC.         vs.   AURORA CORPORATION OF AMERICA
                             and
                             AURORA OFFICE EQUIPMENT, LTD

## JUDICIAL DOCUMENT*

Nature of the document:
To give notice to the Defendant of the institution against them of a claim for civil damages, and summon them to answer to the claim.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiff is seeking an injuctive judgment and to recover civil damages and other relief, amount to be determined in court.

Date and place for entering appearance:*
Defendant has twenty days from receipt of the Summons to answer to the claim, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
    Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a

TRACKING #: 4973282



USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate