## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, a copy of the foregoing:

**FELLOWES, INC.'S ANSWER TO AURORA OFFICE EQUIPMENT, LTD.'S COUNTERCLAIMS**

was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

***Parties receiving service electronically are as follows:***

Nicholas T. Peters – ntpete@fitcheven.com
Karl R. Fink – krfink@fitcheven.com
Attorneys of FITCH, EVEN, TABIN & FLANNERY

Richard F. Cauley – rcauley@whglawfirm.com
Franklin E. Gibbs – fgibbs@whglawfirm.com
Erick P. Wolf – ewolf@whglawfirm.com
Attorneys of WANG, HARTMANN & GIBBS, P.C.

(COUNSEL FOR DEFENDANT, AURORA CORP. OF AMERICA)

Nicholas T. Peters – ntpete@fitcheven.com

(COUNSEL FOR DEFENDANT, AURORA OFFICE EQUIPMENT, LTD.)

Date: May 29, 2008

[signature]
*One of the Attorneys for Plaintiff*
FELLOWES, INC.