## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2008, a copy of the foregoing:

**PLAINTIFF FELLOWES, INC.'S DISCLOSURES OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS AS TO AURORA CORPORATION OF AMERICA AND AURORA OFFICE EQUIPMENT, LTD.**

was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*__Parties receiving service electronically are as follows:__*

Nicolas T. Peters – ntpete@fitcheven.com
Karl R. Fink – krfink@fitcheven.com
Attorneys of FITCH, EVEN, TABIN & FLANNERY

Richard F. Cauley – rcauley@whglawfirm.com
Franklin E. Gibbs – fgibbs@whglawfirm.com
Erick P. Wolf – ewolf@whglawfirm.com
Attorneys of WANG, HARTMANN & GIBBS, P.C.

**(COUNSEL FOR DEFENDANTS, AURORA CORPORATION OF AMERICA)**

Nicolas T. Peters – ntpete@fitcheven.com

**(COUNSEL FOR DEFENDANTS, AURORA OFFICE EQUIPMENT, LTD.)**

Date: August 21, 2008

                                               Peter J. Shakula
                                               *One of the Attorneys for Plaintiff*
                                               FELLOWES, INC.