# Exhibit C

| Claims of the '279 patent | Section 112 Arguments |
|---|---|
| 1. A document shredder for shredding one or more data bearing documents selected from the group consisting of paper, optical discs, and floppy disks, comprising:<br><br>a housing;<br><br>a document shredder mechanism received in the housing and including an electrically powered motor and cutter elements, the document shredder mechanism enabling one or more data bearing documents selected from the group consisting of paper, optical discs, and floppy disks to be fed into the cutter elements and the motor being operable to drive the cutter elements so that the cutter elements shred the one or more documents fed therein;<br><br>the housing having an opening enabling the one or more data bearing documents to be fed therethrough into the cutter elements of the document shredder mechanism for shredding; | |
| a waste bin disposed beneath the document shredder mechanism, the waste bin being configured to receive shredded documents from the document shredder mechanism, the waste bin being manually removable from beneath the document shredder mechanism for emptying of the shredded documents therein; | The waste bin is indefinite. The written description does not identify a waste bin being manually removable from beneath the document shredder mechanism for emptying of the shredded documents therein. |
| a discriminating proximity sensor comprising an electroconductive sensor element at least in part adjacent the opening, the proximity sensor being configured to indicate a presence of a person or animal, but not a presence of the one or more data bearing documents, in proximity to the opening based on the detection via the sensor element of an inherent electrical characteristic of the | The discriminating proximity sensor fails for lack of a written description. "Discriminating" is not adequately defined in the written description. Further, representations made by Fellowes before the Japanese patent Office clearly disavowed dual electrode sensors, yet this claim covers such sensors and the specification does not provide an adequate written description distinguishing the |

| | |
|---|---|
| person or animal; and | invention from a two electrode configuration. |
| | The discriminating proximity sensor fails for lack of enablement.  Representations made by Fellowes before the Japanese patent Office clearly disavowed dual electrode sensors, yet this claim covers such sensors and the specification does not enable one of ordinary skill in the art to construct a sensor that is exclusively a single electrode sensor. |
| a controller operable to disable the cutter elements responsive to the indicated presence of the person or animal. | |
| 2. A shredder according to claim 1, wherein the cutter elements are disabled by disabling power to the motor responsive to the indicated presence of the person or animal. | This claim fails for lack of an adequate written description as the specification does not identify how a discriminating proximity sensor operates to disable a motor. |
| 5. A shredder according to claim 1, wherein the proximity sensor is a capacitive sensor for detecting a capacitance between the sensor element and the person or animal. | This claim fails for lack of an adequate written description as the disavowal by Fellowes before the Japanese Patent Office excludes two electrode capacitive sensors. This claim, by measuring capacitance, is directed to a two electrode sensor while the specification does not support such a configuration in light of the disavowal. |
| 6. A shredder according to claim 5, wherein: the proximity sensor further comprises circuitry to sense a state of the electroconductive sensor element. | This claim fails for lack of an adequate written description as nothing in the specification supports a system that senses the state, such as the temperature, of the electroconductive sensor element. |
| 7. A shredder according to claim 6, wherein the electroconductive element is a thin metal member extending along a portion of the housing adjacent the opening. | |
| 12. A shredder according to claim 7, wherein the shredder mechanism is | This claim is indefinite as claim 1 already identified the shredder mechanism within |

| | |
|---|---|
| embedded within the housing. | the housing. |
| 13. A shredder according to claim 7, wherein the metal member is at least in part adhered to the portion of the housing adjacent the opening. | The term "adjacent" is indefinite. |
| 14. A shredder according to claim 13, wherein the metal member comprises metal tape. | The term "metal tape" is indefinite. |
| 22. A shredder according to claim 5, wherein the opening is an elongated, narrow opening. | The term "elongated" is indefinite. |
| 23. A shredder according to claim 22, wherein the elongated, narrow opening is defined by a pair of opposing walls, and wherein the sensor element of the proximity sensor is attached to at least one of the walls. | The term "narrow" is indefinite. |
| 24. A shredder according to claim 23, wherein the sensor element of the proximity sensor extends along the at least one of the walls for essentially an entire length of the opening. | The phrase "essentially an entire length of the opening" is indefinite. |
| 27. A shredder according to claim 23, wherein the sensor element is provided on an external surface of the at least one of the walls and thereby defines the opening at least in part. | The phrase "defines the opening at least in part" is indefinite. |
| 28. A shredder according to claim 24, wherein the sensor element is provided on an external surface of the at least one of the walls and thereby defines the opening at least in part. | The phrase "defines the opening at least in part" is indefinite. |
| 31. A shredder according to claim 1, wherein: wherein the proximity sensor further comprises circuitry to sense a state of the electroconductive sensor element. | The phrase "sense a state of the electroconductive sensor element" is indefinite, not supported by the written description, and is not enabled. |
| 32. A shredder according to claim 22, wherein: wherein the proximity sensor | The phrase "sense a state of the electroconductive sensor element" is |

