# Exhibit D

| Claims of the '559 patent | Prior art |
|---|---|
| 1. A shredder comprising: | |
| a housing; | US6,079,645 Figure 1 |
| a shredder mechanism mounted in the housing and including an electrically powered motor and cutter elements, the shredder mechanism enabling articles to be shredded to be fed into the cutter elements and the motor being operable to drive the cutter elements so that the cutter elements shred the articles fed therein; | US6,079,645 Figure 3 |
| a throat opening provided on the housing for enabling articles to be fed into the shredder mechanism; | US6,079,645 Figure 1 |
| an on/off switch provided on an exterior of the housing and electrically coupled to the motor of the shredder mechanism, | US6,079,645 Figure 1, item 18 |

| | |
|---|---|
| the switch including a manually engageable portion manually movable by a user's hand between at least<br>(a) an on position wherein the switch enables delivery of electric power to the motor and<br>(b) an off position disabling the delivery of electric power to the motor; | US6,079,645 Figure 1, item 18 |
| a switch lock movable between<br>(a) a locking position wherein the switch is locked in the off position and<br>(b) a releasing position wherein the switch is released for movement from the off position; | US6,079,645 Figure 1, item 18; 2:60-3:5 |
| wherein the switch lock includes a manually engageable portion provided on the exterior of the housing, | US6,079,645 Figure 1, item 18; 2:60-3:5 |
| the manually engageable portion being manually movable by the user's hand to move the switch lock between the locking and releasing positions. | US6,079,645 Figure 1, item 18; 2:60-3:5 |
| 13. A shredder according to claim 1, comprising a status indicator for visually indicating whether the switch lock is in the locking position. | US6,079,645 Figure 1 |

D-3

| | |
|---|---|
| 14. A shredder according to claim 1, wherein the housing has an upwardly facing top wall, and wherein the throat opening is formed in the top wall. | US6,079,645 Figure 1 |
| 15. A shredder according to claim 14, wherein the manually engageable portion of the on/off switch is mounted for sliding movement on the top wall between the on and off positions thereof. | US6,079,645 Figure 1, item 18 |
| 16. A shredder according to claim 15, wherein the top wall has an open, upwardly facing recess and wherein the manually engageable portion of the on/off switch is received in said recess. | US6,079,645 Figure 1, item 18 |
| 39. A shredder according to claim 1, wherein the on/off switch includes a switch module mounted within said housing, the manually engageable portion and the switch module of the on/off switch being connected directly together through an opening in an outer wall of the housing. | US6,079,645 Figure 1, Figure 2 item 34 |

| | |
|---|---|
| 40.     A shredder according to claim 1, wherein the manually engageable portion of the on/off switch is mounted on an outer wall of the housing for movement between the on and off positions of the on/off switch. | US6,079,645 Figure 1 |
| 41.     A shredder according to claim 40, wherein the manually engageable portion of the on/off switch is mounted to slide between the on and off positions thereof in a first direction, and wherein the switch lock is mounted for movement between the locking and releasing positions thereof in a second direction perpendicular to the first direction. | US6,079,645 Figure 1, item 18 |
| 42.     A shredder according to claim 1, wherein the manually engageable portion of the on/off switch is mounted on a top wall of the housing for linear movement between the on/off positions of the on/off switch. | US6,079,645 Figure 1, item 18 |

| | |
|---|---|
| 43.   A shredder according to claim 1, wherein the manually engageable portion of the switch lock is mounted for movement in a first direction between the locking and releasing positions. | US6,079,645 Figure 1, item 18 |
| 44.   A shredder according to claim 43, wherein the manually engageable portion of the on/off switch is mounted for movement in a second direction between the on and off positions of the on/off switch. | US6,079,645 Figure 1, item 18 |
| 45.   A shredder according to claim 44, wherein the first and second directions for the movements of the manually engageable portions are perpendicular to one another. | US6,079,645 Figure 1, item 18 |
| 46.   A shredder according to claim 45, wherein the manually engageable portion of the on/off switch is mounted on a top wall of the housing. | US6,079,645 Figure 1, item 18 |
| 50.   A shredder according to claim 1, wherein the switch lock includes no position in which it locks the switch in the on position. | US6,079,645 Figure 1, item 18 |

| | |
|---|---|
| 51.    A shredder according to claim 1, wherein, when in the on position, the manually engageable portion of the on/off switch naturally stays in the on position. | US6,079,645 Figure 1, item 18 |

| | |
|---|---|
| 51.    A shredder according to claim 1, wherein, when in the on position, the manually engageable portion of the on/off switch naturally stays in the on position. | US6,079,645 Figure 1, item 18 |

