# Exhibit E

| Claims of the '559 patent | Prior art elements |
|---|---|
| 1. A shredder comprising: | |
| a housing; | US6065696 2:5<br>US6079645 Figure 1<br>US6082644 2:60-62<br>US6089482 2:20-39<br>US6247828 Figure 1<br>USD444809 Figure 1<br>US6260780 1:4-6<br>US 6325309 Abstract<br>US6418004 Abstract<br>US6550701 Figure 4<br>US6575285 Figure 1<br>USD481416 Figure 1<br>US6655943 Abstract<br>US6676450 3:2-4<br>US6724324 Abstract<br>USD494607 Claim<br>US6775018 Abstract<br>US6779747 Figure 2B<br>USD502713 Claim<br>USD502714 Claim<br>US6962301 Figure 1<br>US6966513 Abstract<br>US6976648 Abstract<br>US6981667 Abstract<br>US7044410 Abstract<br>US7048218 Abstract<br>US7150422 Figure 1<br>2004/0008122 Abstract<br>2004/0226800 Figure 1<br>2005/0132859 Abstract<br>2005/0157203 Abstract<br>2005/0166736 Figure 3<br>2005/0274834 Figure 2<br>2005/0274836 Figure 1<br>2006/0157600 Figure 1<br>2006/0169619 Figure 3<br>2006/0249609 Figure 1<br>US 5988542, 4:47, housing 14<br>US 3769473,1:40, housing 10 |

|  | |
|---|---|
|  | US 3780246, 2:17, housing 12 <br> US 4062282,  3:6-7, housing 11 <br> US 4423844,  3:67, main body unit 22 <br> US 4510860,  4:65, enclosure 4 <br> US 4619407,  3:55, case 2 <br> US 4664317,  3:43, housing 12 <br> US 4706895,  4:6, housing 14 <br> US 4893027,  8:14, housing section 22 <br> US 5044270,  2:58, housing <br> US 5167374,  2:66, housing 30 <br> US 5236138,  2:36, container 32 <br> US 5775605,  2:60, housing 11 <br> US 6082643,  2:66, housing 20 <br> US 6629654  3:1, hopper 26 <br> WO 91001860,11:1-6, housing 50 <br> WO 94013441, 5:24, housing (10) <br> WO 98052728, 15:7, housing 56 <br> WO 1030655,136:17, vessel assembly 1600 <br> US 6,877,410, 7:11, housing 102 <br> US 20020066346, 4[0036], housing 102 <br> US 6,834,730, 3:12-13, housing 14 <br> US 6,536,536, 3:12-13, housing 14 <br> US 7,225,712, 6:45, housing 82 <br> US 7,171,879, 5:32, housing 82 <br> US 7,077,039, 6:13, housing 82 <br> US 3,764,819, 3:30-31, housing 1 <br> US 7,290,472, 5:66, housing 82 <br> US 7,228,772, 6:14, housing 82 <br> US 7,210,383, 6:19, housing 82 <br> US 7,197,969, 6:14, housing 82 <br> US 7,137,326, 6:1, housing 82 <br> US 6,857,345, 6:1, housing 82 <br> US 6,826,988, 5:38, housing 82 <br> US 20050039822, 4[0052], housing 82 <br> US 20040173430, 4[0037], housing 82 <br> US 20030090224, 3[0031], housing 82 <br> US 20030058121, 3[0033], housing 82 <br> US 20030037651, 4[0025], housing 82 <br> US 20020069734, 3[0031], housing 82 <br> US 20020059855, 3[0033], housing 82 <br> US 20020059854, 3[0027], housing 82 <br> US 20020056350, 3[0038], housing 82 <br> US 20020020263, 3[0037], housing 82 <br> US 20020020262, 3[0034], housing 82 <br> US 20020017183, 4[0031], housing 82 <br> US 20020017178, 4[0034], housing 82 |

