# Exhibit F

| Claims of the '559 patent | Section 112 Arguments |
|---|---|
| 1. A shredder comprising:<br><br>a housing;<br><br>a shredder mechanism mounted in the housing and including an electrically powered motor and cutter elements, the shredder mechanism enabling articles to be shredded to be fed into the cutter elements and the motor being operable to drive the cutter elements so that the cutter elements shred the articles fed therein;<br><br>a throat opening provided on the housing for enabling articles to be fed into the shredder mechanism;<br><br>an on/off switch provided on an exterior of the housing and electrically coupled to the motor of the shredder mechanism, the switch including a manually engageable portion manually movable by a user's hand between at least (a) an on position wherein the switch enables delivery of electric power to the motor and (b) an off position disabling the delivery of electric power to the motor;<br><br>a switch lock movable between (a) a locking position wherein the switch is locked in the off position and (b) a releasing position wherein the switch is released for movement from the off position;<br><br>wherein the switch lock includes a manually engageable portion provided on the exterior of the housing, the manually engageable portion being manually movable by the user's hand to move the | The throat opening is indefinite. The written description does not identify a throat opening provided on the housing for enabling articles to be fed into the shredder mechanism.<br><br>The throat opening fails for lack of a written description. "Throat opening" is not defined in the written description. |

| | |
|---|---|
| switch lock between the locking and releasing positions. | |
| 13. A shredder according to claim 1, comprising a status indicator for visually indicating whether the switch lock is in the locking position. | This claim is indefinite and fails for lack of an adequate written description because it depends on claim 1 which is indefinite and lacks written description for the reasons set forth above. |
| 14. A shredder according to claim 1, wherein the housing has an upwardly facing top wall, and wherein the throat opening is formed in the top wall. | This claim is indefinite and fails for lack of an adequate written description because it depends on claim 1 which is indefinite and lacks written description for the reasons set forth above.<br><br>The housing configuration is indefinite. The written description does not identify an upwardly facing top wall.<br><br>The upwardly facing top wall fails for lack of a written description. "Upwardly facing" is not defined in the written description. |
| 15. A shredder according to claim 14, wherein the manually engageable portion of the on/off switch is mounted for sliding movement on the top wall between the on and off positions thereof. | This claim is indefinite and fails for lack of an adequate written description because it depends on claims 1 and 14 which are indefinite and lack written description for the reasons set forth above.<br><br>The on/off switch configuration is indefinite. The written description does not specify how said switch can be mounted for sliding movement.<br><br>The on/off switch fails for lack of a written description. "Mounted for sliding" is not defined in the written description. |
| 16. A shredder according to claim 15, wherein the top wall has an open, upwardly facing recess and wherein the manually engageable portion of the on/off switch is received in said recess. | This claim is indefinite and fails for lack of an adequate written description because it depends on claims 1, 14, and 15 which are indefinite and lack written description for the reasons set forth above.<br><br>The housing configuration is indefinite. The written description does not identify an upwardly facing recess.<br><br>The upwardly facing recess fails for lack of |

| | |
|---|---|
| | a written description. "Upwardly facing recess" is not defined in the written description. |
| 39. A shredder according to claim 1, wherein the on/off switch includes a switch module mounted within said housing, the manually engageable portion and the switch module of the on/off switch being connected directly together through an opening in an outer wall of the housing. | This claim is indefinite and fails for lack of an adequate written description because it depends on claim 1 which is indefinite and lacks written description for the reasons set forth above.<br><br>The housing configuration is indefinite. The written description does not identify an upwardly facing top wall.<br><br>The upwardly facing top wall fails for lack of a written description. "Upwardly facing" is not defined in the written description. |
| 40. A shredder according to claim 1, wherein the manually engageable portion of the on/off switch is mounted on an outer wall of the housing for movement between the on and off positions of the on/off switch. | This claim is indefinite and fails for lack of an adequate written description because it depends on claim 1 which is indefinite and lacks written description for the reasons set forth above.<br><br>The switch configuration is indefinite. The written description does not identify a switch mounted on an outer wall of the housing.<br><br>The switch mounting configuration fails for lack of a written description. "Outer wall" is not defined in the written description. |
| 41. A shredder according to claim 40, wherein the manually engageable portion of the on/off switch is mounted to slide between the on and off positions thereof in a first direction, and wherein the switch lock is mounted for movement between the locking and releasing positions thereof in a second direction perpendicular to the first direction. | This claim is indefinite and fails for lack of an adequate written description because it depends on claims 1 and 40 which are indefinite and lack written description for the reasons set forth above. |
| 42. A shredder according to claim 1, wherein the manually engageable portion of the on/off switch is mounted on a top wall of the housing for linear movement between the on/off positions of the on/off switch. | This claim is indefinite and fails for lack of an adequate written description because it depends on claim 1 which is indefinite and lacks written description for the reasons set forth above. |

| | |
|---|---|
| 43. A shredder according to claim 1, wherein the manually engageable portion of the switch lock is mounted for movement in a first direction between the locking and releasing positions. | This claim is indefinite and fails for lack of an adequate written description because it depends on claim 1 which is indefinite and lacks written description for the reasons set forth above.<br><br>The switch lock configuration is indefinite. The written description does not identify a switch lock mounted for movement in a first direction.<br><br>The switch mounting configuration fails for lack of a written description. "First direction" is not defined in the written description. |
| 44. A shredder according to claim 43, wherein the manually engageable portion of the on/off switch is mounted for movement in a second direction between the on and off positions of the on/off switch. | This claim is indefinite and fails for lack of an adequate written description because it depends on claim 1 and claim 43 which are indefinite and lack written description for the reasons set forth above.<br><br>The on/off switch configuration is indefinite. The written description does not identify an on/off switch mounted for movement in a second direction.<br><br>The on/off switch mounting configuration fails for lack of a written description. "Second direction" is not defined in the written description. |
| 45. A shredder according to claim 44, wherein the first and second directions for the movements of the manually engageable portions are perpendicular to one another. | This claim is indefinite and fails for lack of an adequate written description because it depends on claims 1, 43 and 44 which are indefinite and lack written description for the reasons set forth above. |
| 46. A shredder according to claim 45, wherein the manually engageable portion of the on/off switch is mounted on a top wall of the housing. | This claim is indefinite and fails for lack of an adequate written description because it depends on claims 1, 43 and 44 which are indefinite and lack written description for the reasons set forth above. |
| 50. A shredder according to claim 1, wherein the switch lock includes no position in which it locks the switch in the on position. | This claim is indefinite and fails for lack of an adequate written description because it depends on claim 1 which is indefinite and lacks written description for the reasons set forth above. |
| 51. A shredder according to claim 1, | This claim is indefinite and fails for lack of |

| | |
|---|---|
| wherein, when in the on position, the manually engageable portion of the on/off switch naturally stays in the on position. | an adequate written description because it depends on claim 1 which is indefinite and lacks written description for the reasons set forth above.<br><br>The on/off switch configuration is indefinite. The written description does not identify an on/off switch configured naturally.<br><br>The on/off switch configuration fails for lack of a written description. "Naturally" is not defined in the written description. |

F-6