# Exhibit G

| Claims of the '096 patent | Prior art |
|---|---|
| 1. A shredder comprising: | |
| a housing; | US6,079,645 Figure 1 |
| a shredder mechanism mounted in the housing and including an electrically powered motor and cutter elements, the shredder mechanism enabling articles to be shredded to be fed into the cutter elements and the motor being operable to drive the cutter elements so that the cutter elements shred the articles fed therein; | US6,079,645 Figure 3 |
| a throat opening provided on the housing for enabling articles to be fed into the shredder mechanism; | US6,079,645 Figure 1 |

| | |
|---|---|
| an on/off switch electrically coupled to the motor of the shredder mechanism, the switch being movable between at least (a) an on position wherein the switch enables delivery of electric power to the motor and (b) an off position disabling the delivery of electric power to the motor; | US6,079,645 Figure 1, item 18 |
| the on/off switch comprising a manually engageable portion manually movable by a user's hand to move the on/off switch between at least the on position and the off position; | US6,079,645 Figure 1, item 18 |
| a switch lock movable between (a) a locking position wherein the switch is locked in the off position and (b) a releasing position wherein the switch is released for movement from the off position; | US6,079,645 Figure 1 |
| wherein the switch lock includes a manually engageable portion manually movable by the user's hand to move the switch lock between the locking and releasing positions. | US6,079,645 Figure 1 |
| 11. A shredder according to claim 1, wherein the housing has an upwardly facing top | US6,079,645 Figure 1 |

| | |
|---|---|
| wall, and wherein the throat opening is formed in the top wall. | |
| 14. A shredder according to claim 11, | US6,079,645 Figure 1 |
| wherein the manually engageable portion of the on/off switch is mounted for sliding movement on the top wall between the on and off positions of the on/off switch. | |

| | |
|---|---|
| 20. A shredder according to claim 14, | US6,079,645 Figure 1 |
| wherein the top wall has an open, upwardly facing recess and wherein the manually engageable portion of the on/off switch is received in said recess. | |
| 27. A shredder according to claim 1, | US6,079,645 Figure 1 |
| wherein the manually engageable portion of the on/off switch is mounted on an outer wall of the housing for movement between the on and off positions of the on/off switch. | |
| 34. A shredder according to claim 27, | |

| | |
|---|---|
| wherein the manually engageable portion of the on/off switch is mounted to slide between the on and off positions thereof in a first direction, and wherein the switch lock is mounted for movement between the locking and releasing positions thereof in a second direction perpendicular to the first direction. | US6,079,645 Figure 1 |
| 40. A shredder according to claim 1, | US6,079,645 Figure 1 |
| wherein the manually engageable portion of the on/off switch is mounted on a top wall of the housing for linear movement between the on/off positions of the on/off switch. | |
| 46. A shredder according to claim 40, | |

| | |
|---|---|
| wherein the top wall has an open, upwardly facing recess and wherein the manually engageable portion of the on/off switch is received in said recess. | US6,079,645 Figure 1 |
| 48. A shredder according to claim 1, | |
| wherein the manually engageable portion of the switch lock is mounted for movement in a first direction between the locking and releasing positions. | US6,079,645 Figure 1 |
| 51. A shredder according to claim 48, | |
| wherein the manually engageable portion of the on/off switch is mounted for movement in a second direction between the on and off positions of the on/off switch. | US6,079,645 Figure 1 |
| 53. A shredder according to claim 51, | |
| wherein the first and second directions for the movements of the manually engageable portions are perpendicular to one another. | US6,079,645 Figure 1 |

| | |
|---|---|
| 55. A shredder according to claim 53, | |
| wherein the manually engageable portion of the on/off switch is mounted on a top wall of the housing. | US6,079,645 Figure 1 |
| 62. A shredder according to claim 48, | |
| wherein the manually engageable portion of the on/off switch is mounted on a top wall of the housing. | US6,079,645 Figure 1 |

