CERTIFICATE OF SERVICE

The undersigned hereby certified that, on the 21st day of August, 2008, true and correct copies of the foregoing:

**AURORA'S PRELIMINARY INVALIDITY CONTENTIONS**

was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

The following parties will also receive a service copy via federal express:

*Parties receiving service electronically and via federal express are as follows:*

Peter J. Shakula
Attorney of WOOD, PHILLIPS, KATZ, CLARK & MORTIMER
500 W. Madison Street
Suite 3800
Chicago, IL 60661-2562
 (COUNSEL FOR PLAINTIFF, FELLOWES, INC.)

William Atkins, Esq.
Benjamin L. Kiersz, Esq.
Christopher Dorsey, Esq.
Attorney of PILLSBURY WINTHROP SHAW PITTMAN, LLP
1650 Tysons Boulevard
14th Floor
McLean, VA 22102-4859
Fax: +1.703.770.7901
**(COUNSEL FOR PLAINTIFF, FELLOWES, INC.)**

Date:   August 21, 2008               /s/ Franklin E. Gibbs
                                      *One of the Attorneys for Defendant,*
                                      AURORA OFFICE EQUIPMENT, LTD.