C-4

| | |
|---|---|
| further comprises circuitry to sense a state of the electroconductive sensor element. | indefinite, not supported by the written description, and is not enabled. |
| 33. A shredder according to claim 23, wherein: the proximity sensor further comprises circuitry to sense a state of the electroconductive sensor element. | The phrase "sense a state of the electroconductive sensor element" is indefinite, not supported by the written description, and is not enabled. |
| 34. A shredder according to claim 24, wherein: wherein the proximity sensor further comprises circuitry to sense a state of the electroconductive sensor element. | The phrase "sense a state of the electroconductive sensor element" is indefinite, not supported by the written description, and is not enabled. |
| 37. A shredder according to claim 27, wherein: the proximity sensor further comprises circuitry to sense a state of the electroconductive sensor element. | The phrase "sense a state of the electroconductive sensor element" is indefinite, not supported by the written description, and is not enabled. |
| 38. A shredder according to claim 28, wherein: the proximity sensor further comprises circuitry to sense a state of the electroconductive sensor element. | The phrase "sense a state of the electroconductive sensor element" is indefinite, not supported by the written description, and is not enabled. |
| 41. A shedder according to claim 1, wherein the proximity sensor is configured to indicate the presence of the person or the animal in proximity to the opening without requiring contact with the sensor element. | The phrase "without requiring contact" is indefinite. |
| 42. A shredder according to claim 22, wherein the proximity sensor is configured to indicate the presence of the person or the animal in proximity to the opening without requiring contact with the sensor element. | The phrase "without requiring contact" is indefinite. |
| 43. A shredder according to claim 23, wherein the proximity sensor is configured to indicate the presence of the person or the animal in proximity to the opening without requiring contact with the sensor element. | The phrase "without requiring contact" is indefinite. |
| 44. A shredder according to claim 24, wherein the proximity sensor is configured to indicate the presence of the person or the animal in proximity to the opening without requiring contact with the sensor element. | The phrase "without requiring contact" is indefinite. |
| 47. A shredder according to claim 27, | The phrase "without requiring contact" is |

| | |
|---|---|
| wherein the proximity sensor is configured to indicate the presence of the person or the animal in proximity to the opening without requiring contact with the sensor element. | indefinite. |
| 48. A shredder according to claim 28, wherein the proximity sensor is configured to indicate the presence of the person or the animal in proximity to the opening without requiring contact with the sensor element. | The phrase "without requiring contact" is indefinite. |
| 51. A shredder according to claim 41, wherein: the proximity sensor further comprises circuitry to sense a state of the electroconductive sensor element. | The phrase "sense a state of the electroconductive sensor element" is indefinite, not supported by the written description, and is not enabled. |
| 52. A shredder according to claim 42, wherein: the proximity sensor further comprises circuitry to sense a state of the electroconductive sensor element. | The phrase "sense a state of the electroconductive sensor element" is indefinite, not supported by the written description, and is not enabled. |
| 53. A shredder according to claim 43, wherein: the proximity sensor further comprises circuitry to sense a state of the electroconductive sensor element. | The phrase "sense a state of the electroconductive sensor element" is indefinite, not supported by the written description, and is not enabled. |
| 54. A shredder according to claim 44, wherein: the proximity sensor further comprises circuitry to sense a state of the electroconductive sensor element. | The phrase "sense a state of the electroconductive sensor element" is indefinite, not supported by the written description, and is not enabled. |
| 57. A shredder according to claim 47, wherein: the proximity sensor further comprises circuitry to sense a state of the electroconductive sensor element. | The phrase "sense a state of the electroconductive sensor element" is indefinite, not supported by the written description, and is not enabled. |
| 58. A shredder according to claim 48, wherein: the proximity sensor further comprises circuitry to sense a state of the electroconductive sensor element. | The phrase "sense a state of the electroconductive sensor element" is indefinite, not supported by the written description, and is not enabled. |
| 61. A shredder according to claim 6, wherein the cutter elements are disabled by disabling power to the motor responsive to the indicated presence of the person or animal. | The phrase "disabling power" is not enabled. |

| | |
|---|---|
| 62. A shredder according to claim 22, wherein the cutter elements are disabled by disabling power to the motor responsive to the indicated presence of the person or animal. | The phrase "disabling power" is not enabled. |
| 63. A shredder according to claim 23, wherein the cutter elements are disabled by disabling power to the motor responsive to the indicated presence of the person or animal. | The phrase "disabling power" is not enabled. |
| 64. A shredder according to claim 24, wherein the cutter elements are disabled by disabling power to the motor responsive to the indicated presence of the person or animal. | The phrase "disabling power" is not enabled. |
| 67. A shredder according to claim 31, wherein the cutter elements are disabled by disabling power to the motor responsive to the indicated presence of the person or animal. | The phrase "disabling power" is not enabled. |
| 68. A shredder according to claim 32, wherein the cutter elements are disabled by disabling power to the motor responsive to the indicated presence of the person or animal. | The phrase "disabling power" is not enabled. |
| 69. A shredder according to claim 33, wherein the cutter elements are disabled by disabling power to the motor responsive to the indicated presence of the person or animal. | The phrase "disabling power" is not enabled. |
| 70. A shredder according to claim 34, wherein the cutter elements are disabled by disabling power to the motor responsive to the indicated presence of the person or animal. | The phrase "disabling power" is not enabled. |
| 73. A shredder according to claim 41, wherein the cutter elements are disabled by disabling power to the motor responsive to | The phrase "disabling power" is not enabled. |