| 7,040,559 | Prior art |
|---|---|
| 1. A shredder comprising: | |
| a housing; | US4,545,537 Figure 1 |
| a shredder mechanism mounted in the housing and<br>including an electrically powered motor and cutter elements,<br>the shredder mechanism enabling articles to be shredded to be fed into the cutter elements and<br>the motor being operable to drive the cutter elements so that the cutter elements shred the articles fed therein; | US4,545,537 Figure 2 |
| a throat opening provided on the housing for enabling articles to be fed into the shredder mechanism; | US4,545,537 Figure 1 |
| an on/off switch provided on an exterior of the housing and electrically coupled to the motor of the shredder mechanism, | US4,545,537 Figure 1, items 32, 33 |

| | |
|---|---|
| the switch including a manually engageable portion manually movable by a user's hand between at least<br>(a) an on position wherein the switch enables delivery of electric power to the motor and<br>(b) an off position disabling the delivery of electric power to the motor; | US4,545,537 Figure 1, items 32, 33 |
| a switch lock movable between<br>(a) a locking position wherein the switch is locked in the off position and<br>(b) a releasing position wherein the switch is released for movement from the off position; | US4,545,537 Figure 1, items 32, 33 |
| wherein the switch lock includes a manually engageable portion provided on the exterior of the housing, | US4,545,537 Figure 1, items 32, 33 |
| the manually engageable portion being manually movable by the user's hand to move the switch lock between the locking and releasing positions. | US4,545,537 Figure 1, items 32, 33 |

| | |
|---|---|
| 13. A shredder according to claim 1, comprising a status indicator for visually indicating whether the switch lock is in the locking position. | US4,545,537 Figure 1, items 32, 33 |
| 14. A shredder according to claim 1, wherein the housing has an upwardly facing top wall, and wherein the throat opening is formed in the top wall. | US4,545,537 Figure 1 |
| 15. A shredder according to claim 14, wherein the manually engageable portion of the on/off switch is mounted for sliding movement on the top wall between the on and off positions thereof. | US4,545,537 Figure 1, items 32, 33 |
| 16. A shredder according to claim 15, wherein the top wall has an open, upwardly facing recess and wherein the manually engageable portion of the on/off switch is received in said recess. | US4,545,537 Figure 1, items 32, 33 |

| | |
|---|---|
| 39. A shredder according to claim 1, wherein the on/off switch includes a switch module mounted within said housing, the manually engageable portion and the switch module of the on/off switch being connected directly together through an opening in an outer wall of the housing. | US4,545,537 Figure 1, items 32, 33 |
| 40. A shredder according to claim 1, wherein the manually engageable portion of the on/off switch is mounted on an outer wall of the housing for movement between the on and off positions of the on/off switch. | US4,545,537 Figure 1, items 32, 33 |

| | |
|---|---|
| 41.   A shredder according to claim 40, wherein the manually engageable portion of the on/off switch is mounted to slide between the on and off positions thereof in a first direction, and wherein the switch lock is mounted for movement between the locking and releasing positions thereof in a second direction perpendicular to the first direction. | US4,545,537 Figure 1, items 32, 33 |
| 42.   A shredder according to claim 1, wherein the manually engageable portion of the on/off switch is mounted on a top wall of the housing for linear movement between the on/off positions of the on/off switch. | US4,545,537 Figure 1, items 32, 33 |
| 43.   A shredder according to claim 1, wherein the manually engageable portion of the switch lock is mounted for movement in a first direction between the locking and releasing positions. | US4,545,537 Figure 1, items 32, 33 |

| | |
|---|---|
| 44.   A shredder according to claim 43, wherein the manually engageable portion of the on/off switch is mounted for movement in a second direction between the on and off positions of the on/off switch. | US4,545,537 Figure 1, items 32, 33 |
| 45.   A shredder according to claim 44, wherein the first and second directions for the movements of the manually engageable portions are perpendicular to one another. | US4,545,537 Figure 1, items 32, 33 |
| 46.   A shredder according to claim 45, wherein the manually engageable portion of the on/off switch is mounted on a top wall of the housing. | US4,545,537 Figure 1, items 32, 33 |
| 50.   A shredder according to claim 1, wherein the switch lock includes no position in which it locks the switch in the on position. | US4,545,537 Figure 1, items 32, 33 |

| | |
|---|---|
| 51. A shredder according to claim 1, wherein, when in the on position, the manually engageable portion of the on/off switch naturally stays in the on position. | US4,545,537 Figure 1, items 32, 33 |