|  | |
|---|---|
|  | US 20020017176, 3[0038], housing 82<br>US 6,997,090, 7:60, housing 82<br>US 20020017184, 3[0026], housing 82<br>US 20040163514, 4[0025], housing 82<br>US 7,284,467, 6:63, housing 82<br>US 20020017336, 4[0036], housing 82<br>US 20020020261, 3[0031], housing 82<br>US 20020017181, 3[0034], housing 82<br>US 20030005588, 3[0036], housing 82<br>US 6,813,983, 8:66-67, housing 118<br>US 20020059853, 5[0044], housing 118<br>US 7,231,856, 7:46, housing 82<br>US 20020190581, 4[0049], housing 82<br>US 20030019341, 2[0025], housing 50<br>US 20020020265, 3[0035], housing 82<br>US 20020017179, 3[0028], housing 82<br>US 20030015253, 3[0031], housing 82<br>US 20040040426, 3[0028], housing 82<br>US 7,055,417, 26:11, housing 248<br>US 20020056348, 3[0029], housing 82<br>US 20020056349, 3[0026], housing 82<br>US 20030056853, 3[0040], housing 82<br>US 6,880,440, 2:33-34, operative structure 12<br>US 6,920,814, 6:43, housing 82<br>US 6,922,153, 10:32-33, housing 238<br>US 6,945,148, 6:43, housing 102<br>US 6,945,149, 6:48, housing 82<br>US 6,957,601, 6:16, housing 82<br>US 6,994,004, 6:16, housing 86<br>US 7,000,514, 4:1, housing 50<br>US 7,024,975, 6:29, housing 82<br>US 7,093,668, 4:23, housing 14<br>US 7,098,800, 6:62, housing 82<br>US 7,100,483, 6:25, housing 82<br>US 7,121,358, 4:17, housing 14<br>US 7,308,843, 6:49, housing 82<br>US 7,328,752, 4:18, housing 14<br>US 20020170399, 17[0295], operative structure 12<br>US 20020170400, 2[0024], main housing 50<br>US 2003002942, 3[0012], operative structure 12<br>US 20050039586, 5[0103], housing 82<br>US 6,877,410, 7:11, housing 102<br>US 20020066346, 4[0036], housing 102<br>US 6,834,730, 3:12-13, housing 14<br>US 6,536,536, 3:12-13, housing 14<br>US 7,225,712, 6:45, housing 82 |

|  |  |
| --- | --- |
|  | US 7,171,879, 5:32, housing 82 |
|  | US 7,077,039, 6:13, housing 82 |
|  | US 3,764,819, 3:30-31, housing 1 |
|  | US 7,290,472, 5:66, housing 82 |
|  | US 7,228,772, 6:14, housing 82 |
|  | US 7,210,383, 6:19, housing 82 |
|  | US 7,197,969, 6:14, housing 82 |
|  | US 7,137,326, 6:1, housing 82 |
|  | US 6,857,345, 6:1, housing 82 |
|  | US 6,826,988, 5:38, housing 82 |
|  | US 20050039822, 4[0052], housing 82 |
|  | US 20040173430, 4[0037], housing 82 |
|  | US 20030090224, 3[0031], housing 82 |
|  | US 20030058121, 3[0033], housing 82 |
|  | US 20030037651, 4[0025], housing 82 |
|  | US 20020069734, 3[0031], housing 82 |
|  | US 20020059855, 3[0033], housing 82 |
|  | US 20020059854, 3[0027], housing 82 |
|  | US 20020056350, 3[0038], housing 82 |
|  | US 20020020263, 3[0037], housing 82 |
|  | US 20020020262, 3[0034], housing 82 |
|  | US 20020017183, 4[0031], housing 82 |
|  | US 20020017178, 4[0034], housing 82 |
|  | US 20020017176, 3[0038], housing 82 |
|  | US 6,997,090, 7:60, housing 82 |
|  | US 20020017184, 3[0026], housing 82 |
|  | US 20040163514, 4[0025], housing 82 |
|  | US 7,284,467, 6:63, housing 82 |
|  | US 20020017336, 4[0036], housing 82 |
|  | US 20020020261, 3[0031], housing 82 |
|  | US 20020017181, 3[0034], housing 82 |
|  | US 20030005588, 3[0036], housing 82 |
|  | US 6,813,983, 8:66-67, housing 118 |
|  | US 20020059853, 5[0044], housing 118 |
|  | US 7,231,856, 7:46, housing 82 |
|  | US 20020190581, 4[0049], housing 82 |
|  | US 20030019341, 2[0025], housing 50 |
|  | US 20020020265, 3[0035], housing 82 |
|  | US 20020017179, 3[0028], housing 82 |
|  | US 20030015253, 3[0031], housing 82 |
|  | US 20040040426, 3[0028], housing 82 |
|  | US 7,055,417, 26:11, housing 248 |
|  | US 20020056348, 3[0029], housing 82 |
|  | US 20020056349, 3[0026], housing 82 |
|  | US 20030056853, 3[0040], housing 82 |
|  | US 6,880,440, 2:33-34, operative structure 12 |