| 7,344,096 | Prior art |
|---|---|
| 1. A shredder comprising: | |
| a housing; | US4,545,537 Figure 1 |
| a shredder mechanism mounted in the housing and including an electrically powered motor and cutter elements, the shredder mechanism enabling articles to be shredded to be fed into the cutter elements and the motor being operable to drive the cutter elements so that the cutter elements shred the articles fed therein; | US4,545,537 Figure 2 |
| a throat opening provided on the housing for enabling articles to be fed into the shredder mechanism; | US4,545,537 Figure 1 |

| | |
|---|---|
| an on/off switch electrically coupled to the motor of the shredder mechanism, the switch being movable between at least (a) an on position wherein the switch enables delivery of electric power to the motor and (b) an off position disabling the delivery of electric power to the motor; | US4,545,537 Figure 1, items 32 and 33. |
| the on/off switch comprising a manually engageable portion manually movable by a user's hand to move the on/off switch between at least the on position and the off position; | US4,545,537 Figure 1, items 32 and 33. |
| a switch lock movable between (a) a locking position wherein the switch is locked in the off position and (b) a releasing position wherein the switch is released for movement from the off position; | US4,545,537 Figure 1, items 32 and 33. |
| wherein the switch lock includes a manually engageable | US4,545,537 Figure 1, items 32 and 33. |

| | |
|---|---|
| portion manually movable by the user's hand to move the switch lock between the locking and releasing positions. | |
| 11. A shredder according to claim 1, | US4,545,537 Figure 1. |
| wherein the housing has an upwardly facing top wall, and wherein the throat opening is formed in the top wall. | |
| 14. A shredder according to claim 11, | US4,545,537 Figure 1, items 32 and 33. |

| | |
|---|---|
| wherein the manually engageable portion of the on/off switch is mounted for sliding movement on the top wall between the on and off positions of the on/off switch. | |
| 20. A shredder according to claim 14, | US4,545,537 Figure 1, items 32 and 33. |
| wherein the top wall has an open, upwardly facing recess and wherein the manually engageable portion of the on/off switch is received in said recess. | |
| 27. A shredder according to claim 1, | |

| | |
|---|---|
| wherein the manually engageable portion of the on/off switch is mounted on an outer wall of the housing for movement between the on and off positions of the on/off switch. | |
| 34. A shredder according to claim 27, | |
| wherein the manually engageable portion of the on/off switch is mounted to slide between the on and off positions thereof in a first direction, and wherein the switch lock is mounted for movement between the locking and releasing positions thereof in a second direction perpendicular to the first direction. | US4,545,537 Figure 1, items 32 and 33. |
| 40. A shredder according to claim 1, | |

| | |
|---|---|
| wherein the manually engageable portion of the on/off switch is mounted on a top wall of the housing for linear movement between the on/off positions of the on/off switch. | US4,545,537 Figure 1, items 32 and 33. |
| 46. A shredder according to claim 40, | |
| wherein the top wall has an open, upwardly facing recess and wherein the manually engageable portion of the on/off switch is received in said recess. | US4,545,537 Figure 1, items 32 and 33. |
| 48. A shredder according to claim 1, | |
| wherein the manually engageable portion of the switch lock is mounted for movement in a first direction | US4,545,537 Figure 1, items 32 and 33. |

G-14

| | |
|---|---|
| between the locking and releasing positions. | |
| 51. A shredder according to claim 48, | |
| wherein the manually engageable portion of the on/off switch is mounted for movement in a second direction between the on and off positions of the on/off switch. | US4,545,537 Figure 1, items 32 and 33. |
| 53. A shredder according to claim 51, | |
| wherein the first and second directions for the movements of the manually engageable portions are perpendicular to one another. | US4,545,537 Figure 1, items 32 and 33. |
| 55. A shredder according to claim 53, | |
| wherein the manually engageable portion of the on/off switch is mounted on a top wall of the housing. | US4,545,537 Figure 1, items 32 and 33. |

| | |
|---|---|
| 62. A shredder according to claim 48, | |
| wherein the manually engageable portion of the on/off switch is mounted on a top wall of the housing. | US4,545,537 Figure 1, items 32 and 33. |