| | |
|---|---|
| the indicated presence of the person or animal. | |
| 74. A shredder according to claim 42, wherein the cutter elements are disabled by disabling power to the motor responsive to the indicated presence of the person or animal. | The phrase "disabling power" is not enabled. |
| 75. A shredder according to claim 43, wherein the cutter elements are disabled by disabling power to the motor responsive to the indicated presence of the person or animal. | The phrase "disabling power" is not enabled. |
| 76. A shredder according to claim 44, wherein the cutter elements are disabled by disabling power to the motor responsive to the indicated presence of the person or animal. | The phrase "disabling power" is not enabled. |
| 79. A shredder according to claim 5, wherein the opening is an elongated opening. | The term "elongated" is indefinite. |
| 80. A shredder according to claim 79, wherein the elongated opening is defined by a pair of opposing walls, and wherein the sensor element of the proximity sensor is attached to at least one of the walls. | The term "elongated" is indefinite. |
| 81. A shredder according to claim 80, wherein the sensor element of the proximity sensor extends along the at least one of the walls for essentially an entire length of the opening. | The phrase "essentially an entire length" is indefinite. |
| 84. A shredder according to claim 80, wherein the sensor element is provided on an external surface of the at least one of the walls and thereby defines the opening at least in part. | The phrase "defines the opening at least in part" is indefinite. |
| 85. A shredder according to claim 81, wherein the sensor element is provided on an external surface of the at least one of the walls and thereby defines the opening at least in part. | The phrase "defines the opening at least in part" is indefinite. |

| | |
|---|---|
| 88. A shredder according to claim 79, wherein: the proximity sensor further comprises circuitry to sense a state of the electroconductive sensor element. | The phrase "sense a state of the electroconductive sensor element" is indefinite, not supported by the written description, and is not enabled. |
| 89. A shredder according to claim 80, wherein: the proximity sensor further comprises circuitry to sense a state of the electroconductive sensor element. | The phrase "sense a state of the electroconductive sensor element" is indefinite, not supported by the written description, and is not enabled. |
| 90. A shredder according to claim 81, wherein: the proximity sensor further comprises circuitry to sense a state of the electroconductive sensor element. | The phrase "sense a state of the electroconductive sensor element" is indefinite, not supported by the written description, and is not enabled. |
| 93. A shredder according to claim 84, wherein: the proximity sensor further comprises circuitry to sense a state of the electroconductive sensor element. | The phrase "sense a state of the electroconductive sensor element" is indefinite, not supported by the written description, and is not enabled. |
| 94. A shredder according to claim 85, wherein: the proximity sensor further comprises circuitry to sense a state of the electroconductive sensor element. | The phrase "sense a state of the electroconductive sensor element" is indefinite, not supported by the written description, and is not enabled. |
| 97. A shredder according to claim 1, wherein the opening is an elongated, narrow opening. | The terms "elongated" and "narrow" are indefinite. |
| 98. A shredder according to claim 97, wherein the elongated, narrow opening is defined by a pair of opposing walls, and wherein the sensor element of the proximity sensor is attached to at least one of the walls. | The terms "elongated" and "narrow" are indefinite. |
| 99. A shredder according to claim 98, wherein the sensor element of the proximity sensor extends along the at least one of the walls for essentially an entire length of the opening. | The phrase "essentially an entire length" is indefinite |
| 102. A shredder according to claim 98, wherein the sensor element is provided on an external surface of the at least one of the | The phrase "defines the opening at least in part" is indefinite. |

| | |
|---|---|
| walls and thereby defines the opening at least in part. | |
| 103. A shredder according to claim 99, wherein the sensor element is provided on an external surface of the at least one of the walls and thereby defines the opening at least in part. | The phrase "defines the opening at least in part" is indefinite. |
| 106. A shredder according to claim 1, wherein the opening is an elongated opening. | The term "elongated" is indefinite. |
| 107. A shredder according to claim 106, wherein the elongated opening is defined by a pair of opposing walls, and wherein the sensor element of the proximity sensor is attached to at least one of the walls. | The term "elongated" is indefinite. |
| 108. A shredder according to claim 107, wherein the sensor element of the proximity sensor extends along the at least one of the walls for essentially an entire length of the opening. | The phrase "essentially an entire length" is indefinite. |
| 111. A shredder according to claim 107, wherein the sensor element is provided on an external surface of the at least one of the walls and thereby defines the opening at least in part. | The phrase "defines the opening at least in part" is indefinite. |
| 112. A shredder according to claim 108, wherein the sensor element is provided on an external surface of the at least one of the walls and thereby defines the opening at least in part. | The phrase "defines the opening at least in part" is indefinite. |