| | |
|---|---|
| | US 6,920,814, 6:43, housing 82<br>US 6,922,153, 10:32-33, housing 238<br>US 6,945,148, 6:43, housing 102<br>US 6,945,149, 6:48, housing 82<br>US 6,957,601, 6:16, housing 82<br>US 6,994,004, 6:16, housing 86<br>US 7,000,514, 4:1, housing 50<br>US 7,024,975, 6:29, housing 82<br>US 7,093,668, 4:23, housing 14<br>US 7,098,800, 6:62, housing 82<br>US 7,100,483, 6:25, housing 82<br>US 7,121,358, 4:17, housing 14<br>US 7,308,843, 6:49, housing 82<br>US 7,328,752, 4:18, housing 14<br>US 20020170399, 17[0295], operative structure 12<br>US 20020170400, 2[0024], main housing 50<br>US 2003002942, 3[0012], operative structure 12<br>US 20050039586, 5[0103], housing 82<br>US 1825223, ln 46, support 5<br>US 3619537, housing 3:49-75<br>US 3724766, 1:51, housing 10<br>US 3829850, housing 2:62-67, 3:1-15<br>US 3860180, housing 1:32-38<br>US 3869238, housing 2:27-47<br>US 3991944, 5:32, frame 1<br>US 4018392, 2:1, housing 14<br>US 4044532, 2:12, deck 18<br>US 4068805, 3:19, guide 12<br>US 4082232, 3:6, housing 13<br>US 4125228, housing 4:20-38<br>US 4172400, 2:18, housing 10<br>US 4194698, 4:62, housing<br>US 4352980, 2:50, frame 2<br>US 4420863, housing 1:45-50<br>US 4471915, housing 2:26-32<br>US 4562971, housing 2:24-27<br>US 4673136, housing 4:9-24<br>US 4683381, housing 2:42-65<br>US 4693428, 2:13, housing<br>US 4767895, housing 2:17-46<br>US 4784601, 2:12, housing 1<br>US 4784602, 2:7, housing 1<br>US 4821967, 2:58, housing 1<br>US 4839533, housing 3:8-44<br>US 4859172, housing 2:22-31<br>US 4882458, housing 3:24-32 |

| | |
|---|---|
| | US 4910365, housing 1:39-57<br>US 4944462, housing 3:37-65<br>US 5045648, housing 2:21-47<br>US 5065947, housing 4:34-49<br>US 5081406, housing 3:4-35<br>US 5100067, housing 3:6-45<br>US 5135178, housing 4:22-28<br>US 5166679, housing 2:38-54<br>US 5171143, 4:17, housing 12<br>US 5186398, 3:66-4:1, housing 21<br>US 5207392, 2:25, frame 20<br>US 5268553, 4:33, case 11<br>US 5275342, 4:27, housing 12<br>US 5279467, 2:47, frame 12<br>US 5295633, 3:50, housing 30<br>US 5356286, 3:15, body 301<br>US 5397890, housing 4:9-25<br>US 5407346, 5:35, body 601<br>US 5421720 , 2:33, body 501<br>US 5460516, 2:55, body 601<br>US 5494229, housing 4:28-28<br>US 5568895, 3:14, housing 1<br>US 5607295, 3:59, body 1<br>US 5636801, 2:4, body 20<br>US 5655725, 2:28, body 20<br>US 5680999, 5:8, casing 4<br>US 5704776, 2:33, body 401<br>US 5724737, 2:15, housing (4)<br>US 5775605, 2:60, housing 11<br>US 5788476, 2:36, body 01<br>US 5829697, 2:21, base 20<br>US 5829963, 4:2, body 1<br>US 5850342, housing 4:46-60<br>US 5868242, housing 2:39-51<br>US 5884855, 2:9, housing 101<br>US 5942975, housing 8:41-58<br>US 5988542, 4:47, housing 14<br>WO 02060588<br>WO 2005070553<br>WO 9848937<br>WO 9952638<br>DE 19519858<br>DE 19960267<br>DE 222515<br>DE 3208676<br>DE 3247299 |

|  | DE 3313232 |  |
|---|---|---|
|  | DE 3540896 |  |
|  | DE 3733413 |  |
|  | DE 4014669 |  |
|  | DE 4121330 |  |
|  | DE 7818838 |  |
|  | DE 8619856.4 |  |
|  | DE 8619856 |  |
|  | EP 0511535 |  |
|  | EP 0736886 |  |
|  | EP 0855221 |  |
|  | EP 1069954 |  |
|  | EP 1195202 |  |
|  | GB 2096919 |  |
|  | GB 2203063 |  |
|  | GB 2234690 |  |
|  | GB 761607 |  |
|  | JP 04110143a2 |  |
|  | JP 04157093a2 |  |
|  | JP 04180852a2 |  |
|  | JP 05068906a2 |  |
|  | JP 05123593a2 |  |
|  | JP 06137104a2 |  |
|  | JP 06277548a2 |  |
|  | JP 07136539a2 |  |
|  | JP 07155629a2 |  |
|  | JP 07299377a2 |  |
|  | JP 07328469a2 |  |
|  | JP 08001026a2 |  |
|  | JP 10034003a2 |  |
|  | JP 11216383a2 |  |
|  | JP 20346288a2 |  |
|  | JP 24321993a2 |  |
|  | JP 52011691b4 |  |
|  | JP 57076734a2 |  |

| | |
|---|---|
| a shredder mechanism mounted in the housing and including an electrically powered motor and cutter elements, the shredder mechanism enabling articles to be shredded to be fed into the cutter elements and the motor being operable to drive the cutter elements so that the cutter elements shred the articles fed therein; | US6065696, 2:1-9<br>US6079645, Figure 3<br>USD444809, Figure 1<br>US 6325309, 2:13-21<br>US6550701, Figure 4<br>USD481416, Figure 1<br>US6676450, Figure 1<br>US6962301, Figure 1<br>US 5988542, 4:34, shredding device 10<br>US 1525590, ln 39:105, slitting machine<br>US 5065947, 4:34-49<br>US 5868242, 2:39-51<br>US 5942975, 8:41-58<br>US 5988542, 4:34, shredding device 10 |
| a throat opening provided on the housing for enabling articles to be fed into the shredder mechanism; | US6065696 2:5-7<br>US6079645 Figure 1; 2:63-64<br>USD444809 Figure 1<br>US 6325309 2:13-21<br>US6550701 Figure 4<br>USD481416 Figure 1<br>US6962301 Figure 1<br>US 5988542, 4:45, paper shredding passageway 24<br> US 5065947, 4:34-49 |
| an on/off switch provided on an exterior of the housing and electrically coupled to the motor of the shredder mechanism, | US6065696 Figure 2<br>US6079645 Figure 1<br>USD444809 Figure 1<br>US6265682 2:10-35<br>US6376939 16:64-67<br>US6550701 Figure 4<br>US6575285 Figure 1<br>USD481416 Figure 1<br>US6676460 6:65-68<br>US6775018 Abstract<br>US6962301 Figure 1<br>US6979813 Abstract<br>2004/0184584 Figure 3<br>US 5,988,542, 4:42-43, activation switch 20<br>US 3629530, 2:15-19, ON/OFF switch 22<br>US 3728501,  2:49-50, switch 30<br>US 3873796, 4:34, on/off switch 62<br>US 3952239,  3:4-5, control switch 13<br>US 3953696,  3:5-9, on/off switch 1<br>US 4016490,  5:41-42, on/off switch<br>US 4107484,  3:28, switch SW |

|  | US 4135068, 6:14, switch S<br>US 4276459, 2:23, on-off switch 15<br>US 4349814, 2:6-7, switch 1,2<br>US 4471915, 2:66, safety switch 70<br>US 4598182, 2:48, switch 10<br>US 4709197, 3:16, on-off switch 15<br>US 4751603, 3:3-4, on-off switch 22<br>US 4771359, 4:13, switch element 11<br>US 4934494, 1:40, switch 1<br>US 5140235, 2:30, switch assembly 24<br>US 5310259, 2:22, switch 22<br>US 5346342, 3:2, power switch 28<br>US 5486669, 3:43, actuator 46<br>US 5561279, 2:62, switch DE vice 11<br>US 5638945, 4:7, trigger mechanism 30<br>US 5662280, 6:8-9, main switch 67<br>US 6057518, 5:24, on-off trigger 44<br>US 6212052 2:61, switch unit 1<br>US 6288350 5:29, on-off trigger 46<br>US 6340124 11:36, switch 350<br>US 6375102 3:60, switch 47<br>US 6538218 5:23, trigger 44<br>US 6861598 5:19, power switch 36<br>US RE030270 2:19, switch actuator 12<br>US RE036250 2:62, on-off switch mechanism 18<br>US 20010030114 2:[0032], electric-switch 12<br>US 20020020263 3:[0033], start stop switches 48<br>WO 84003650(PCT/US83/01715) 6:2 switch 15<br>WO 91001860(PCT/US90/04257) 11:1 on-off switch 100<br>WO 93006570(PCT/US92/07800) 21:1 on-off switch<br>WO 94013441(PCT/GB93/02584) 5:27 switch (14)<br>WO 96013362(PCT/GB95/02528) 9:7 on-off switch 1<br>WO 98052728(PCT/US98/10209) 10:10 switch 22<br>WO 00048283, 6:25, switch 204<br>WO 01/26064, 80:19, start/stop switch 48<br>US 4,062,282, 3:20-22, start-stop switch 19<br>US 3312794, 2:21, breaker 10<br>US 3619537, 2:3-20<br>US 3629530, 2:15-19, ON/OFF switch 22<br>US 3764819, 3:28-35<br>US 3829850, 8:59-67, 9:1-33<br>US 3947734, 13:9-53<br>US 4,062,282, 3:20-22, start-stop switch 19<br> US 4187420,1:33-35, switch 2<br> US 4471915, 3:3-25<br> US 4713509, 5:32, switch button 38 |
|---|---|

| | |
|---|---|
| | US 4767895, 2:17-46<br>US 4839533, 3:8-44<br>US 4859172, 2:45-56<br>US 4882458, 3:24-32<br>US 4910365,1:39-57<br>US 5045648, 2:21-47<br>US 5065947, 6:38-46<br>US 5081406, 10:54-68, 11:1-6<br>US 5345138 , 4:56-60<br>US 5397890, 4:25-38<br>US 5432308, 3:27, switch 41<br>US 5,988,542, 4:42-43, activation switch 20 |
| the switch including a manually engageable portion manually movable by a user's hand between at least<br>(a) an on position wherein the switch enables delivery of electric power to the motor and<br>(b) an off position disabling the delivery of electric power to the motor; | US6065696 Figure 2<br>US6079645 Figure 1<br>USD444809 Figure 1<br>US6265682 2:10-35<br>US6376939 16:64-67<br>US6550701 Figure 4<br>US6575285 Figure 1<br>USD481416 Figure 1<br>US6676460 6:65-68<br>US6775018 Abstract<br>US6962301 Figure 1 |
| a switch lock movable between<br>(a) a locking position wherein the switch is locked in the off position and<br>(b) a releasing position wherein the switch is released for movement from the off position; | US6065696 Figure 2<br>US6079645 Figure 1<br>US6550701 Figure 4<br>US6575285 Figure 1<br>US6676460 6:65-68<br>US6775018 Abstract<br>US6962301 Figure 1<br>US 3629530, 2:15-19, switch inactivating means<br>US 3746815,  2:47-48, switch lock<br>US 3971906,  2:53, oscillatable lock means<br>US 4002874,  3:10, selective lockout means<br>US 4180716,  2:20, lock-off switch 10<br>US 4187420,  1:35, selective lockout 4<br>US 4277666,  2:17, switch locking DE vice<br>US 4449062,  2:41, lock-off button 6<br>US 4549097,  6:29, locking means<br>US 4824029,  3:38, interlock switch 106<br>US 4900881,  4:54, interlock mechanism 72 |

| | |
|---|---|
| | US 4947009,  3:30, lockout latch 50<br>US 4970355,  4:1, lock member 32<br>US 4978817,  2:21-22, interlock switch 9<br>US 4982058,  4:12-13, safety interlock switch mechanism<br>US 5037033,  3:38, interlock switch 106<br>US 5239202,  4:5, interlock 10<br>US 5577600,  3:21, switch lock out device 21<br>US 5638261,  3:32, interlock switch 14<br>US 5969312,  2:54, lockout mechanism 16<br>US 6091035  5:33, lock-out mechanism 56<br>US 6153838  6:35, lock-off mechanism 80<br>US 6340802  7:34, lockout mechanism<br>US 6753490  6:21, switch lockout system 10<br>US 6759609  3:18, lockout slide  18<br>WO 84003650, 7:20-8:14, safety handle 19<br>WO 94013441, 5:30-32, guard (16)<br>WO 98052728, 15:6, switch 28<br>WO 01/26064, 80:8, safety system 18 |
| wherein the switch lock includes a manually engageable portion provided on the exterior of the housing, | US6065696 Figure 2<br>US6079645 Figure 1<br>US6550701 Figure 4<br>US6575285 Figure 1<br>USD481416 Figure 1<br>US6676460 6:65-68<br>US6775018 Abstract |
| the manually engageable portion being manually movable by the user's hand to move the switch lock between the locking and releasing positions. | US6065696 Figure 2<br>US6079645 Figure 1<br>US6550701 Figure 4<br>US6575285 Figure 1<br>US6775018 Abstract |
| 13. A shredder according to claim 1, comprising<br>a status indicator for visually indicating whether the switch lock is in the locking position. | *REFERENCES pertinent to CLAIM 1, plus:*<br>USD481416 Figure 1<br><br>In addition, the limitation of Claim 13 does not solve a problem stated in the '559 patent specification, does not result in a different function of the claimed shredder in Claim 1, and does not give unexpected results.  See *In re Chu*, 66 F.3d 292, 298-99, 36 USPQ2d 1089, 1094-95 (Fed. Cir. 1995). |

| | |
|---|---|
| 14. A shredder according to claim 1, wherein the housing has an upwardly facing top wall, and wherein the throat opening is formed in the top wall. | ***REFERENCES pertinent to CLAIM 1, plus:*** <br> US6065696 Figure 1 <br> US6079645 Figure 1 <br> US6550701 Figure 4 <br> USD481416 Figure 1 <br> US6962301 Figure 1 <br><br> In addition, the limitation of Claim 14 does not solve a problem stated in the '559 patent specification, does not result in a different function of the claimed shredder in Claim 1, and does not give unexpected results.  See *In re Chu*, 66 F.3d 292, 298-99, 36 USPQ2d 1089, 1094-95 (Fed. Cir. 1995). |
| 15. A shredder according to claim 14, wherein the manually engageable portion of the on/off switch is mounted for sliding movement on the top wall between the on and off positions thereof. | ***REFERENCES pertinent to CLAIM 1 and CLAIM 14, plus:*** <br> US6079645 Figure 1 <br> US6575285 Figure 1 <br> USD481416 Figure 1 <br> US6962301 Figure 1 <br><br> In addition, the limitation of Claim 15 does not solve a problem stated in the '559 patent specification, does not result in a different function of the claimed shredder in Claim 1 or Claim 14, and does not give unexpected results.  See *In re Chu*, 66 F.3d 292, 298-99, 36 USPQ2d 1089, 1094-95 (Fed. Cir. 1995). |
| 16. A shredder according to claim 15, wherein the top wall has an open, upwardly facing recess and wherein the manually engageable portion of the on/off switch is received in said recess. | ***REFERENCES pertinent to CLAIM 1, CLAIM 14, and CLAIM 15, plus:*** <br> US6575285 Figure 1 <br> USD481416 Figure 1 <br><br> In addition, the limitation of Claim 16 does not solve a problem stated in the '559 patent specification, does not result in a different function of the claimed shredder in Claim 1, Claim 14, or Claim 15, and does not give unexpected results.  See *In re Chu*, 66 F.3d 292, 298-99, 36 USPQ2d 1089, 1094-95 (Fed. Cir. 1995). |

| | |
|---|---|
| 39.    A shredder according to claim 1, wherein the on/off switch includes a switch module mounted within said housing, the manually engageable portion and the switch module of the on/off switch being connected directly together through an opening in an outer wall of the housing. | ***REFERENCES pertinent to CLAIM 1, plus:*** <br> US6065696 Figure 2 <br> US6079645 Figure 1 <br> US6575285 Figure 1 <br><br> In addition, the limitation of Claim 39 does not solve a problem stated in the '559 patent specification, does not result in a different function of the claimed shredder in Claim 1, and does not give unexpected results.  See *In re Chu*, 66 F.3d 292, 298-99, 36 USPQ2d 1089, 1094-95 (Fed. Cir. 1995). |
| 40.    A shredder according to claim 1, wherein the manually engageable portion of the on/off switch is mounted on an outer wall of the housing for movement between the on and off positions of the on/off switch. | ***REFERENCES pertinent to CLAIM 1, plus:*** <br> US6065696 Figure 2 <br> US6079645 Figure 1 <br> US6575285 Figure 1 <br><br> In addition, the limitation of Claim 40 does not solve a problem stated in the '559 patent specification, does not result in a different function of the claimed shredder in Claim 1, and does not give unexpected results.  See *In re Chu*, 66 F.3d 292, 298-99, 36 USPQ2d 1089, 1094-95 (Fed. Cir. 1995). |
| 41.    A shredder according to claim 40, wherein the manually engageable portion of the on/off switch is mounted to slide between the on and off positions thereof in a first direction, and wherein the switch lock is mounted for movement between the locking and releasing positions thereof in a second direction perpendicular to the first direction. | ***REFERENCES pertinent to CLAIM 1 and CLAIM 40, plus:*** <br> US6575285 Figure 1 <br><br> In addition, the limitation of Claim 41 does not solve a problem stated in the '559 patent specification, does not result in a different function of the claimed shredder in Claim 1 or Claim 40, and does not give unexpected results.  See *In re Chu*, 66 F.3d 292, 298-99, 36 USPQ2d 1089, 1094-95 (Fed. Cir. 1995). |

| | |
|---|---|
| 42.   A shredder according to claim 1, wherein the manually engageable portion of the on/off switch is mounted on a top wall of the housing for linear movement between the on/off positions of the on/off switch. | ***REFERENCES pertinent to CLAIM 1, plus:*** <br> US6065696 Figure 2 <br> US6079645 Figure 1 <br> US6550701 Figure 4 <br> US6575285 Figure 1 <br> USD481416 Figure 1 <br> US6676460 6:65-68 <br> US6775018 Abstract <br><br> In addition, the limitation of Claim 42 does not solve a problem stated in the '559 patent specification, does not result in a different function of the claimed shredder in Claim 1, and does not give unexpected results. See *In re Chu*, 66 F.3d 292, 298-99, 36 USPQ2d 1089, 1094-95 (Fed. Cir. 1995). |
| 43.   A shredder according to claim 1, wherein the manually engageable portion of the switch lock is mounted for movement in a first direction between the locking and releasing positions. | ***REFERENCES pertinent to CLAIM 1, plus:*** <br> US6575285 Figure 1 <br><br> In addition, the limitation of Claim 43 does not solve a problem stated in the '559 patent specification, does not result in a different function of the claimed shredder in Claim 1, and does not give unexpected results. See *In re Chu*, 66 F.3d 292, 298-99, 36 USPQ2d 1089, 1094-95 (Fed. Cir. 1995). |
| 44.   A shredder according to claim 43, wherein the manually engageable portion of the on/off switch is mounted for movement in a second direction between the on and off positions of the on/off switch. | ***REFERENCES pertinent to CLAIM 1 and CLAIM 43, plus:*** <br> US6575285 Figure 1 <br><br> In addition, the limitation of Claim 44 does not solve a problem stated in the '559 patent specification, does not result in a different function of the claimed shredder in Claim 1 or Claim 43, and does not give unexpected results. See *In re Chu*, 66 F.3d 292, 298-99, 36 USPQ2d 1089, 1094-95 (Fed. Cir. 1995). |
| 45.   A shredder according to claim 44, wherein the first and second directions for the movements of the manually engageable portions are perpendicular to one another. | ***REFERENCES pertinent to CLAIM 1, CLAIM 43, and CLAIM 44, plus:*** <br> US6575285 Figure 1 <br><br> In addition, the limitation of Claim 45 does not solve a problem stated in the '559 patent specification, does not result in a different function of the claimed shredder in Claim1, or Claim 43, or Claim 44, and does not give unexpected results. See *In re Chu*, 66 F.3d 292, 298-99, 36 USPQ2d 1089, 1094-95 (Fed. Cir. 1995). |

| | |
|---|---|
| 46. A shredder according to claim 45, wherein the manually engageable portion of the on/off switch is mounted on a top wall of the housing. | **_REFERENCES pertinent to CLAIM 1, CLAIM 43, CLAIM 44, and CLAIM 45, plus:_** <br> US6575285 Figure 1 <br> In addition, the limitation of Claim 46 does not solve a problem stated in the '559 patent specification, does not result in a different function of the claimed shredder in Claim1, Claim 43, Claim 44, or Claim 45, and does not give unexpected results. See *In re Chu*, 66 F.3d 292, 298-99, 36 USPQ2d 1089, 1094-95 (Fed. Cir. 1995). |
| 50. A shredder according to claim 1, wherein the switch lock includes no position in which it locks the switch in the on position. | **_REFERENCES pertinent to CLAIM 1, plus:_** <br> US6079645 Figure 1 <br> US6575285 Figure 1 <br> USD481416 Figure 1 <br> US6962301 Figure 1 <br><br> In addition, the limitation of Claim 50 does not solve a problem stated in the '559 patent specification, does not result in a different function of the claimed shredder in Claim 1, and does not give unexpected results. See *In re Chu*, 66 F.3d 292, 298-99, 36 USPQ2d 1089, 1094-95 (Fed. Cir. 1995). |
| 51. A shredder according to claim 1, wherein, when in the on position, the manually engageable portion of the on/off switch naturally stays in the on position. | **_REFERENCES pertinent to CLAIM 1, plus:_** <br> US6065696 Figure 2 <br> US6079645 Figure 1 <br> US6575285 Figure 1 <br><br> In addition, the limitation of Claim 51 does not solve a problem stated in the '559 patent specification, does not result in a different function of the claimed shredder in Claim 1, and does not give unexpected results. See *In re Chu*, 66 F.3d 292, 298-99, 36 USPQ2d 1089, 1094-95 (Fed. Cir. 1995). |